IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al.,<br><br>Defendants. | Civil Action No. |

**PLAINTIFF'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT**

Plaintiff United Air Lines, Inc. ("United"), by its attorneys, hereby submits its notification of affiliates disclosure statement pursuant to Fed. R. Civ. P. 7.1, and Local Rule 3.2.

1. United's parent company is UAL Corporation.

2. Other than UAL Corporation, the following entities hold five percent or more of United's stock:

    Bank of America Corp.

    Legg Mason Capital Management, Inc.

    Capital World Investors, a division of Capital Research and Management Co.

    FMR LLC

    Impala Asset Management LLC

    Solus Alternative Asset Management, L.P.

3. United has determined that the following individuals hold five percent or more of the following affiliate's stock:

    Impala Asset Management LLC:        Robert James Bishop

Solus Alternative Asset Management, L.P:   Christopher Anthony Pucillo

Christopher A. Bondy

Steven John Renehan

Nicholas Signorile

DATED: July 30, 2008.

Respectfully submitted,

By:   s/Gary S. Kaplan
    TOM A. JERMAN
    APARNA B. JOSHI
    MARK W. ROBERTSON
    O'MELVENY & MYERS LLP
    1625 Eye Street, N.W.
    Washington, D.C. 20006
    (202) 383-5300
    e-mail: tjerman@omm.com

    GARY S. KAPLAN
    SEYFARTH SHAW LLP
    131 South Dearborn Street
    Suite 2400
    Chicago, IL 60603-5577
    (312) 460-5000
    e-mail: gkaplan@seyfarth.com

    Attorneys for Plaintiff
    United Air Lines, Inc.