IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al.,<br><br>　　　　Defendants. | Civil Action No. |

**NOTICE OF PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED DISCOVERY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**

　　TO:　　　　Air Line Pilots Association, International
　　　　　　　1625 Massachusetts Ave, N.W.
　　　　　　　Washington, DC 20036

　　　　　　　Anthony R. Freeman
　　　　　　　915 Trenton Street
　　　　　　　Denver, CO  80230

　　　　　　　Steven M. Tamkin
　　　　　　　4427 Vista Del Preseas
　　　　　　　Malibu, CA  90265

　　　　　　　Robert J. Domaleski
　　　　　　　880 Old Mill Road
　　　　　　　Franklin Lakes, NJ  07417

　　　　　　　Xavier F. Fernandez
　　　　　　　1303 Mt. Vieja Drive
　　　　　　　San Antonio, TX  78213

　　　　PLEASE TAKE NOTICE that on **Thursday, July 31st at 9:00 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable _____ in the courtroom usually occupied by him/her at the United States District Court for the Northern District of Illinois, and then and there present **Plaintiff's Emergency Motion For Expedited Discovery In Support Of Its Motion For Preliminary Injunction**.

2

**RESPECTFULLY SUBMITTED** this 30th day of July, 2008.

By:___s/Gary S. Kaplan_____
TOM A. JERMAN
APARNA B. JOSHI
MARK W. ROBERTSON
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
e-mail: tjerman@omm.com

GARY S. KAPLAN
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
e-mail: gkaplan@seyfarth.com

Attorneys for Plaintiff
United Air Lines, Inc.