IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al., <br><br> Defendants. | Civil Action No. |

**NOTICE OF PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED SCHEDULING OF ITS MOTION FOR PRELIMINARY INJUNCTION**

TO:   Air Line Pilots Association, International
1625 Massachusetts Ave, N.W.
Washington, DC 20036

Anthony R. Freeman
915 Trenton Street
Denver, CO 80230

Steven M. Tamkin
4427 Vista Del Preseas
Malibu, CA 90265

Robert J. Domaleski
880 Old Mill Road
Franklin Lakes, NJ 07417

Xavier F. Fernandez
1303 Mt. Vieja Drive
San Antonio, TX 78213

PLEASE TAKE NOTICE that on **Thursday, July 31, 2008 at 9:00 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable _____ in the courtroom usually occupied by him/her at the United States District Court for the Northern District of Illinois, Eastern Division and then and there present **Plaintiff's Emergency Motion For Expedited Scheduling Of Its Motion For Preliminary Injunction.**

2

**RESPECTFULLY SUBMITTED** this 30th day of July, 2008.

            By:\_\_\_s/Gary S. Kaplan_____
              TOM A. JERMAN
              APARNA B. JOSHI
              MARK W. ROBERTSON
              O'MELVENY & MYERS LLP
              1625 Eye Street, N.W.
              Washington, D.C. 20006
              (202) 383-5300
              e-mail:  tjerman@omm.com

              GARY S. KAPLAN
              SEYFARTH SHAW LLP
              131 South Dearborn Street
              Suite 2400
              Chicago, IL 60603-5577
              (312) 460-5000
              e-mail:  gkaplan@seyfarth.com

              Attorneys for Plaintiff
              United Air Lines, Inc.