IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIR LINE PILOTS ASSOCIATION,<br>INTERNATIONAL, et al.,<br><br>　　　　　Defendants. | Civil Action No. |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

　　　　Plaintiff United Air Lines, Inc. ("United") moves this Court for entry of a preliminary injunction against the Defendants listed below, with the terms set forth in the proposed order attached hereto, and in support of its Motion states the following:

　　　　1.　　United has filed a Complaint for Declaratory and Injunctive Relief in this Court requesting the entry of an injunction prohibiting the Air Lines Pilots Association, International ("ALPA"), which represents pilots at United through the United Air Lines Master Executive Council ("MEC"); members of the MEC's Industrial Relations Committee ("IRC") Steven Tamkin ("Tamkin"), Robert Domaleski ("Domaleski"), Xavier Fernandez ("Fernandez"), officers and members at United; and an individual United pilot, Anthony Freeman ("Freeman") (collectively, "Defendants"), and all persons acting in concert therewith, from calling, permitting, instigating, authorizing, encouraging, participating in, approving or continuing any form of interference with United's airline operations, including but not limited to any strike, work stoppage, sick-out, slowdown, work to rule campaign, concerted refusal to accept voluntary

or overtime flight assignments, or other concerted refusal to perform normal pilot operations in violation of the Railway Labor Act, 45 U.S.C. §§ 151, *et seq*. (the "RLA").

2. United incorporates by reference the allegations set forth in the Complaint, Memorandum in Support of Motion for Preliminary Injunction, Declarations, Exhibits and Expert Report filed herewith, and the testimony and exhibits at hearing.

3. United is likely to prevail on the merits of its claims that Defendants are engaging in job actions that violate the RLA.

4. Unless this Court enters a Preliminary Injunction restraining Defendants from the actions described above pending further hearing upon United's request for a permanent injunction, United will suffer immediate and irreparable damage in the form of increased costs for measures designed to avoid flight delays and cancellations, loss of revenue and associated costs caused by flight delays and cancellations, and damage to its business reputation and customer goodwill, none of which may be recoverable from Defendants and much of which can never be recovered.

5. Defendants will suffer minimal, if any, injury from an injunction against unlawful job actions, and such injury, if any, will be adequately indemnified by bond.

6. The interests of the public will be served by enjoining job actions that have the effect of impeding the public's right to travel and the expectation of timely travel.

7. Greater injury will be inflicted upon United if an injunction is denied than will be inflicted upon the Defendants by the granting thereof.

WHEREFORE, United requests that the Court issue a Preliminary Injunction against Defendants in the form provided herewith.

DATED: July 30, 2008.                           Respectfully submitted,


By:   s/Gary S. Kaplan
    TOM A. JERMAN
    APARNA B. JOSHI
    MARK W. ROBERTSON
    O'MELVENY & MYERS LLP
    1625 Eye Street, N.W.
    Washington, D.C. 20006
    (202) 383-5300
    e-mail: tjerman@omm.com

    GARY S. KAPLAN
    SEYFARTH SHAW LLP
    131 South Dearborn Street
    Suite 2400
    Chicago, IL 60603-5577
    (312) 460-5000
    e-mail: gkaplan@seyfarth.com

    Attorneys for Plaintiff
    United Air Lines, Inc.