IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al.,<br><br>Defendants. | Civil Action No. |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS ESTABLISHED BY L.R. 7.1 IN ITS MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff United Air Lines, Inc. ("United") moves this Court for permission to exceed the page limit prescribed in Local Rule 7.1. In support of this motion, United states as follows:

1. United has concurrently filed a Memorandum of Law in Support of its Motion for a Preliminary Injunction under the Railway Labor Act, 45 U.S.C. § 151 et seq. (the "RLA") against the Air Line Pilots Association, International ("ALPA"), which represents pilots at United, and others (collectively, "Defendants").

2. United seeks to prohibit Defendants from continuing to engage in a campaign designed, among other things, to exert economic pressure on United in an attempt to force United to renegotiate a collective bargaining agreement that would otherwise remain in effect until December 31, 2009 – a campaign that has recently intensified, resulting in hundreds of flight cancellations at United affecting thousands of its customers.

3. To explain fully the evidence in support of United's Motion for a Preliminary Injunction, including the extensive evidence regarding the tactics and communications that

ALPA has employed to encourage an unlawful job action and the evidence of the adverse impact this action is causing to United's operations and the traveling public, United requires more than the 15 pages typically allowed.

4. Presenting a full picture of the factual predicate of this matter to the Court has required detailed information regarding ALPA's directives encouraging the campaign and detailed information demonstrating the effects on United's operations.

5. Because of the substantial public interest involved in these proceedings due to the many thousands of members of the traveling public that may be impacted, United believes it is critical fully to describe the extensive factual predicate for this motion.

6. Pursuant to L.R. 7.1, United's Memorandum of Law in Support of its Motion for a Preliminary Injunction includes a Table of Contents and Table of Authorities.

7. None of the parties of the present action will be prejudiced by the Court granting United's present motion.

WHEREFORE, United requests that the Court grant it permission to exceed the page limits prescribed in Local Rule 7.1 in order to file the accompanying Memorandum in Support of Plaintiff's Motion for Preliminary Injunction.

DATED: July 30, 2008.

Respectfully submitted,

By: s/Gary S. Kaplan
TOM A. JERMAN
APARNA B. JOSHI
MARK W. ROBERTSON
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
e-mail: tjerman@omm.com

GARY S. KAPLAN
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
e-mail: gkaplan@seyfarth.com

Attorneys for Plaintiff
United Air Lines, Inc.