IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al.,<br><br>      Defendants. | Civil Action No. |

**NOTICE OF PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS ESTABLISHED BY L.R. 7.1 IN ITS MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

TO:      Air Line Pilots Association, International
1625 Massachusetts Ave, N.W.
Washington, DC 20036

Anthony R. Freeman
915 Trenton Street
Denver, CO 80230

Steven M. Tamkin
4427 Vista Del Preseas
Malibu, CA 90265

Robert J. Domaleski
880 Old Mill Road
Franklin Lakes, NJ 07417

Xavier F. Fernandez
1303 Mt. Vieja Drive
San Antonio, TX 78213

    PLEASE TAKE NOTICE that on **Thursday, July 31, 2008 at 9:00 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable _____ in the courtroom usually occupied by him/her at the United States District Court for the Northern District of Illinois, Eastern Division and then and there present **Plaintiff's Motion To Exceed**

**Page Limits Established By L.R. 7.1 In Its Memorandum In Support Of Plaintiff's Motion For Preliminary Injunction**.

**RESPECTFULLY SUBMITTED** this 30th day of July, 2008.

By:__s/Gary S. Kaplan_____
TOM A. JERMAN
APARNA B. JOSHI
MARK W. ROBERTSON
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
e-mail:  tjerman@omm.com

GARY S. KAPLAN
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
e-mail:  gkaplan@seyfarth.com

Attorneys for Plaintiff
United Air Lines, Inc.