IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION,<br>INTERNATIONAL, et al.,<br><br>　　　　Defendants. | Civil Action No. |

## DECLARATION OF JAY D. MILONE

I, JAY D. MILONE, declare and state as follows:

1.　　I am currently employed by United Air Lines, Inc. as Managing Director - Labor Strategy - Flight.  In this position I have responsibility for managing day-to-day issues related to United's labor relations with its pilots, and administration of the collective bargaining agreement between United and ALPA.  I have personal knowledge of the facts set forth below, and if called as a witness in this matter, I could and would competently testify thereto.

2.　　My declaration is organized in six sections.  Section A provides background information, including information regarding my work experience at United, the organization and structure of the Air Line Pilots Association, International ("ALPA"), and ALPA's communication systems.  Section B provides an overview and relevant background regarding ALPA's current campaign to force United to re-open its collective bargaining agreement with United pilots prior to the contract's amendable date of January 1, 2010, and explains United's efforts to address ALPA's issues through negotiations.  Section C provides detailed information

regarding ALPA's campaign and addresses ALPA's specific tactics (such as encouraging pilots to refuse to accept "junior/senior" manning requests, to "work to rule," and to engage in sick outs) and describes specific ALPA communications and directives in support of these tactics. Section D describes the recent increase in the intensity of ALPA's campaign following United's furlough announcements. Section E sets forth relevant facts that evidence a connection between an individual United pilot (Anthony Freeman), one of ALPA's committees, and the recent spike in pilot sick leave usage. Lastly, Section F describes and attaches relevant "e-notes" (United's internal messaging system) sent to and from United pilots.

**A.**     **<u>Background</u>**

**1.**     **Position at United, Work Experience, and Education**

3.     I have held my current position with United since November 2006, when I commenced working for United. Prior to commencing employment with United, I worked for Delta Airlines for 14 years as an attorney in the labor and employment group and as Director – Labor Relations.

4.     I hold a J.D. from Washington University, and a bachelor's degree from the University of Illinois.

**2.**     **ALPA and the UAL-MEC**

5.     ALPA is an unincorporated labor organization, with its principal offices in Washington, D.C. and Herndon, Virginia. ALPA is the certified collective bargaining representative of United's pilots under the Railway Labor Act.

6.     United and ALPA are parties to a collective bargaining agreement which became effective on August 24, 2005 (the "United-ALPA Agreement"). The United-ALPA Agreement states that it will extend "through and including December 31, 2009" (the amendable date).

7.      The United Air Lines Master Executive Council ("UAL-MEC") is a representative body that, under the ALPA Constitution and Bylaws, makes all decisions for ALPA on matters affecting United pilots.  The UAL-MEC consists of the Chairman, Vice-Chairman and Secretary-Treasurer from each of the eight Executive Councils ("LECs") maintained by ALPA at United.  The LECs correspond to United's seven pilot domiciles (Chicago, Denver, Dulles, Los Angeles, New York, San Francisco, and Seattle), plus United's Denver Training Center.  Local Council 12 corresponds to the Chicago pilot domicile.  The UAL-MEC members, in turn, elect a UAL-MEC Chairman, Vice Chairman and Secretary-Treasurer, who serve two-year terms.  On October 9, 2007, the UAL-MEC members elected new officers, who took office on January 1, 2008.  Captain Steve Wallach, Captain Jeffery Barath, and Captain Joseph Genovese are the current UAL-MEC Chairman, Vice Chairman and Secretary-Treasurer, respectively.  Prior to January 1, 2008, Captain Mark Bathurst was the UAL-MEC Chairman.

8.      Both the UAL-MEC and LECs also maintain a large number of standing committees, some of whose chairmen are appointed, and may be removed, by the UAL-MEC or LEC chairman, respectively.  One of those committees is the Industrial Relations Committee, which is discussed below.

3.      **ALPA and the UAL-MEC's Communication System**

9.      ALPA and the UAL-MEC maintain an extensive system of communications among its members including regular meetings in each domicile, contract education/audit desks set up in each domicile, written materials mailed to pilots' homes, telephone "trees," confidential e-mails to the pilots' homes, frequent UAL-MEC updates, internet sites available only to union members, and the "Pilot-2-Pilot" communication program (which has been described by the

UAL-MEC as "an MEC sanctioned communication program designed to facilitate two-way communication between ALPA's elected leadership and its line pilots").

**B.** **ALPA's Campaign to Force United to Reopen the Current Collective Bargaining Agreement before the Amendable Date and United's Efforts to Resolve this Dispute without Judicial Intervention**

10.    The United-ALPA Agreement resulted from negotiations that occurred while United was in Chapter 11 bankruptcy protection.    United exited bankruptcy protection in February 2006.

11.    In December 2006, ALPA created a Strike Preparedness Committee ("SPC") and launched a campaign it called "Fix It Now." ALPA stated that the campaign's "theme is the SPC's message to you that you need to join us in ensuring we all fly the present contract, and not waive _any_ section of it. . . . Only through **_one voice_** will management hear us." (Emphasis in original.) I have attached as Exhibit 1 a true and correct copy of that December 20, 2006 ALPA communication.

12.    Since that time, ALPA has continued its campaign to attempt to force United to reopen the United-ALPA agreement prior to its amendable date.    As explained below, this campaign has included: discouraging pilots from accepting voluntary flight assignments (known as "junior/senior manning"); encouraging, or failing to discourage various acts of harassment by pilots against other pilots who continue to accept voluntary flight assignments; encouraging pilots to adhere strictly to contractual requirements; and encouraging pilot use of sick leave.

13.    The general theme of ALPA's campaign is that United pilots must create leverage to force United to reopen the United-ALPA Agreement.    More recently, the campaign has also focused on seeking a reversal of United's June announcement that it must furlough pilots.

14.    ALPA's general theme of attempting to force United to reopen contract negotiations is repeated in each of the UAL-MEC's frequent updates to United pilots.  The following is from the July 15, 2008 update:  "Today was the 197th day that the Company could have sat down with its pilots to discuss a complete, fair and equitable contract.  They chose not to.  That makes 1,896 days (5 years, 2 months, 14 days) of living under the current draconian contract and work rules negotiated under duress of bankruptcy."  Since January 1, 2008 (when the new UAL-MEC Chairman Captain Steve Wallach took office), every UAL-MEC update begins with the same exact statement regarding re-negotiation of the United-ALPA Agreement, except that the number of days is adjusted.  Further, every such update since February 27, 2008, closes with the following quote from *The Art of War* by Sun Tzu:  "Fighting with a large army under your command is nowise different from fighting with a small one: it is merely a question of instituting signs and signals."  I have attached as Exhibit 2 a true and correct copy of this July 15, 2008 ALPA communication.

15.    ALPA's primary original assertion in the Fix It Now campaign was that the work rules in the existing agreement – in particular, the lack of "line guarantees" and "LCO pay rigs" – had an unnecessarily adverse effect on quality of life for more junior pilots.  United agreed to discuss changing these rules, but asked that ALPA agree to change other rules in the United-ALPA Agreement so that the overall impact of the changes would be cost-neutral on United.

16.    In January 2007, ALPA launched a poll to determine which contract modifications its members deemed most important, began holding rallies to garner member support, and issued a "UAL Pilot Unity Handout" called "YOUR CONTRACT-- HONOR IT."  The handout directed pilots not to waive any provision of the United-ALPA Agreement, stating "our contract still contains numerous protections that many of you choose to ignore or waive. . . .

5

**THE TIME HAS COME TO STOP HELPING THE COMPANY GUT YOUR COLLECTIVE BARGAINING AGREEMENT.**" (Emphasis in original.)  The handout further states that the ALPA Grievance Committee has put out a series of "Did-You-Knows" (DYK's) which are intended to highlight your contractual rights.  We urge you to read them, understand them and follow them in order to protect your current contract and aid us in getting you a better one."  I have attached as Exhibit 3 a true and correct copy of this ALPA handout.

17.    United declined to enter into negotiations with ALPA as to the United-ALPA Agreement prior to the amendable date, but did enter into negotiations for significant side agreements to address ALPA's concerns.  After several months of negotiations, the parties reached a 19-page Letter of Agreement that both United, and ALPA's leadership at the time, believed addressed both parties' concerns in a fair manner.  That agreement, dated March 16, 2007, was submitted to ALPA's membership for ratification.  A portion of United's pilots who believed the company should have agreed to ALPA's requests for modifications without any "quid pro quo" opposed the agreement, however, and it failed ratification.

18.    On February 21, 2007, contemporaneous with these negotiations, United and ALPA reached agreement on providing new crew rest facilities for pilots on certain of United's B777 aircraft.  This agreement was ratified by ALPA's MEC which subsequently attempted to rescind the ratification.  United insisted that an agreement had been reached and that ALPA's effort to rescind the agreement was null and void.  A grievance was filed and on April 11, 2008, Arbitrator David L. Beckman denied the grievance and upheld the agreement.

19.    On September 21, 2007, the parties reached agreement on implementation of a web-based trip trading program that ALPA and United believed would make it easier for pilots to trade trips.

20.    On October 1, 2007, the parties reached agreement on changes to the agreement that addressed the minimum block hour guarantee, a provision which guarantees United's pilots an agreed upon level of flying.

21.    On January 25, 2008, after current MEC Chairman Captain Steve Wallach took office, United and ALPA reached agreement on modifications to the two work rules, line guarantees and LCO pay rigs, that had been major subjects of the Letter of Agreement in March 2007.  These were the changes to which the parties agreed in March 2007, but without the offsetting modifications sought by United.  United agreed, in effect, to modify its prior position because Captain Wallach said it would be viewed by the pilots as a "show of good faith" by the Company that would improve the relationship between the parties.

22.    On April 18, 2008, United agreed with ALPA on a Memorandum of Understanding to address fatigue-related issues.

23.    On July 11, 2008, after United had announced the need to reduce capacity and furlough pilots (as explained below and in the Declaration of Peter D. McDonald, United's Chief Administrative Officer), United and ALPA reached a Letter of Agreement on Furlough Mitigation that was designed to minimize the number and effect of involuntary furloughs on the pilot workforce.

24.    In sum, United has tried for 18 months to resolve ALPA's stated concerns about the adverse effect that the work rules under the United-ALPA agreement had on the pilot workforce, reaching several agreements that addressed those concerns.  Every time the parties reached an agreement, however, ALPA has moved the bar, and increased its denunciation of United management.  Further, most recently (following the sick leave action described below), United's Senior Vice President, Labor Relations, P. Douglas McKeen had multiple

communications with ALPA's counsel, Robert Nichols, as well as with UAL-MEC Chairman Wallach, to persuade ALPA to put an end to the job action.

**C.**   **Specific ALPA Tactics and Communications/Directives in Support of its Campaign**

**1.**   **ALPA's Encouragement of Pilots to Refuse to Accept Voluntary Flight Assignments Known as "Junior/Senior Manning"**

25.     The United-ALPA Agreement provides for a procedure called "junior/senior manning" to address unplanned shortages of pilots which might occur for a number of reasons (e.g., when a pilot calls in sick and there is insufficient time to assign the flight to a reserve pilot or there are no reserve pilots available).  If a situation arises which necessitates junior/senior manning, United's crew scheduling department will contact pilots pursuant to a procedure outlined in the United-ALPA Agreement and ask him or her to cover the flight for which the originally assigned pilot and no reserve pilot is otherwise available.  As explained below, ALPA has discouraged pilots from accepting junior/senior manning requests, encouraged harassment of pilots who accepted junior/senior manning requests, and even gone so far as to adopt a formal resolution stating that the UAL-MEC does not endorse junior/senior manning.

26.     If a pilot accepts a junior manning assignment, that fact is noted in the pilot's monthly schedule, which is available to other pilots.  ALPA routinely obtained from United a computerized, monthly summary of all pilots' schedules from which it can readily determine which pilots have accepted junior manning.

27.     And on several occasions since that time, so-called "Rat Lists" were posted at various locations in the United system.  These lists included names, and occasionally phone numbers and addresses, of those who had accepted junior/senior manning assignments.  For instance, in Chicago Flight Operations, "Rat Lists" have been posted on both the inside and outside of ALPA's glass case bulletin board, and also placed in pilots' company mailboxes.

28.    In addition, some pilots who accepted junior/senior manning requests have reported receiving massacre/horror novels at home, harassing e-mail messages and phone calls, typewritten threatening notes, pornography, falsified mortgage applications and subscriptions and rat figurines.  Some pilots were so concerned about this harassment that they contacted the police and US postal service for assistance.

29.    On April 20, 2007, in a video posted on the MEC website, former MEC Chairman Captain Mark Bathurst stated, "I cannot over emphasize the importance to all of us, however, that we embrace a new attitude about our contractual obligations.  It is in no one's interest to waive anything in our contract.  It is not in our collective interest to seize opportunities for personal gain at the expense of delaying collective contractual gains.  If the contract does not say that a waiver requires pilot concurrence, the provision is not waivable and the company has no business asking that you do so.  Even where the contract says that a provision may be waived with your concurrence, there may be adverse collective consequences to consider.  For example, I have spoken to you previously about how the widespread use of junior-senior manning, which was originally designed as a tool for irregular operations and how it slows down recalls and promotions.  This is only one example.  Until our work rules and compensation are restored, these issues should be carefully considered before waiving any part of our contract."

30.    In January 2008, the UAL-MEC adopted a resolution to change its Policy Manual to state that, "Although allowed in the Collective Bargaining Agreement, the UAL-MEC does not endorse the use of [Junior/Senior Manning] as a manpower planning tool."  I have attached as Exhibit 4, a true and correct copy of this ALPA publication, dated January 25, 2008.

31.    On May 7, 2008, Local Council 12 issued an update to United pilots specifically telling them not to accept United's requests for junior/senior manning to avoid cancellations, and

confirming its position that ALPA is "opposed to JRM/SRM being used as a manpower planning tool." I have attached as Exhibit 5, a true and correct copy of this ALPA communication.

32.    As detailed in the declaration of Paul Carlson (United's Managing Director, Pilot Staffing and Scheduling), junior/senior manning requests are now rarely accepted by United pilots.

**2.    "Work to Rule" and Sick Leave**

33.    "Work to Rule" (also known as "Flying the Contract" and "Flying the Book") refers to a pilot not waiving any section of the collective bargaining agreement. When implemented by pilots, work-to-rule campaigns typically involve a variety of actions that are intended to result in increased flight delays and cancellations, including delays in pre-flight activities and taxi procedures, the refusal to fly with minor equipment problems, the refusal to waive contractual rest and duty period requirements, increased sick leave usage, and the failure to volunteer for overtime.

34.    On March 26, 2007, Local Council 12 Vice Chairman Captain John Briggs sent an e-mail to LEC Council 12 members, stating: "Leverage comes from each of us flying the line and our actions standing up for our contract, and such leverage is required before our Negotiating team can make progress in restoring our contract to its rightful state…[l]everage is flying the contract." I have attached as Exhibit 6, a true and correct copy of this e-mail.

35.    On December 8, 2007, Local Council 12 issued an update to United pilots stating that they need to "strictly adhere" to their United-ALPA Agreement and that to not do so is "prolonging the length of time you will have to endure under industry trailing pay and benefits." ALPA also stated in that update, "what are you going to do about [the Company's refusal to reopen the contract and provide relief]" and concluded with "SAFETY FIRST, IN ALL

THINGS, AT ALL TIMES." I have attached as Exhibit 7, a true and correct copy of this ALPA communication.

36.     On February 5, 2008, Local Council 12 issued an update to United pilots stating that they need to be "battle-ready." In that update, ALPA also directed United pilots to a website to get the "tools required to effectively execute our mission of unity." I have attached as Exhibit 8, a true and correct copy of this ALPA communication.

37.     Shortly thereafter, on February 19, 2008, sick leave by pilots increased significantly, rising to over 50% more than the anticipated rate.

## 3.     ALPA's Demonstration of Control Over its Members Through its "Hats On/Hats Off" Policy

38.     In January 2008, ALPA initiated a "hats on, hats off" policy "to show management that this pilot group is serious about regaining what was stripped from us during bankruptcy." Under this policy, ALPA would inform pilots in frequent messages whether they were supposed to wear their uniform with their hats on or off "whenever you are likely to be viewed by management." The stated purpose to demonstrate "solidarity" to United management.

39.     Two recent incidents demonstrate how seriously United pilots take ALPA's directives. On June 18, 2008, a United first officer confronted United captains in different airports who were wearing their hats during a "hats off" period. In the first incident, after that captain did not remove his hat, the first officer allegedly told him that "you are lucky I don't have a pipe." In the second incident, after a heated argument the first officer allegedly told another captain that "you better be glad that the union doesn't have us carry baseball bats." In that case, the captain was so upset by the confrontation that he was unable to complete the flight which resulted in the flight being cancelled.

**D.**     **The Recent Increase in the Intensity of ALPA's Campaign Following United's Furlough Announcements**

**1.**     **United Announces Furloughs**

40.     As detailed in the Declaration of Peter D. McDonald, on June 4, 2008, United, facing unprecedented fuel prices, announced that it will remove a total of 100 aircraft from its mainline fleet, and reduce its mainline domestic capacity in the fourth quarter 2008 by 14% year over year.

41.     In response to this announcement, UAL-MEC Chairman Captain Wallach issued a June 4, 2008 letter regarding the planned reduction of the fleet and furloughs, stating "I have made this latest development my top priority. I have directed the Negotiating Committee and the System Schedule Committee to devote all their time and energy to protecting the jobs of all of our pilots. No idea will be discounted." I have attached as Exhibit 9, a true and correct copy of this letter.

42.     As detailed in the Declaration of Paul Carlson, sick leave usage by pilots began increasing on June 5, 2008.

43.     On June 23, 2008, the Company announced that the reduction would result in furlough notices to approximately 1,450 pilots, including those on leave, and result in the furlough of approximately 950 active pilots.   Given the requirement in the United-ALPA Agreement that pilot furloughs be conducted in reverse seniority order, the pilots to be affected by the furloughs will, in addition to several hundred new hire pilots, be among those who most recently returned to work following post-September 11th furloughs.

**2.**     **ALPA's Campaign Increases in Intensity Following Furlough Announcements**

44.     On July 15, 2008, MEC Chairman Captain Wallach issued a letter to United pilots stating that, "We face a focused, hostile and arrogant management group: a management group

that gives not a damn about you, your well-being, or the well-being of your family. A management group that has rewarded everyone but the frontline employees who make this airline fly everyday. They have rewarded themselves with exorbitant bonuses, they have rewarded the shareholders with untimely dividends and they have rewarded the banks with premium fees for the pre-payment of debt and covenant relief." Captain Wallach concluded by stating, "Do not discount the efforts all of us make each and every day that enable this company to operate. We cannot get out from under the present contract on time if we do not begin our work now." I have attached as Exhibit 10, a true and correct copy of Captain Wallach's July 15, 2008 letter.

45.    Also on July 15, 2008, in an update issued to United pilots, the UAL-MEC stated, "Obviously, if a pilot is fatigued, he does not know when he will no longer be fatigued until after he gets some rest. . . . pilots should just give the crew desk a time estimate far enough into the future to ensure adequate rest…" I have attached as Exhibit 11, a true and correct copy of this ALPA communication.

46.    As detailed in the Declaration of Paul Carlson, sick leave usage by pilots began another significant spike staring during the weekend of July 18, 2008, and has not dissipated.

47.    As a result of the spike in sick leave, on July 20, 2008, the Company enforced a doctor's certification requirement for sick leave use by A320 and B737 First Officers to try to stem the tide of sick usage.

48.    On July 21, 2008, Local Council 12 issued a statement to all United pilots, subtly encouraging them to decline to fly aircraft with minimum equipment issues (i.e. those that do not affect the safety of the aircraft), which is another way of refusing to waive any contractual rights. "If we continue to try to do management's job, one we clearly were not hired to do, we enable

their continued mismanagement of our airline.  It is not our job or responsibility.  We will not save our airline by risking safety.  We will not save our airline by trying to do management's job. Our job as pilots is to support them with write-ups regarding the tools we need to operate our aircraft safely."   I have attached as Exhibit 12, a true and correct copy of this ALPA communication.

49.    Thereafter, on July 22, 2008, Captain Wallach issued a letter to pilots stating in part that, "Sick leave, and the pay that goes with it, is a contractually negotiated benefits to be used for a specific purpose and in specific situations."  Captain Wallach then listed a variety of reasons to call in sick including stress and emotion, and suggested that many "non-fitness" items could only be detected by pilots rather than physicians.  I have attached as Exhibit 13, a true and correct copy of Captain Wallach's July 22, 2008 letter.

50.    Also on July 22, 2008, when sick leave remained high, the UAL-MEC issued a statement to United pilots entitled "Focus on Fatigue," with a quote from 2000, stating that, "no pilot should ever feel pressured to accept an assignment when not properly rested."  I have attached as Exhibit 14, a true and correct copy of this ALPA communication.

51.    Also on July 22, 2008, Captain Wallach issued a separate letter reassuring pilots that United was not in danger of bankruptcy, implying that any job action would not put United "over the edge," but would make United pay attention.  I have attached as Exhibit 15, a true and correct copy of this ALPA communication.

52.    On July 25, 2008, ALPA issued an MEC "Unity Update" stating "Fatigue, stress, illness, exhaustion, anger, fear, depression, resentment, uncertainty, frustration and disrespect are all being crammed down our throats by a company that gives not a damn about goodwill, morale, its employees or its customers. So, how's your summer going? *Leverage does not just show up,*

*unannounced, on one's doorstep. Unified pilots create leverage.*"  (Emphasis in original.)  I

have attached as Exhibit 16, a true and correct copy of this ALPA communication.

**E.**    **Facts Evidencing a Connection between United Pilot Anthony Freeman, the UAL-MEC's Industrial Relations Committee, and the Recent Increase in Sick Leave Usage**

53.    Anthony Freeman is a pilot at United.  Mr. Freeman currently works as a First

Officer on United's Airbus 320 aircraft.  Mr. Freeman is a member of ALPA, and is domiciled in

Denver, Colorado.  Mr. Freeman is listed on the pilot seniority list at United as the 6945th pilot

out of 7748 pilots.  During the week of July 12 to 18, 2008, Mr. Freeman called in sick and did

not report to work.

54.    Mr. Freeman was hired in March 2000.  Mr. Freeman is one of the 2,172 pilots

who were furloughed after September 11, 2001.  Specifically, Mr. Freeman was furloughed from

United on January 15, 2003.  Mr. Freeman was subsequently recalled to United on August 21,

2006.  The 2,172 furloughed after September 11, 2001, often refer to themselves collectively as

"the 2172" or "the UAL 2172."

55.    There have been comments made by employees at United recently that these

2,172 junior pilots established a website (www.ual2172.com) to coordinate their efforts, and are

planning to disrupt United's operations through concerted activity.   As set forth in the

Declaration of Benjamin Vaughn (of United's corporate security department), United believes

that Mr. Freeman operates and maintains the www.ual2172.com website.

56.    The Industrial Relations Committee is a committee of the UAL-MEC.  According

to the UAL-MEC Policy Manual, the Industrial Relations Committee is "responsible for insuring

that the pilots of United Airlines are in a continuing state of preparedness to respond to Company

and industry actions which affect the relations between the pilots and other parties."  One of the

stated duties and responsibilities of the Industrial Relations Committee is: "The formulation and implementation of labor actions which will accomplish the goals of the United pilots and the directives of the UAL-MEC." Another stated duty/responsibility of the Industrial Relations Committee as listed in the UAL-MEC Policy Manual is to, "[c]ommunicate with the Local Council Industrial Relations Coordinators (appointed by each LEC) to implement any activity, either local or national in nature, which is significant to United pilots." I have attached as Exhibit 17, a true and correct copy of the relevant pages of the UAL-MEC Policy Manual describing the Industrial Relations Committee.

57.     The three current members of the Industrial Relations Committee are Captain Rob Domaleski, Captain Xavier Fernandez, and Captain Steve Tamkin (who is also the chairman of the committee). Captains Domaleski, Fernandez, and Tamkin are United pilots.

58.     On or about June 5, 2008, Marion Malo, an ALPA employee working for the UAL-MEC, sent an e-mail request to United for an "ALPA trip drop" on behalf of the three members of the Industrial Relations Committee (Captains Domaleski, Fernandez, and Tamkin,) and Mr. Freeman, for trips in the June 9-17, 2008 timeframe. An "ALPA trip drop" is when a pilot is allowed to "drop" a flight (also known as a trip) to attend to ALPA business. ALPA trip drops are available only for pilots engaged in ALPA business, and ALPA reimburses United for the cost of the leave. I have attached as Exhibit 18, a true and correct copy of the June 5, 2008 e-mail from the UAL-MEC requesting an ALPA trip drop for Captains Domaleski, Fernandez, and Tamkin, and First Officer Freeman. This request for an ALPA trip drop occurred the day after United announced its plans on June 4, 2008, to eliminate 100 aircraft from its fleet.

59.     Based on a review of United's records, I determined that Captains Domaleski and Fernandez flew to Los Angeles on June 11, 2008, and departed from Los Angeles on June 13,

2008. I also determined that Mr. Freeman attempted to fly to Los Angles from Denver on June 11, 2008, but did not make his flight. Mr. Freeman obviously traveled to Los Angeles, however, because he departed from Los Angeles on the same day as Captains Domaleski and Fernandez (June 13, 2008), flying from Los Angeles to Denver. My review of records also revealed that Captain Fernandez lives near Los Angeles, in Agoura Hills, California. Captain Jim Andersen, chairman of the UAL-MEC Strike Preparedness Committee Chairman, also flew to Los Angeles on June 10, 2008, and departed from Los Angeles on June 13, 2008. Captain Andersen was also on an ALPA-paid trip drop at that time.

**F.**     **Relevant E-Notes**

60.     United maintains an "e-note" system that allows pilots and flight attendants to communicate with one another. The system is similar to text messaging. United maintains a database containing all e-notes sent during the past 36 months. I caused to be retrieved certain messages from United's "enotes" system used by pilots and flight attendants. These e-notes also suggest an increase in potential activity by pilots, including a potential increase in sick leave usage.

61.     I have attached as Exhibits 19 to 20, true and correct copies of messages from the enotes system referencing activities by the UAL 2172 and further potential concerted activity.

62.     As set forth in Exhibit 19, on June 28, 2008, an e-note message to Tony Freeman from First Officer Hemant Bhana suggests a concerted effort and further confirms First Officer Freeman's involvement in the www.ual2172.com website (as detailed in the Declaration of Benjamin Vaughn), "Hey Tony, I'm one of the 2172 and have enjoyed the spirited debate on the bulletin board. Could you please call me when you have a free minute? I'd like to ask you some questions about what is going on. Waiting for info is agonizing. ... Regards, Hem."

63.    Similarly, as set forth in Exhibit 20, a July 2, 2008 e-note message to First Officer Jeff Jaslow from First Officer Octavio Trippe further indicates the concerted activities of the 2172: "Jeff-- Sent an email to 2172.com and have had no response, but I'm sure u r a busy guy like me!! Pls call to discuss some 2172 ideas. Tavo Trippe, DENFO 737 F/O ...."

64.    I have attached as Exhibits 21 to 22 true and correct copies of examples of messages from the enotes system harassing pilots who accept junior/senior manning requests.

65.    As set forth in Exhibit 21, on June 10, 2008, an ALPA member, First Officer Gabriel Wright sent a message through United's "enote" system, used by pilots and flight attendants, to a Captain, stating "Just to let you know your F/O junior manned this trip with you...for what it's worth...the 2172 group."

66.    And as set forth in Exhibit 22, also on June 10, 2008, First Officer Wright sent an e-note message directly to the First Officer who had accepted the voluntary assignment, highlighting ALPA prohibition against junior/senior manning stating, "Thanks for Junior Manning.... I know all of us 2172's really appreciate your unity and helping out the Company. Again way to go and enjoy your vacation while we will soon be on the street."

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed this 29th day of July, 2008, at Chicago, Illinois.

Jay D. Milone

18

EXHIBIT 1

With the MEC Update for Wednesday, December 20, 2006, this is MEC Communications Chairman Steve Derebey.

Today's Update includes 6 items:
1. It's Time To 'Fix It Now!!!'
2. The Role of a Strike Preparedness Committee ... Today
3. Wilson Center Conducting Survey of United Pilots
4. An Important Note About Bypass Options for Furloughed Pilots
5. MEC Hotel Committee Update
6. Upcoming LEC Meeting

**Note: To access most links contained in this Update, you must be logged onto the MEC website (www.alpa.org/ual)**

# 1. It's time to "Fix It Now!!!"

## _Click Here_ to learn more

Over the next several months, MEC members will be holding informal meetings in layover hotels to discuss, on a one-to-one basis, important issues and hear directly from you. The first of these meetings were held this week in IAD, LAX and SFO. **The next meeting will be held in SFO from 4 to 10 p.m., Thursday at the Doubletree Airport Hotel Burlingame.** Look for information on the hotel sign-in sheet as to the specific room, or ask the front desk for the room location when you check in.

**MEC Communications will provide schedules of these meetings in the coming weeks. We encourage you to monitor your e-mail closely.**

This is a great opportunity for you to meet face-to-face with your elected representatives. They are there for you. Take advantage of this opportunity. Stop by and talk to them.

**2. Since the MEC's December 5th announcement** concerning the creation of the Strike Preparedness Committee (SPC), we have received questions concerning our legal ability to strike prior to being released by the National Mediation Board (NMB) assuming formal Section 6 negotiations reach an impasse.

While we cannot legally strike prior to the NMB's release, there are many things the SPC can, and will, do in advance of formal negotiations. The key word is "PREPAREDNESS." The "Fix It Now" theme is the SPC's message to you that you need to join us in ensuring we all fly the present contract, and not waive _any_ section of it. The Family Awareness structure is currently being assembled and literally hundreds of volunteers will be needed in the next year. You can join us in sending the message that

there are significant quality-of-life issues that need to -- and can be -- fixed **_now_**. Only through **_one voice_** will management hear us.

For questions, or to volunteer, please contact your local council representatives.

**3. The Wilson Center for Public Research is conducting** a telephone poll of United pilots on behalf of the United MEC. The MEC periodically conducts these polls in order to measure the attitudes and pulse of the pilots concerning the state of our airline and our union.

We urge your cooperation and candor if you are contacted by the Wilson Center in the coming days. If you have any questions or comments about the poll, please contact the MEC Communications Committee at the MEC office at 1-800-922-ALPA.

**Note:** When the Wilson Center calls, one of the following three messages will appear on Caller ID:
--Wilson Center For Public Research
--Wilson CTR
--Area Code 301 and 306 Prefix.

**4. Earlier this week, the Company announced** that fewer than 100 furloughed United pilots have not been offered recall. The Company, expecting to recall more than 300 pilots in 2007, indicated that past response rates show that the most junior pilot on the seniority list will be offered a February 2007 recall. After the most junior pilot has been offered recall, the Company will begin to offer recall to pilots, in reverse seniority order, who previously elected to bypass.

In accordance with the "Furlough Bypass" Letter of Agreement, bypass rights for furloughed pilots will likely be expiring soon. Per the Agreement, "A pilot has bypass rights until he is offered recall and there is no pilot junior to him, including pilots who have previously elected to be bypassed, on the list of pilots eligible for recall."

It is important to note that if a furloughed pilot does not accept recall after the right to bypass has expired, that pilot will be removed from the United Pilots Seniority List, and that pilot will have no further right to current employment with United.

More information regarding bypass rules can be found on the Furlough Page of the MEC website.

**5. The MEC Hotel Committee reminds pilots** that with the IROPs across our system over the next few days, they do not need the Company's approval to seek self help for transportation or hotels.

The committee also reports:

- The Burbank Holiday Inn again has reneged on its agreement to provide early morning vans for United pilots to the airport. If the hotel will not take you to the airport when you need to go, please call the UAL Hotel Desk and request that they arrange alternate transportation for a specific time. Getting a cab yourself at 6 am in beautiful downtown Burbank is unlikely at best.
- The new hotel rooms in Beijing, China do not appear to be what was promised during the Committee's recent site inspection. If your room is not suitable, request that the Company put you in the main building of the Holiday Inn, which is also approved.
- The committee's new bulletin, watch and disapproved lists are now posted on the MEC website.

## 6. Upcoming LEC Meeting:
--**Council 33 (DEN):** 9:30 a.m., Wednesday, January 10, 2007 Radisson Hotel (Across from DENTK)
--**Council 34 (SFO):** 10 a.m., Thursday, January 11, 2007, Westin Hotel Burlingame (Near SFO)

Thank you for your continued excellence in safety and professionalism. We still have a large number of our fellow pilots serving our country in the armed forces. Our thoughts are constantly with you and your families. 1,235 of our fellow pilots remain on furlough. We will continue to focus our efforts on returning as soon as possible all of our furloughed brothers and sisters to their rightful place in United cockpits.

The United MEC, along with the officers and MEC staff, wish you and your family a safe and joyous holiday.

EXHIBIT 2



**United Pilots
Master Executive Council
MEC Update**
Tuesday, July 15, 2008

With the MEC Update for Tuesday, July 15, 2008, this is MEC Communications Co-Chairman Captain Jay Heppner.



*Today was the 197th day that the Company could have sat down with its pilots to discuss a complete fair and equitable contract. They chose not to.*

*That makes 1,896 days (5 years, 2 months, 14 days) of living under the current draconian contract and work rules negotiated under duress of bankruptcy.*

## *Fatigue Policy and Pilot Pushing*

According to the MEC System Schedule Committee, there continues to be FSAP and PLTCM reports indicating that some pilots are being asked to contact the FODM after calling in fatigued. This is not required by the FOM fatigue policy and could be considered pilot pushing. The FOM policy requires pilots to "inform the crew desk when once again available for an assignment."

Obviously, if a pilot is fatigued, he does not know when he will no longer be fatigued until after he gets some rest. However, the crew desk seems to be requiring a pilot to talk to the FODM if the pilot cannot tell the crew desk at the time he calls in fatigued when he will be ready to fly again. Paul Carlson, director of flight scheduling at United, stated that the language in the FOM is vague, but the SSC disagrees. In the opinion of the SSC, the FOM says to inform the crew desk when you ARE available, not when you WILL BE available. Until this issue is resolved, pilots should just give the crew desk a time estimate far enough into the future to ensure adequate rest and preclude a potential conversation with a pilot-pushing FODM.

Additionally, the SSC has learned that not all pilots who are calling in fatigued are filing FSAP or Operational reports on the issue. As a reminder, the FOM requires the filing of a report when calling in fatigued. The report also helps the SSC and the Central Air Safety Committee identify scheduling problem areas and track trends.

## In This Update:

» **Election for MEC Committee Position To Be Held Next Week**
» **Upcoming Local Council Meeting**

## Elections for MEC Committee Position To Be Held Next Week

The next regular UAL-MEC meeting is scheduled for July 21-25 at the W Hotel, 644 North

Lake Shore Drive in Chicago.  The meeting commences on Monday, July 21, 2008 at 9:00 a.m.  All United ALPA pilots in good standing are invited to attend all open sessions.

The MEC will hold an election for the following MEC Committee positions.  Please contact your local Council representatives to be nominated for the following committees.

### Domestic Code Share and Cargo Committee (1) – member, Chairman, Vice Chairman
This committee consists of two members – a chairman and a vice chairman.  The chairman also serves as a member of the Related Carrier Review.  The Committee shall monitor the compliance of the Company, Feeder Carriers and other Domestic Code-Sharing partners with the requirements of the CBA.  Furthermore, the Committee reviews the financial performance of Express or Feeder Carriers on routes historically flown by United, but which have been abandoned or given to those Express or Feeder Carriers to ensure company compliance with Section 1 of the CBA regarding its relationships with other carriers.

### Legislative Committee (2) – 1 member, 1 alternate member
The committee consists of three members, one of which is elected chairman.  Among its several duties, the committee provides the UAL-MEC with a current account of pending legislation and proposed regulatory changes which may affect the UAL pilots.  Additionally, the committee educates and encourages pilot participation in local political activities.  During Presidential election years, two alternate members are added to the committee whose terms expire after election day.

### Retirement & Insurance Committee (1) – 1 member
This Committee shall consist of three (3) members, elected by the MEC, one of whom shall be elected Chairman. The Chairman and one of the other members shall be designated as members of the Pension Board by the MEC. The remaining member shall be designated the alternate Pension Board member. The Chairman shall be designated as a member of the Retiree Medical Plan Board.

For more information on any of the MEC committees and their respective duties, please review the UAL-MEC Policy Manual, Volume 1 available at https://crewroom.alpa.org/ual/DesktopModules/ViewDocument.aspx?DocumentID=19677.

# Upcoming Local Council Meeting
**--Council 12 (ORD):** 10 a.m., Wednesday, July 16, Sheraton Four Points, Schiller Park, Ill.
**Special Guest Speaker: MEC Chairman Captain Steve Wallach.** 10249 Irving Park Road, Schiller Park, Ill. (SE corner of Mannheim and Irving Park Roads. Airport shuttle available every 20 minutes at the ORD Shuttle Center located across from O'Hare Hilton.)



*"Fighting with a large army under your command is nowise different from fighting with a small one: it is merely a question of instituting signs and signals."*

**—Sun Tzu**

EXHIBIT 3

# Leverage does not just show up, unannounced, on one's doorstep. Unified pilots create leverage.



**UNITY OF PURPOSE BRINGS POWER**

**THERE IS POWER IN UNITY**

# UAL Pilot Unity Handout
# YOUR CONTRACT – HONOR IT

Your collective bargaining agreement has been negotiated over many years. With bankruptcy, we were forced to give back many improvements that took years to obtain. That being said, our contract still contains numerous protections that many of you choose to ignore or waive. Every time you ignore or waive a provision contained in your collective bargaining agreement, the company either benefits financially or marks the event and uses it against your negotiators in future negotiations. **THE TIME HAS COME TO STOP HELPING THE COMPANY GUT YOUR COLLECTIVE BARGAINING AGREEMENT**. It takes time and effort to maintain a contract, and to honor your predecessors efforts. Here are a couple of examples of how you can impose your legally negotiated and enforceable contractual rights. The Grievance Committee has put out and will continue to put out a series of *Did-You-Knows (DYK's)* which are intended to highlight your contractual rights. We urge you to read them, understand them and **follow them** in order to protect your current contract and aid us in getting you a better one. They can be found online at www.alpa.org or at www.unitedpilotunity.org.

### Pilot Concurrence
**CBA Section 2-T** *In any assignment where the Agreement requires pilot concurrence, pilot concurrence will be construed to mean that the pilot will be advised his concurrence is required and he will accept or reject any offered options prior to being scheduled for such assignment. The Company may request a pilot, and the pilot may concur, to waive only those specific provisions of the Agreement which specify a waiver is permissible.*

The first sentence clearly states that if the Company wishes you to waive a section of the contract you **must be advised** that your concurrence is required **prior** to the assignment being placed into your schedule. The second sentence goes on to limit what may be waived. Only those sections that specifically allow a pilot to waive are waivable.

This prohibits both the Company *and* individual pilots from waiving sections that are not permitted to be waived. Since this contract is between the Company and all of the pilots at United, no one pilot may take it upon himself to waive a provision of the contract that does not provide for it, nor shall that pilot accept monetary and/or work rule offers from the company that are not presently provided for in the CBA.

So the next time you are asked *"is it ok?"* or *"would that be fine?"*, request from the crew desk scheduler the section of the contract they are asking you to waive. It is then an easy task to check to see if the term "with pilot concurrence" appears within the section.

### Transportation and Self-Help
**CBA Section 4-D-1** *When transportation provided by the Company at a layover point does not leave within thirty (30) minutes after actual block arrival, pilots may use any other available means of ground transportation to their place of lodging and may claim reimbursement for expenses for such transportation on the regular Company expense account form and pilots shall be reimbursed therefore.*

If the transportation to or from the hotel does not meet the contractual requirements of Field 15 or Downtown 30, or if the vehicle is not safe (e.g., has no seatbelts, requires people to stand, has no air conditioning/heat, luggage is blocking egress or creating a hazard during a sudden stop), you are then permitted to seek alternate transportation, or United will provide it for you. It is United's responsibility to provide your transportation to and from your layover. It is also United's responsibility to call your transportation provider so it is available in the contractually mandated time after you land at your layover city. It is never the crewmembers' responsibility to call for transportation and we highly discourage it. When securing your own transportation, keep in mind that in many cities and countries taxicabs are unregulated and often unsafe. If you do seek transportation self-help, make sure it is safe; the contract says "any other available means of ground transportation" in the event the contracted transportation is unavailable. The same rules apply when leaving the layover hotel for the airport. If transportation cannot be provided in a safe or timely manner, you have the right to seek self-help, the right to request that United provide you alternate transportation, or the right to wait at the airport or hotel until United provides your contractually-mandated safe transportation.

In summary,    **DA+30 (downtown, actual)    FS+15 (field, scheduled)**

## THE FOM – ABIDE BY IT

The FOM is a legal document, negotiated by and with the FAA. It contains the rules United Airlines has agreed to operate under with the FAA. As such, it should be taken as gospel. Non-compliance with the FOM in any circumstance *other than an emergency* puts your license at risk as well as every other crew member under your command. Think of the FOM as a rule book. When something goes wrong and you have failed to follow the rules, the first thing the company and their attorneys will say is that "…we told that pilot what the rules were, we even wrote them down for him/her, but he/she didn't follow them. It's not our fault." Failure to abide by the FOM puts your and your family's livelihood at risk. Is it worth it? We urge you to pay strict attention to your FOM, as it makes our job easier if the time comes that we need to represent you. FOM compliance by default will result in fewer instances of the need to defend you in "rules" violations.

**Notes:**

## THE FLIGHT MANUAL – FLY BY IT

Just as the FOM contains general rules we must all operate under, each aircraft has specific rules contained in the aircraft Flight Manual (FM.). These rules and operating practices are how United Airlines expects you to operate their aircraft. Just as in the FOM, failure to fly your aircraft the way United Airlines **tells** you to fly it puts your and your family's livelihood at risk.

**Notes:**

EXHIBIT 4

**REDACTED**

**REDACTED**

**REDACTED**

REDACTED

**Produced by the MEC Communications Committee**

*Friday, January 25, 2008*

*Today was the 25th day that the Company could have sat down with its pilots to discuss a fair and equitable contract. They chose not to.*

## What's New

**The United MEC today adopted** the following resolutions during the MEC Meeting in Chicago:

**BE IT RESOLVED** the MEC directs that the UAL-MEC Policy Manual be revised to include wording specifying that, although allowed in the Collective Bargaining Agreement, the UAL-MEC does not endorse the use of JRM/SRM as a manpower planning tool.

Carried Unanimously

**PROPOSED SOLUTION:**
BE IT RESOLVED the UAL-MEC approves a change to the UAL-MEC Policy Manual, Volume II, Section XIV as follows:
SECTION XIV - SCHEDULING AND HOURS OF SERVICE

C. General:

1. Flight and Duty Time Limitations:

f. Although allowed in the Collective Bargaining Agreement, the UAL-MEC does not endorse the use of JRM/SRM as a manpower planning tool.

✈ ✈ ✈

EXHIBIT 5

REDACTED

REDACTED

**From:** Sebby, Mark [WHQFO]
**Sent:** Thursday, May 08, 2008 7:55 AM
**To:** Donohue, Sean [WHQVF]; Rimer, Keith [WHQFO]; Mayenschein, Eddie [WHQFO]; Winter, John [DENTK]; Burns, Joseph [DENTK]; Milone, Jay [WHQHR]; Carlson, Paul [WHQCM]; Masterson, William [WHQPR]; LIST, sfischer []; LIST, Joe. []
**Subject:** FW: C12 Update May 2008

**From:** ual012-activepilots@ames.alpa.org [mailto:ual012-activepilots@ames.alpa.org]
**Sent:** Wednesday, May 07, 2008 10:20 PM
**To:** ual012-activepilots
**Subject:** C12 Update May 2008

ALPA: The Pilots Union

# *Council 12 Update*

Media speculation regarding a merger between United and USAirways continues.  We would like to inform you that we have no evidence of such plans, as described by the media.  Your MEC is unanimously opposed to any transaction involving USAirways.

We are all very aware that Glenn Tilton's "one trick pony" mentality would like nothing more than to pass off UAL, in order for his separation clause to take effect.  However, in the event that we remain a standalone company, Glenn has concocted yet another money grab for himself and his top "yes men" (and women).  A new executive performance incentive plan will set aside 8 million shares to distribute over the next three to five years.  UAL Spokesperson Jean Medina said of this plan: it will "enable us to attract, retain, and reward exceptional senior leaders".  Because we have yet to see this corporation "attract or retain" exceptional senior leaders, our reaction to this statement is "Whiskey Tango Foxtrot"!

One of the newest senior leaders is VP of Customer Experience, Ms. Barbara Higgins.  She developed the "Ask the Pilot" program that increases our duties as pilots during the period of time we are off the clock.    Maybe an exceptional senior leader would recognize this oversight?

Rather than focusing on the core business at UAL, management has created programs such as Business Education Training, Success Sharing, and now the wonderful Fleet Card Collection! *(Before takeoff, ask your happy pilot all about how cool it is to be UAL pilot!)*    We ask, if approached by a customer, that you interact as the professional that you are.  Professional candor is what is expected of us.

On May 1, Glenn announced an initiative called the "Performance Council." This group of UAL executives is charged with brainstorming how to improve UAL's performance.  We can save this corporation plenty of capital with our simple solution.  We suggest that every senior executive in this new council purchase a handheld mirror, hold it in front of them, and accurately identify their contribution to this corporation's poor performance.  Eliminate what you see in the mirror Glenn!

Your MEC held its regularly scheduled meeting April 21-25, 2008.  Very soon you can log onto the MEC Website, click under reports and view the "compilation of actions".  Here you can read all of the resolutions passed during the meeting.  Notably, there were actions taken on the "On the Line" safety training, fatigue mitigation, furlough mitigation, one percent pay increase in lieu of success sharing, PBS and TTWOF improvements, committee elections, and other initiatives.

The company assigned an abnormally large amount of involuntary vacations in May.  As a result, the crew desk is now short of crews.  JRM/SRM assignments are being offered.  We ask that you do not solve the company's management problems.  To reiterate your union's position on JRM/SRM, "we are opposed to JRM/SRM being used as a manpower planning tool."

The safety standown program, "On the Line", will roll out soon in all domiciles. This program has been supported by your MEC, was created by your MEC Safety Committee, and will be taught by UAL line pilots. All pilots will receive five hours of compensation for this one day training event. For more information on this, log onto the MEC website at www.alpa.org .

The furlough fund distributions are complete and the account has been audited. The remaining balance of the fund will be returned to the pilots along with a letter of explanation and a description of the final audit. On behalf of the recipients of this noble act; thank you!

Your MEC committees continue to work arduously in an effort to keep this airline and our careers safe, secure, and keep this union prepared for any eventuality it may face in the near term. Your MEC members continue to stay informed on the industry's issues, support our Master Chairman's strategic initiatives, and remain prepared to engage in any eventuality we may face in the coming months. We are unified and will continue to be proactive with the issues that we are collectively facing.

At our next C12 LEC meeting, TBD, we will provide you with a full report of the business conducted at the April MEC meeting. Also, if you have not mailed your merger assessment authorization form, please do so as soon as possible.

Murphy and Hartelius, our uniform vendor will be in Chicago Flight Operations (ORDFO) for uniform fittings from Monday, May 19th through Thursday May 22nd. At that time the tailored items (uniform jacket and pants) will be on sale at 10% off.

Please stop by and see Ray and Terri for your uniform needs. Their hours are Monday 1000 - 1800, Tuesday and Wednesday 0700 - 1800 and Thursday 0700 - 1400

Until our next update, please remain focused on a safe operation, and do not allow the media to become a distraction in our cockpits.

Thank you for remaining engaged and informed in our union's business.


Fraternally and in Unity,

| | | |
|---|---|---|
| Eric J. Popper, Chair | Eric.Popper@alpa.org | 630-841-3065 |
| Carlos J. Rodriguez, Vice-Chair | Carlos.Rodriguez@alpa.org | 678-520-5545 |
| J. Todd Coomans, Sec/Treas. | Todd.Coomans@alpa.org | 815-814-1801 |

**ALPA: The Pilots Union**

If you wish to unsubscribe from this list, please go to https://crewroom.alpa.org/alpa/DesktopModules/ToPreferences.aspx to update your Standard Mailings and/or E-Mail Distribution Lists preferences. Note: you may be prompted to logon to access this page.


7/28/2008

EXHIBIT 6

REDACTED


REDACTED

---

**From:** ual012-activepilots@ames.alpa.org [mailto:ual012-activepilots@ames.alpa.org]
**Sent:** Tuesday, March 27, 2007 1:00 AM
**To:** ual012-activepilots
**Subject:** C12 Update - Mar 25, 2007

# Council 12 Update


March 26, 2007

From Captain John Briggs
      C-12 Vice Chairman

Neil is on vacation with is family in Florida so I am writing you concerning the recently accepted TA. We understand emotions are running high, so I would ask you to please take a deep breath and read this entire letter.

At the January **FIX IT NOW** rally, your Master Chairman, Captain Mark Bathurst, announced the company was finally going to talk with your Negotiating Committee. The committee, along with its staff professionals and experts have been more than ready to meet with the company.

The committee was armed with your feedback from the Wilson Center Polls, feedback from our hotel "Meet and Greets," local council meetings, and MEC direction. But negotiations are just that, negotiations, based on varying levels of leverage on both sides. The side with the more leverage usually prevails in getting the better agreement and to a degree in proportion to the difference in leverage between the two parties.

I want to address what is not leverage. Leverage is not your Master Chairman speaking to Glenn Tilton. Leverage is not the Negotiating Committee pounding their fists on the table to the company. Leverage does not result from the company wanting to talk to us. Leverage comes from each of us flying the line and our actions standing up for our contract, and such leverage is required before our Negotiating team can make progress in restoring our contract to its rightful state.

Throughout February, your Negotiating Committee met with the company. They slid many "wants" to the company and the company asked for their "wants" from our contract. Initially some our "wants" included pay raises and other high ticket items. As negotiations progress what proposals remain in play is inevitably determined by the parties' relative leverage, not by what is "right." And the Negotiating Committees list of priorities are not those of any individual pilot, but those of all 6700 pilots as determined by the Wilson polling. When the negotiations are complete it is called an Agreement in Principle (AIP), and as with any AIP or any negotiated agreement it will have "gets" and gives."

To put this in perspective, let's go back to August of 2000 when we received a TA from the company in Section 6 negotiations. In order to receive our many "gets" we also had to "give" some concessions at that time too. The following is a list of **some** of the concessions in Contract 2000:

1.  Introduced Mason months, allowing company to fly more during peak months with fewer pilots- manpower negative
2.  Reduced guarantee from 78 to 75 – costs us money
3.  Added Ops Integrity provisions- manpower negative
4.  Added Senior manning –manpower negative
5.  Introduced "flex months"- 4 months each year with caps increased by 2 hours- manpower negative
6.  Reserve actual cap increased from 78 to 81 – manpower negative
7.  Reduced 8 in 24 rest from 14 to 12 in actual operation –manpower negative
8.  Eliminated 2 for 1 rest for scheduled 8 in 24 –manpower negative
9.  Scheduled duty limits increased (domestic and international) – manpower negative
10. Increased max flight time for augmented international flights –manpower negative
11. Field layover increased from 10 minute drive to 15 –QWL negative
12. Added additional silo for reserves (4+ instead of 3+)- increased reserve efficiency- manpower negative
13. Introduced "shaded day off"

The point is, even in the best agreement there are always some gives.

In March your MEC was presented an AIP. We decided to release the AIP bullet points to you for your feedback and we thank you for your response.

Based on your feedback, we relayed to the Negotiating Committee that the company's proposal of a 65 hour trip trading floor was a no go button for many of you. Two weeks ago, they met again with the company for a change. After discussion, the agreement was modified to allow 50 hours to remain as the trip trading floor for both Big Pick and daily trading. This will allow you the flexibility to continue trip trading as you are today. Most pilots will not even notice any change. However, if a pilot finishes the month with less than 65 hours of pay, the Company will borrow vacation from the next year to increase his/her pay above 65 hours.

We understand much misinformation has surrounded this TA. I have had pilots tell me to vote this down

because the company will give us something better. As your representative I can tell you with all honesty I don't know if the company will talk to us again given our current amount of leverage if this TA is rejected. It all comes back to how much leverage we give our negotioators.

Some pilots have compared this TA to the ESOP mid-term agreement. In 1994, the language of a Side Letter was written as follow:

> NOW, THEREFORE, it is mutually agreed that pilot compensation beginning on July 12, 1997 and thereafter (the "Wage Adjustment Period") will be subject to adjustment as follows:........
>
> **2.** The neutral arbitrator will be selected by mutual agreement of the parties or, in the absence of such agreement, by alternative striking from a panel of nine (9) labor arbitrators

This TA is not Section 6 negotiations nor was any language built in during bankruptcy for a mid-term agreement as you see above. There is no provision if the vote for this TA is rejected for arbitration. Once rejected you may not see another TA any time soon.

So why did Neil and I accept this TA? Yes, we understand there are some gives, but in most instances they are only temporary in return for long-term gains. Just two long-term permanent gains that are major "gets" for us – LCO to mainline duty rigs and Line Pay Guarantee for the ENTIRE month.

Let's look forward to December 31st, 2009. With the LCO having duty rigs, this unites all pilots as we move forward as a union. Even if you have never or don't wish to fly the LCO, this provision removes the "LCO vs Mainline" concept when the Negotiators speak to the company in the future. Full Month Line Guarantee is another long-term permanent "get" we were unable to achieve in Contract 2000. This provision originated from the pilots of Council 12 directing us as your representatives last year. Instead of being pay protected after your trip begins after midnight of the 20th, you are pay protected for the entire month **including your trip trades.**

With the acceptance of this agreement, and with Line Guarantee beginning in June, this establishes a new protected time credit (PTC) for lineholders. This is not only manpower positive, but what does Line Guarantee mean to you? **You don't lose pay** because of the company's operational problems. The following are examples I have lost pay on over the past few years:

1. If your aircraft breaks – You are pay protected.
2. Flow control cancels your flight or causes you to go illegal on your ID? – You are pay protected.
3. Reassignment to flying a GRR turn instead of a PHX turn? – You are pay protected.
4. You enter your final day of the ID and the last turn is cancelled? You are pay protected. Go home and enjoy the time with your family.
5. If you encounter a 30 & 7 problem which removes you from your last day of the ID? – You are pay protected.
6. Another snowstorm hits DEN on December 1st which cancels your flights for two days, not only are you pay protected by the Line Guarantee, it is possible you are also accumulating more pay time credit with the 1 for 4 duty rigs.

As for some of the "gives," we temporarily gave the company some flexibility in building lines for the summer months until the November bid month. Concerning the pilot staffing of the wide body fleets, the company has the right manpower with pilots in the wrong domiciles. Without this flexibility for the summer, the company has the ability move the manpower using "W" trips, 8-L-6, and Involuntary TDY assignments. The flexibility to 92/96 hours allows the company to deadhead pilots into position for flying the assignments. This also allows you more flexibility to trade trips. Another advantage for the flexibility is to allow widebody training to continue at TK - especially in the 767 seats.

It's easy to state in your emails and phone calls, "Vote it down!" based on emotions of your frustration with the company and its senior management. We understand you want to vote no based on your emotions. However, it is up to you to read the material and ask questions to make sure you understand what is before you. If in the end you decide to vote this down, then please make it a rational decision, not a knee jerk reaction.

We will not rush this TA. When the voting period opens sometime this week, it will remain open for 21 days. Emotions are high and we want to give you time to read and understand the TA. A streaming video will also come from the MEC office on the www.alpa.org/ual website. The MEC office will also email the TA contract modifications including explanations of each point. As part of the explanations, you will see the advantages and disadvantages of each item including manpower implications. Other documents will also be sent to you over the next few weeks. If you have questions please send them to TAQuestions@alpa.org. Also, feel free to contact us at our numbers and emails below.

This TA has come at a time when pilot emotions are running at all-time highs. We all feel like the company has an "us and them" mentality, which was illustrated in the massive stock options and bonuses provided to the UAL Executives for their deconstruction of the union contracts in bankruptcy.

Concerning the 10-K, last year your MEC learned of the extent of the largesse heaped on Tilton and Co. Your MEC sent out a rather pointed email to all pilots that their total compensation was both "egregious and gluttonous." Nothing has changed our opinion of their compensation packages, especially in light of the sacrifices made by each of us.

So, now we have to put up with seeing all of this being repeated, as the 2006 Annual Report is released. As required by the SEC, UAL Corporation must report the total compensation provided to Tilton and the other officers. This will include their millions in stock options and bonuses. Make no mistake, it will be sickening!

However, as angry as your officers might be by the riches heaped on corporate royalty at UAL, we realize that it has ABSOLUTELY NOTHING TO DO WITH THE T/A UNDER CONSIDERATION.

The company has always given us enough EMOTION reasons to vote NO on ANY contract or T/A, but we need to make sure we make a rational, thoughtful decision, because this contract improvement is about unifying the pilot group under ONE CONTRACT AND REMOVING THE LCO FROM OUR LEXICON.

**Even though every pilot's knee jerk reaction to the company's proxy release will be the gagging response, we need to stay focused on what is important to us - Gaining contractual improvements NOW in order to make further positive gains in the future.**

This is not the end of **FIX IT NOW**! The FIN campaign will continue with another rally in DEN on April 26th. Look for information coming from the MEC office during mid-April of times and locations.

C12 Update - Mar 25, 2007                                              Page 5 of 5

The next stage of **FIX IT NOW!** (FIN 2) should include a Trip Trade LOA to improve the way the company will administer Skynet TT. We may even be able to do this in advance of Skynet TT being rolled out in ORD, which would provide us with an ability to build on this T/A. So, let's not let old news from the company's Annual Report destroy the good work done to improve our COLLECTIVE POSITION going forward.

In closing, I want to go back to my point about leverage. Leverage is in knowing your contract. Leverage is flying the contract. If you are being reassigned, you have a right to ask the crew desk under what portion of the contract you are being reassigned. Your contract is on every Skynet computer. You can also download the PDF file from the www.alpa.org site at: http://crewroom.alpa.org/ual/DesktopModules/ViewDocument.aspx?DocumentID=27162.

Here is a trivia question concerning your contract.

> How many times do the words PILOT CONCURRENCE appear in Contract 2003?

We will answer that in our next email to you from C-12.

We look forward to hearing from you and addressing your concerns.

See you on the line!

Fraternally,


John Briggs
515-556-7946
JBriggsual@msn.com



Neil Swindells          Eric Popper
847-208-7468            630-841-3065
NeilSwindells@aol.com  epopper@aol.com


To reply to this message, please send an email to:
C12Communications@gmail.com. Please remember that the Council 12 Officers and committee members maintain a policy of not answering emails not signed with your first and last name.
------------------------------
If you wish to unsubscribe from this list, please go to
https://crewroom.alpa.org/alpa/DesktopModules/ToPreferences.aspx to update your Standard Mailings and/or E-Mail Distribution Lists preferences. Note: you may be prompted to logon to access this page.

EXHIBIT 7

REDACTED


REDACTED


REDACTED

---

**From:** ual012-activepilots@ames.alpa.org [mailto:ual012-activepilots@ames.alpa.org]
**Sent:** Saturday, December 08, 2007 7:02 PM
**To:** ual012-activepilots
**Subject:** C12 Weekend Update - Dec 8 2007


Pilots of Council 12,

For the past three years, your officers have done everything in their power to protect your families by trying to protect your career, your income, and your benefits. Even though we did our utmost to act in the best interests of each one of you, we have faced a stern adversary at every turn: United Airlines Management.

Today, we have seen, not for the first time, another egregious example of the "Let Them Eat Cake" attitude we have faced in every interaction with this company. The following statement was released by United Airlines management regarding their announcement to provide the banks with $500 million dollars of UAL cash and their initial "shareholder initiative" of a $250

million cash dividend ($250M more to come!):

*"All our stakeholders were impacted during our restructuring, including our shareholders who were wiped out."*

Yes, and the $5 BILLION ESOP investment, which represented the MAJORITY SHAREHOLDERS was wiped off the books and the voting rights of the Employees were removed.

*"Our shareholders today expect a return on their investment."*

And if Tilton et al ever succeed in managing this airline for growth and success, they WILL get a return on their investment. In fact, I seem to remember telling people that, based on competitors market caps, I thought UAL was a low $20s stock coming out of bankruptcy because of remaining cost issues. In August 2006, it hit $22. Since that time, it has climbed to $50 and settled in the low $40's. I would say that, compared to our competitors, UAUA shareholders who bought at realistic valuations have done very well and that UAUA shareholders, who received their shares at the opening price of about $32 in Feb 2006, have seen a $10 or 30% increase in their UAUA holdings in under 2 years. Compare that with AMR, which is down over 10% during that same period and I think UAUA shareholders have been handsomely rewarded.

*"Our employees benefited from $2 billion in equity and notes at exit, and they share in our success when we are profitable."*

And the PBGC received $1.5 Billion to take our pensions away, which is where a large amount of the $2 Billion the Company has paid out has come from. So, make no mistake, this is OUR money the company is using to curry favor with banks and institutional investors. So, one has to wonder WHY the company needs, or wants, to curry favor with such entities at this point. Could it be to buy their silence and favor for the deal that is just around the proverbial corner?

*"Every time we pay down debt, reduce our costs and improve profitability, it is a direct benefit to employees, who receive 15 percent of our profits, more than $100 million so far this year."*

Ah, the "trickle-down theory" of employee inclusion. On a related note, we would have all done well from NOT seeing management take over $100 Million OUT of UAL for their bankruptcy efforts. And, for those of you who are wondering about the $100 Million set aside, it is based off the $700 Million profit for the first three quarters of 2007. That is $500 Million LESS THAN THE PILOT CONCESSIONS WE GAVE THEM JUST FOR THIS YEAR!! So, Glenn, you are $500 Million BEHIND BREAK EVEN so far.

*"To suggest that we should increase our costs in an environment of $90 dollar fuel is ludicrous".*

Wait, you mean you are concerned enough about $90 oil that you do not want to increase your "costs" in 2008, but you can spend $1 Billion of cash to reward banks in 2007? That is like spend all your cash on a car and saying it did not increase your costs, because you did not get a loan and pay for it out of monthly expenses!!

And, are you saying that based on $90 oil, we might NEED some of that money to fly our aircraft in 2008? How about 2009? 2010? Oh, I get it; we have to make sure UAL looks frail and poor by contract time.

Fellow union members, it became painfully obvious long ago that this airline has reclassified you as a fixed cost and nothing more. Your efforts during weather events go unnoticed and unrewarded. Your efforts during irregular flight events go unnoticed and unrewarded. Indeed, your efforts every single day you do your job on the line go unnoticed and your rewards are the worst in the industry.

The time has long passed when you should have been adhering to the letter of your FOM, your Aircraft Flight Manual and your Collective Bargaining Agreement. We have had pilots disciplined for not strictly adhering to their FOM. We have had pilots disciplined for not strictly adhering to their Aircraft Flight Manual. However, we have pilots thanked and rewarded for not strictly adhering to their Collective Bargaining Agreement!

If you have one more flight over the next day, week, month, year, and career where you are NOT strictly adhering to ALL THREE THINGS, then you are doing your Brother and Sister pilots a disservice. However, more importantly to many of you, you are prolonging the length of time you will have to endure under industry trailing pay and benefits. In short, it is your own foot you are shooting off!

Next time you want to do ANYTHING that helps this company ONE IOTA, please remember you are doing it for executives who have shown you the ULTIMATE PUBLIC DISRESPECT by telling the world that YOU are simply a COST and to pay you anything more than you get paid today would be "LUDICROUS!"

From Dictionary.com

Ludicrous: causing laughter because of absurdity; provoking or deserving derision; ridiculous; laughable.

Are you "laughable?" Is your need for some relief from the bankruptcy contract, based on

cash flow putting $2 Billion in the bank over the last 2 years, "ridiculous?" Does the thought of bringing pilots up to the level of pay of their peers strike you as "absurd?" UAL thinks so!

So, pilots of Council 12, and pilots of United Airlines, what are you going to do about it? Are you going to continue with business as usual in the hope that UAL will throw you a proverbial bone sometime in the future? Are you going to continue to make the operation work, even though every time you turn around YOU are forced to put a band aid on it to stop it falling apart? Are you going to continue to do whatever it takes so you can get a $40 "Success Sharing" check while your company executives cash in their stock options to the tune of $100,000's per month, and pay themselves "dividends" for avoiding doing stupid things like taking care of their employees?

The ball is in your court. The company has laid down marker after marker to see if you have ANY fight left in you.

- They have taken your pensions and given the PBGC the $1.5 Billion it would have taken to make them whole
- They have rewarded themselves with new post-bankruptcy contracts and $100s Millions in bonuses, while giving us 1.5% annual raises (or about 2% loss of purchasing power every year)

- They have cut mainline service in favor of outsourced SJs and are continually shrinking the domestic operation.

- They have ignored our requests for financial and QWL relief by asking for more concessions just to give back things that they took in bankruptcy but no longer need.

- They give you vacation when you don't want it and then pro-rate your days off for the month, thus stealing back half of your vacation.

- They pay you 2.8 hours for 8 hours of training and the same 2.8 hours for vacation, each of which cost you money when they are preloaded into your work for the month.

- They take your vacation away of they do not have the manpower to cover your vacation.
- They harass you for making safety decisions and order you to fly to THEIR specifications and grieve it later.
- They remove you from quality layover hotels and put you in Holiday Inns by the highway.
- They try to get you to fly cross country and plan to land with 45 minutes of fuel, explaining "diversion is not a failure" while forgetting that it IS a failure for the customer and the running of the operation.

- They have (you fill in the blank, because this is by no means an exhaustive list)

Are there still any questions about where we stand with the company? Is there still ANYONE who thinks the company will take care of us if we just keep on keeping on? Are there any Marvin Mainliners left who think that the company is just exercising good business sense by labeling our requests for relief as "ludicrous"?

SAFETY FIRST, IN ALL THINGS, AT ALL TIMES.

Captain Neil Swindells, Chairman
Captain John Briggs, Vice Chairman
Captain Eric Popper, Secretary Treasurer


To reply to this message, please send an email to:
C12Communications@gmail.com. Please remember that the Council 12 Officers and committee members maintain a policy of not answering emails not signed with your first and last name.
------------------------------
If you wish to unsubscribe from this list, please go to
https://crewroom.alpa.org/alpa/DesktopModules/ToPreferences.aspx to update your Standard Mailings and/or E-Mail Distribution Lists preferences. Note: you may be prompted to logon to access this page.

12/11/2007

EXHIBIT 8

REDACTED

REDACTED

---

**From:** ual012-fastread@ames.alpa.org [mailto:ual012-fastread@ames.alpa.org]
**Sent:** Wednesday, February 06, 2008 8:58 PM
**To:** ual012-fastread
**Subject:** C12 Transition Update #2 - Feb 5 2008

# COUNCIL 12

# TRANSITION UPDATE #2

Fellow pilots:

In our last transition update we spoke about being battle ready.  What, exactly,

do we mean?  We will be ready when each one of us is engaged in our union's information stream.  Knowledge empowers us with the tools required to effectively execute our mission of unity.

Knowing our contract, the FOM, and the FM, will allow us to make decisions that protect us from the company's ability to violate our CBA, and/or push us into operating in conditions that we know do not meet the highest level of safety.

We must challenge ourselves, individually, with the same metric that we challenge our union leaders.  We must challenge ourselves, individually, to remain informed, engaged, and rise to a level of unity not seen within our group, since the strike of 1985.

The tools required to become battle ready are in place.  They can be found at www.unitedpilotunity.org

On this site, you will find links that can quickly take you to our contract legality guide, DYK's, Q & A on issues regarding mergers, negotiations, etc., and other important resources.  In addition, this is where you must ensure your contact information is updated, and that you have entered your current cell phone number.

Text messages WILL NOT be used for regular communication from your union.  Your email will continue to be the main source of communication to you.  Text messages to your cell phone will be used ONLY for "tactical and time sensitive" communication.   Receiving, reading, and acting on the information you receive from your union leadership is imperative.  Having your cell phone number listed on the text message database is vital.

These tools, along with your personal resolve and tenacity, will make you "battle ready".

Consolidation has knocked on our door.  The time to show our resolve is coming.  Your union leadership is ready.  Are you?  Is your HAT OFF?

Change does not come TO you.  Change comes FROM you!

Our future lies in YOUR hands.

  *"Find out just what the people will submit to and you have found out the exact amount of injustice and wrong which will be imposed upon them; and these will continue until they are resisted with either words or blows, or with*

*both. The limits of tyrants are prescribed by the endurance of those whom they oppress."*
- Frederick Douglass

In UNITY,

Eric Popper, C12 Chair, elect

Carlos J. Rodriguez, C12 Vice-Chair, elect

J. Todd Coomans, C12 Secretary/Treasurer, elect

-------------------------------

If you wish to unsubscribe from this list or to Change Your Email Address, please go to
https://crewroom.alpa.org/alpa/DesktopModules/ToPreferences.aspx to update your Standard Mailings
and/or E-Mail Distribution Lists preferences. Note: you may be prompted to logon to access this page.

EXHIBIT 9

June 4, 2008

Dear fellow pilots:

Today's announcement by United Airlines on their planned reduction in fleet size is the latest in a long saga of disappointments and lack of communication to the pilots by the company. The company's announcement in April to ground 30 B-737s and reduce its represented union workforce by approximately 600 employees by year-end without providing any further details only created anxiety and stress for all of us.

The announcement to increase the number of aircraft groundings has again been made without any consultation with your union. We do not know whether their plan to ground 80 aircraft this year and 20 more next year fully considers the displacement of the pilots who fly these aircraft, training requirements, domicile staffing, etc. When the company creates a large retraction of operations as experienced after 9/11, they end up with significant numbers of pilots waiting to be trained due to limitations of the training center. Pilots should expect secondary and possibly tertiary rounds of surpluses to develop as a result of the surpluses and potential overstaffing.

In April, your officers directed the Negotiating Committee to meet with the company to discuss all matters including furlough mitigation. It was not until after the company's announcement today that the company was prepared to present details of pilot furloughs. We met with the company this afternoon. Due to management's delinquency in providing sufficient details, we contacted senior management and have scheduled a meeting with them on June 9th to discuss these topics.

I have made this latest development my top priority. I have directed the Negotiating Committee and the System Schedule Committee to devote all their time and energy to protecting the jobs of all our pilots. No idea will be discounted. We hope that the meeting on the 9th and its subsequent meetings immediately thereafter will provide us with answers and a workable plan. We will communicate with you shortly after the meetings.

Fraternally,

Captain Steve Wallach
Chairman, United MEC

EXHIBIT 10

July 15, 2008

Dear fellow pilot,

Recently, this Corporation compared our current environment to the crisis of September 11 which led to the bankruptcy we entered nearly six years ago. My observation is that the bankruptcy storm was weathered on the backs of the pilots and other employees through our sacrifices. The company will not enjoy that same luxury to get through this latest crisis. The pilots and other employees simply have no more to give. We're tapped out. It is my belief that if the company expects to weather this storm, it must find a way to appeal to the employees' goodwill, and it is my opinion that this employee group is not inclined to follow this management group *anywhere*.

No one disagrees that the environment today is different from that of last year, last month or even last week. The price of jet fuel sets record highs day after day. The price of an airline ticket is modestly increased, fuel surcharges are added, baggage fees are imposed and soda charges are collected. At home, the cost of gasoline to fuel the cars we drive to work moves upward; the loaf of bread, gallon of milk, and dozen eggs that we buy to feed our families cost more. In the workplace, our hours are longer and our pay remains stagnant while the cost of living skyrockets. We are confronted with maintenance challenges, we are confronted with scheduling challenges, and we are confronted with weather challenges. Yet, we continue to exhibit the highest degree of professionalism in providing our customers with safe, reliable transportation. For all our efforts, this company continues to display its total lack of respect of the front line employees who make this airline fly everyday.

For more than seven months your union has confronted this management with the undeniable fact that the contract you and I are currently burdened with is no longer acceptable, viable or sustainable. Despite being in the same environment, I don't have an answer when you ask, *"Why do American's pilots make more than I do and still have their pension?" "Why are Southwest's pilots treated better by their management?" "What is it about Continental's management that they announce layoffs and in the same breath said they would forgo their salaries for the remainder of the year?" "Why are we so different?"*

We face a focused, hostile and arrogant management group: a management group that gives not a damn about you, your well-being, or the well-being of your family. A management group that has rewarded everyone but the frontline employees who make this airline fly everyday. They have rewarded themselves with exorbitant bonuses, they have rewarded the shareholder's with untimely dividends and they have rewarded the banks with premium fees for the pre-payment of debt and covenant relief.

Since my election last October, your MEC leadership and I have been busy with many moving targets. Immediately after our election we learned that United was in serious talks with other airlines about possible mergers. In the event of any such merger, we took every necessary step to ensure that the United pilots would be included at the table of any merger talks. Had a palatable merger gone forward, we would have been successful in our goals of collective gains for our pilots. Subsequently, US Airways was, for us, a "no deal" and we worked hard both in the public eye and behind the scenes to stop that merger. We no longer find ourselves in the merger arena.

Just more than seven months ago, in an effort to restore dignity, respect and financial sanity to our careers, your union took a new tack with this management team. We made it clear that there would be

no more concessions from this pilot group, and we repeatedly pointed out to our executives that contented, motivated employees directly affect the bottom line. As recently as last week, I repeated once again that there would be **no more concessions**.

We have been asking the company to begin negotiations and open our contract earlier than traditionally required. The purpose for this repeated request should be obvious: we continue to live our lives and work our jobs under the onerous contract imposed upon us during bankruptcy. We did not willingly negotiate our present contract. We reluctantly agreed to it only under the duress of bankruptcy. This senior management group does not live under the same contract or even the same environment that we continue to live under. Management's bankruptcy ended in February 2006. Ours goes on and on with no end in sight. They give not a damn.

We have been attempting to negotiate quality-of-life and fatigue mitigation improvements to our contract since January 1st. As recently as May 22nd we exchanged a proposal that would significantly improve your working life in hopes that the company would recognize the value of your goodwill. These negotiations have been slow and unproductive. Most of the focus over the past few weeks has been on the furlough mitigation agreement in which we reached closure on July 10th. While these negotiations led to the recently ratified agreement, what was contained in that agreement was meager at best. As I said in my recent video message of June 25th, many of the items contained are offered out of hand by most company's that find themselves in a similar situation without any negotiation. This management feels, and continues to feel that any "gain" no matter how large or small, must be "offset," management-speak for concession.

I hold out little hope for improvements on the remaining issues. On a pilot early retirement plan (PERP), the company is so far away from a realistic proposal I have instructed the Negotiating Committee to cease discussions on the subject. On the quality-of-life and fatigue mitigation items, items which are of no cost to the company, I have also instructed the Negotiating Committee to cease discussions as each and every counter proposal by the company has contained "offsets." **There will be no offsets**. When the company realizes that happy, motivated pilots "offset" the costs associated, if any, with quality-of-life improvements and fatigue mitigation, then and only then will you see improvements in your daily work lives.

We all have known that this management group is inept when it comes to the operational side of the airline. United's environment is exasperated by this management's failure to adequately plan and prepare for the future. While other airlines have hunkered down and saved cash to weather the economic storm, United's senior managers squander money on themselves and unwarranted dividends. While other airline executives have foregone salaries during these times, United's executives continue to reward their poor business decisions with millions of dollars. While other airlines are grounding fuel-inefficient airplanes and replacing them with newer more fuel efficient aircraft, United announces a plan to ground up to 100 aircraft, increase its express flying and lay off thousands of employees. While other airlines acknowledge the sacrifices its employees have made in the past, United dismisses the sacrifices of its employees and instead demands more. While other airlines concentrate on reducing costs in today's price-sensitive environment, United continues year after year with the highest costs in the industry. While other airlines concentrate on customer satisfaction, United lags the industry in nearly all consumer ratings.

At the Merrill-Lynch Transportation Conference held June 18 in New York, United unveiled their latest

plan. Entitled *Back To Basics*, here are the goals management sees to getting United back on track: "Industry-leading margin and cash flow, unrivaled customer satisfaction and experience, aligned employees, and world class safety performance." Take another look at those goals, and decide for yourself how pilots contribute to them. United's pilots contribute significantly to the "margin and cash flow," "unrivaled customer satisfaction and experience" and to the "world class safety performance." But those contributions go unrecognized and disrespected, except for the occasional hotdog in the domicile. Glenn Tilton justifies his high salary because of all the "hard work" he claims to perform on behalf of this airline. His "hard work" has resulted in our stock price down 91%, customer and service ratings in the toilet, and icy employee climate survey results.

There are many low-cost and no-cost items that would go a long ways towards improving pilots' quality of life, creating goodwill and increasing the bottom line. Examples are opening the contract early to ensure its completion *by* the amendable date; an effective trip trading system with realistic flexibility; a realistic cap and minimum guarantee; downtown layovers that only cost just slightly more than 10% of management's recent stock take away; and offers to fly 90 seat United aircraft to offset the express RJ-50s that are financially draining - even more important now with the impending 737 groundings. But then this management gives not a damn.

United must learn that goodwill and respect for employees go a long way in a service industry. This company publicly desires the admiration equaling those of Fortune 500 companies but it is not willing to earn it. Respect cultivates respect; and contempt breeds contempt. Engaged employees make aligned employees. We are looking for a new beginning and believe this management group is missing a valuable opportunity by refusing to engage with its pilots and employees.

You will see renewed and focused efforts on the part of your union that will highlight the importance of United pilots' contributions to this airline. Do not discount the efforts all of us make each and every day that enable this company to operate. We cannot get out from under the present contract on time if we do not begin our work now. Stay connected, get on board and be unified.

Fraternally,

Captain Steve Wallach
Chairman, United MEC

EXHIBIT 11



**United Pilots**
**Master Executive Council**
**MEC Update**
**Tuesday, July 15, 2008**

**With the MEC Update for Tuesday, July 15, 2008, this is MEC Communications Co-Chairman Captain Jay Heppner.**



*Today was the 197th day that the Company could have sat down with its pilots to discuss a complete fair and equitable contract. They chose not to.*

*That makes 1,896 days (5 years, 2 months, 14 days) of living under the current draconian contract and work rules negotiated under duress of bankruptcy.*

## *Fatigue Policy and Pilot Pushing*

According to the MEC System Schedule Committee, there continues to be FSAP and PLTCM reports indicating that some pilots are being asked to contact the FODM after calling in fatigued. This is not required by the FOM fatigue policy and could be considered pilot pushing. The FOM policy requires pilots to "inform the crew desk when once again available for an assignment."

Obviously, if a pilot is fatigued, he does not know when he will no longer be fatigued until after he gets some rest. However, the crew desk seems to be requiring a pilot to talk to the FODM if the pilot cannot tell the crew desk at the time he calls in fatigued when he will be ready to fly again. Paul Carlson, director of flight scheduling at United,  stated that the language in the FOM is vague, but the SSC disagrees. In the opinion of the SSC, the FOM says to inform the crew desk when you ARE available, not when you WILL BE available. Until this issue is resolved, pilots should just give the crew desk a time estimate far enough into the future to ensure adequate rest and preclude a potential conversation with a pilot-pushing FODM.

Additionally, the SSC has learned that not all pilots who are calling in fatigued are filing FSAP or Operational reports on the issue. As a reminder, the FOM requires the filing of a report when calling in fatigued. The report also helps the SSC and the Central Air Safety Committee identify scheduling problem areas and track trends.

## In This Update:

» Election for MEC Committee Position To Be Held Next Week
» Upcoming Local Council Meeting

## Elections for MEC Committee Position To Be Held Next Week

The next regular UAL-MEC meeting is scheduled for July 21-25 at the W Hotel, 644 North

Lake Shore Drive in Chicago. The meeting commences on Monday, July 21, 2008 at 9:00 a.m. All United ALPA pilots in good standing are invited to attend all open sessions.

The MEC will hold an election for the following MEC Committee positions. Please contact your local Council representatives to be nominated for the following committees.

### Domestic Code Share and Cargo Committee (1) – member, Chairman, Vice Chairman
This committee consists of two members – a chairman and a vice chairman. The chairman also serves as a member of the Related Carrier Review. The Committee shall monitor the compliance of the Company, Feeder Carriers and other Domestic Code-Sharing partners with the requirements of the CBA. Furthermore, the Committee reviews the financial performance of Express or Feeder Carriers on routes historically flown by United, but which have been abandoned or given to those Express or Feeder Carriers to ensure company compliance with Section 1 of the CBA regarding its relationships with other carriers.

### Legislative Committee (2) – 1 member, 1 alternate member
The committee consists of three members, one of which is elected chairman. Among its several duties, the committee provides the UAL-MEC with a current account of pending legislation and proposed regulatory changes which may affect the UAL pilots. Additionally, the committee educates and encourages pilot participation in local political activities. During Presidential election years, two alternate members are added to the committee whose terms expire after election day.

### Retirement & Insurance Committee (1) – 1 member
This Committee shall consist of three (3) members, elected by the MEC, one of whom shall be elected Chairman. The Chairman and one of the other members shall be designated as members of the Pension Board by the MEC. The remaining member shall be designated the alternate Pension Board member. The Chairman shall be designated as a member of the Retiree Medical Plan Board.

For more information on any of the MEC committees and their respective duties, please review the UAL-MEC Policy Manual, Volume 1 available at https://crewroom.alpa.org/ual/DesktopModules/ViewDocument.aspx?DocumentID=19677.

# Upcoming Local Council Meeting
**--Council 12 (ORD):** 10 a.m., Wednesday, July 16, Sheraton Four Points, Schiller Park, Ill. **Special Guest Speaker: MEC Chairman Captain Steve Wallach.** 10249 Irving Park Road, Schiller Park, Ill. (SE corner of Mannheim and Irving Park Roads. Airport shuttle available every 20 minutes at the ORD Shuttle Center located across from O'Hare Hilton.)



*"Fighting with a large army under your command is nowise different from fighting with a small one: it is merely a question of instituting signs and signals."*

—Sun Tzu

EXHIBIT 12

REDACTED

REDACTED

From: ual012-activepilots@ames.alpa.org
Reply-to: C12Communications@gmail.com
To: ual012-activepilots@ames.alpa.org
Sent: 7/22/2008 3:11:44 A.M. Eastern Daylight Time
Subj: C12 Safety Committee Update 7-21-08

ALPA: The Pilots Union

Update Council 12 Safety Committee

"Captain, we don't have the parts to fix that." "Captain, we don't have maintenance here." "Captain, zone says maintenance said the aircraft is good to go as it is." "Captain we have no other jets."   "Captain, the FODM would like to talk to you about your jet before they look for another one."

We have one job and ONLY one job as a pilot.  Our job is to fly our aircraft as safely as possible from our departure station to our arrival station.  Period! We use the tools and resources available and provided to us to do just that. Period!

As we are all aware, we must deal with many distractions in the course of doing our job. We all want our airline to survive and thrive. The issue becomes the safe operation of our flights and working within a system in desperate need of repair.

By taking jets that are in need of maintenance because of the above statements, we peel away a crucial layer of safety. How many layers of safety are there to peel away? Unfortunately, that is an answer that may not be discovered until we are unable to reverse the outcome.

Captains, if you have ever been told that there are no parts to fix your jet, or that it will be fixed at the next station, while that is good information, it should never play into your decision regarding the safe operation of your jet. The statement "Captain, we have no parts" should be read as follows: "The supervisor or management in charge should be aware of this issue and correct it so that pilots have the tools we need to fly our aircraft as safely as possible".

We are not here to manage the airline. We are here to manage the safe operation of our aircraft. If we continue to try to do management's job, one we clearly were not hired to do, we enable their continued mismanagement of our airline. It is not our job or responsibility. We will not save our airline by risking safety. We will not save our airline by trying to do management's job. Our job as pilots is to support them with write-ups regarding the tools we need to operate our aircraft safely. As highly paid management professionals, they should take that information and manage the airline properly. If not, that is a decision we will have to work within, WITHOUT COMPROMISING SAFETY!

That being said, we also have the responsibility to use our authority wisely. It is not to be used to punish management because we are angry; it is not to be used for any other reason than supporting a safe operation. It is easy to be professional when our aircraft are well maintained. It is a bit more challenging under our current circumstances. We are to use all available information to make the best decisions we can for the safety of that flight, and only that flight. Management has the right to question us regarding the status of our jet so that they may better understand our concerns. It is irresponsible for management to try to persuade our decision due to lack of parts, jets, contract issues, etc.

We are the final voice of safety. Use your authority. Use your authority wisely.

At all times be professional.

We own our Captain's authority. It is mandated by the FAA. Although circumstances seemingly try to erode this, we must not relinquish our Captain's authority, nor allow it to be compromised by anyone. The safety of our flight depends on this. Captain's authority applies to the entire crew and must be supported by the entire crew.

Stress and fatigue continue to plague our pilots. Your EAP, Pro Stds., Medical, and Safety Committees are YOUR resources.

Keep our industry distractions out of the cockpit. Remember that CLR is to be used by all pilots in either seat. Any conflict within the crew is to be resolved within the crew. If you find this cannot be accomplished, the Professional Standards Committee is your next stop. Complaining to a Flight Manager does not solve the problem without first escalating it. Use your ALPA resources.

Fly safely!

Fraternally,

Captain Kathi Hurst

C12 Safety Committee Chair

ALPA: The Pilots Union

If you wish to unsubscribe from this list, please go to https://crewroom.alpa.org/alpa/DesktopModules/ToPreferences.aspx <https://crewroom.alpa.org/alpa/DesktopModules/ToPreferences.aspx> to update your Standard Mailings and/or E-Mail Distribution Lists preferences. Note: you may be prompted to logon to access this page.

---

Get fantasy football with free live scoring. Sign up for FanHouse Fantasy Football today <http://www.fanhouse.com/fantasyaffair?ncid=aolspr00050000000020> .

EXHIBIT 13

Dear Fellow Pilots:

Over the weekend, the Company's System Chief Pilot issued an E-note stating that "…(f)irst officer manpower on the 300 and 320 is very tight due to a dramatic increase in sick leave… (p)ursuant to section 13-a-5 of the pilots' agreement, effective immediately and until further notice, all 300 & 320 first officers will be required to provide a doctor's certificate before sick leave will be paid."

Let me make one thing perfectly clear: **Your MEC does not condone the inappropriate use of sick leave. Sick leave should only be used for purposes set out in the contract or as required by law.** That being said, you are absolutely entitled to use sick leave for appropriate circumstances. Federal Regulations outline your rights and responsibilities when exercising the privileges of your medical certificate. In short, you are *required* to call in sick when you are unfit to fly. Sick leave, and the pay that goes with it, is a contractually negotiated benefit to be used for a specific purpose and in specific situations.

Medical standards are defined in Title 14 of the Code of Federal Regulations Part 67 (Part 67, FARs). It states, among several things, that a pilot must remain eligible for his or her first or second class medical certificate while exercising its privileges. Some requirements include but are not limited to:

- Normal fields of vision;
- No disease or condition of the middle or internal ear, nose, oral cavity, pharynx, or larynx that interferes with, or is aggravated by, flying or may reasonably be expected to do so;
- No disease or condition manifested by, or that may reasonably be expected to be manifested by, vertigo or a disturbance of equilibrium.
- No other organic, functional, or structural disease, defect or limitation that makes the person unable to safely perform the duties or exercise the privileges of the airman certificate applied for or held.

The Aeronautical Information Manual (AIM, Chapter 8) is even more definitive. It states the following:

- Even a minor illness suffered in day-to-day living can seriously degrade performance of many piloting tasks vital to safe flight. Illness can produce fever and distracting symptoms that can impair judgment, memory, alertness, and the ability to make calculations. Although symptoms from an illness may be under adequate control with a medication, the medication itself may decrease pilot performance.
- The safest rule is not to fly while suffering from any illness.
- Pilot performance can be seriously degraded by both prescribed and over-the-counter medications, as well as by the medical conditions for which they are taken. Many medications, such as tranquilizers, sedatives, strong pain relievers, and cough-suppressant preparations, have primary effects that may impair judgment, memory, alertness, coordination, vision, and the ability to make calculations. Others, such as antihistamines, blood pressure drugs, muscle relaxants, and agents to control diarrhea and motion sickness, have side effects that may impair the same critical functions. Any medication that depresses the nervous system, such as a sedative, tranquilizer or antihistamine, can make a pilot much more susceptible to hypoxia.
- The CFRs prohibit pilots from performing crewmember duties while using any medication that affects the faculties in any way contrary to safety. The safest rule is not to fly as a crewmember while taking any medication, unless approved to do so by the FAA.
- **Fatigue**

o   Fatigue continues to be one of the most treacherous hazards to flight safety, as it may not be apparent to a pilot until serious errors are made. Fatigue is best described as either acute (short-term) or chronic (long-term).

o   A normal occurrence of everyday living, acute fatigue is the tiredness felt after long periods of physical and mental strain, including strenuous muscular effort, immobility, heavy mental workload, strong emotional pressure, monotony, and lack of sleep. Consequently, coordination and alertness, so vital to safe pilot performance, can be reduced. Acute fatigue is prevented by adequate rest and sleep, as well as by regular exercise and proper nutrition.

o   Chronic fatigue occurs when there is not enough time for full recovery between episodes of acute fatigue. Performance continues to fall off, and judgment becomes impaired so that unwarranted risks may be taken. Recovery from chronic fatigue requires a prolonged period of rest.

- **Stress**

o    Stress from the pressures of everyday living can impair pilot performance, often in very subtle ways. Difficulties, particularly at work, can occupy thought processes enough to markedly decrease alertness. Distraction can so interfere with judgment that unwarranted risks are taken, such as flying into deteriorating weather conditions to keep on schedule. Stress and fatigue (see above) can be an extremely hazardous combination.

o    Most pilots do not leave stress "on the ground." Therefore, when more than usual difficulties are being experienced, a pilot should consider delaying flight until these difficulties are satisfactorily resolved.

• **Emotion**

o    Certain emotionally upsetting events, including a serious argument, death of a family member, separation or divorce, loss of job, and financial catastrophe, can render a pilot unable to fly an aircraft safely. The emotions of anger, depression, and anxiety from such events not only decrease alertness but also may lead to taking risks that border on self-destruction. Any pilot who experiences an emotionally upsetting event should not fly until satisfactorily recovered from it.

Taking all of the various factors above into consideration, it should come as no surprise that sick leave has increased among United pilots who are forced, month after month, to fly maximum hours with minimum days off. Moreover, many of those in the selected categories face additional issues as they confront United's newest round of furloughs and surpluses.

United is requiring all 737 and A320 First Officers to obtain a doctor's certificate in order to be paid for sick time, for which you should use the Company's Pilot Absence Certificate. In filling out that form, note the box at the bottom in which you may authorize your medical provider to release or discuss medical information about your medical condition for purposes of clarifying or amplifying the information provided on the absence certificate. It is your decision as to whether you check that box or not. Some conditions may require explanation, but most are relatively straightforward and a completed form, certified by your physician, should suffice.

It is ALPA's position that you are entitled to be reimbursed for doctors' fees incurred when required by the Company to provide documentation for a medical absence, particularly in circumstances such as this. To that end, please document and save everything concerning your lawful use of sick leave: conversations with the Company, receipts for medical bills, CALRECs, PAYSUMS, etc. Should the Company refuse to reimburse these expenses, your MEC *will* file a grievance.

Medical professionals use signs and symptoms to evaluate patients. A sign is something the physician can physically observe, such as a broken bone. A symptom is subjective and is experienced by the patient, such as anxiety. How many of the non-fitness items listed above can be measured by a physician? Some of these can only be detected by the pilot. Nonetheless, it is your legal obligation not to fly if you are not fit to do so. You may have to explain that to your doctor. That is the law, and failure to comply with any of the above may jeopardize your license.

Your MEC is monitoring the airline's manpower situation and will vigorously defend your right to the appropriate and lawful use of your contractually negotiated sick leave benefit.

I am confident that you will continue to exercise your best judgment as professionals. As always, fly safely.

Fraternally,

*Steve Wallach*

Captain Steve Wallach
Chairman, United MEC

EXHIBIT 14

**United Pilots**
**Master Executive Council**
**MEC Meeting Update**
**Tuesday, July 22, 2008**

With the MEC Meeting Update for Tuesday, July 22, 2008, this is MEC Communications Co-Chairman Captain Todd Daniels.



*Today was the 204th day that the Company could have sat down with its pilots to discuss a complete fair and equitable contract. They chose not to.*

*That makes 1,903 days (5 years, 2 months, 21 days) of living under the current draconian contract and work rules negotiated under duress of bankruptcy.*

## Focus On Fatigue

*"There is an increasing emphasis on ensuring that the carrier provides the opportunity for proper rest, and that the pilot is properly rested, before starting any flight assignment. While we agree that it is the pilot's professional responsibility to be rested and prepared for a flight assignment, we also recognize that circumstances may arise that prevent a pilot from obtaining adequate rest. Consequently, no pilot should ever feel pressured to accept an assignment when not properly rested."*

--An excerpt from a February 2, 2000 letter from former UAL Senior Vice President/Flight Operations Capt. Steve Forte.

## In This Update:
» Captain Wallach Addresses UAL Sick Leave Policy, Financial Status of Our Airline
» Reminder: Use Proper Doctor's Certificate Form
» Committee Reports Dominate Second Day of MEC Meeting
» UAL Japan Labor Union Job Action Possible In Near Future
» Elections for MEC Committee Positions To Be Held
» Schedule for Pilot-2-Pilot Domicile Visits Slightly Altered

## Captain Wallach Addresses UAL Sick Leave Policy, Financial Status of Our Airline

MEC Chairman Captain Steve Wallach has sent two letters to the pilots of United Airlines addressing the Company's recent e-note to 300 and 320 First Officers regarding sick leave and a financial "state of the airline" that addresses the current state of financial affairs of United Airlines.

**Click Here** to read Captain Wallach's letter on sick leave.

**Click Here** to read Captain Wallach's letter on the financial status of UAL.

# Reminder:  Use Proper Doctor's Certificate Form

When responding to a Company request to provide a Doctor's Certificate, all pilots are cautioned to use only the correct form.

There are TWO links on SkyNet for the "Doctor's Certificate." One leads to the form approved by ALPA, but the other one leads to a newer version that no longer has the "opt not to release information" box at the bottom of the release.

The only ALPA-approved Doctor's Certificate form that pilots should use can be found at the following link:
https://united.intranet.ual.com/hpages/fliteops/hpages/domiciles/iadfo/tools/PilotAbsCert.pdf

Use of any other form is strongly discouraged.   In order to preserve the confidentiality of your medical information, the completed Doctor's Certificate form should only be sent to UAL Medical (even though that department has been outsourced) and not to anyone else at UAL.

# Committee Reports Dominate Second Day of MEC Meeting

The United MEC received reports from chairmen of various MEC Committees today. Chairmen of the Critical Incident Response, Security, Retirement & Insurance, Employee Assistance Program and Family Awareness Committees provided updates on issues in which their committees are currently working.

Written committee reports, as well as video excerpts of their reports, will be posted on the MEC website shortly after the adjournment of this week's meeting.

The Negotiating Committee and the System Schedule Committee provided "off the record" updates to the MEC during the afternoon session.

# Elections for MEC Committee Positions To Be Held

The MEC will hold an election for the following MEC Committee positions. The election is scheduled for Friday.  If you are a member in good standing and are interested in serving your fellow pilots on one of the following committees, please contact your local Council representatives to be nominated.

**Domestic Code Share and Cargo Committee (1) – member, Chairman, Vice Chairman**
This committee consists of two members – a chairman and a vice chairman.  The chairman also serves as a member of the Related Carrier Review.  The Committee shall monitor the compliance of the Company, Feeder Carriers and other Domestic Code-Sharing partners with the requirements of the CBA.  Furthermore, the Committee reviews the financial performance of Express or Feeder Carriers on routes historically flown by United, but which have been abandoned or given to those Express or Feeder Carriers to ensure company compliance with Section 1 of the CBA regarding its relationships with other carriers.

**Legislative Committee (2) – 1 member, 1 alternate member**
The committee consists of three members, one of whom is elected chairman.  Among its several duties, the committee provides the UAL-MEC with a current account of pending legislation and proposed regulatory changes which may affect the UAL pilots.  Additionally, the

committee educates and encourages pilot participation in local political activities. During Presidential election years, two alternate members are added to the committee; their terms expire after election day.

### Retirement & Insurance Committee (1) – 1 member

This Committee shall consist of three (3) members, elected by the MEC, one of whom shall be elected Chairman. The Chairman and one of the other members shall be designated as members of the Pension Board by the MEC. The remaining member shall be designated the alternate Pension Board member. The Chairman shall be designated as a member of the Retiree Medical Plan Board.

For more information on any of the MEC committees and their respective duties, please review the UAL-MEC Policy Manual, Volume 1 available at https://crewroom.alpa.org/ual/DesktopModules/ViewDocument.aspx?DocumentID=19677.

## UAL Japan Labor Union Job Action Possible In Near Future

The United Airlines Japan Labor Union finds itself near an impasse in trying to negotiate a fair resolution to outstanding issues they have with United Airlines. According to Shinya Kaneko of the Central Executive Committee of UAJLU, his union has unanimously approved its proposal to establish the right to engage in self help on a flight kitchen issue they have in Narita. After a 10-day cooling off period, the union is free to engage in any industrial action. Members of the UA Japan Labor Union service our airplanes, including providing food for in-flight meals.

"Our contract prohibits us from crossing any legal picket line and I can assure you, the United pilots will enforce that part of their contract," said MEC Chairman Captain Steve Wallach.

Section 1-G-1 of our collective bargaining agreement states: "The Agreement contains no contractual prohibition whatsoever on the ability of ALPA and the United Pilots to honor lawful picket lines.

Section 1-G-2 states: "ALPA and/or the United Pilots are not prohibited from:

   1-G-2-a: Refusing to layover at a struck hotel or other struck facility;

   1-G-2-b: Refusing to deadhead on carriers whose employees are engaged in a lawful strike, as long as alternatives are reasonably available.

## Schedule for Pilot-2-Pilot Domicile Visits Slightly Altered

The next round of Pilot 2 Pilot visits has been revised. The IAD visit will still be July 25-27. The LAX visit has moved to earlier dates of July 23-25. The first day of each domicile visit will begin at approximately noon, with each successive day starting earlier, so that all departure times are covered. Stop by and talk to the red shirts!



**"Fighting with a large army under your command is nowise different from fighting with a small one: it is merely a question of instituting signs and signals."**

**—Sun Tzu**

EXHIBIT 15

July 22, 2008

Dear Fellow Pilot,

The continuing increases in fuel prices, the grounding of aircraft, the deteriorating stock price and other events of the last several months have brought into question the direction of United Airlines. The volatile state our airline finds itself in also has raised another question in too many minds: Is United susceptible to another bankruptcy? I'll answer that question as succinctly as I can: United is *not* on the road to another bankruptcy.

There is little doubt that bankruptcy looms on the horizon for many domestic airlines. Since the beginning of this year, Aloha, ATA, Skybus, Frontier and Eos Airlines have filed for bankruptcy. Frontier is still operating, but its future is uncertain. There have been several financial reports over the last few months analyzing the remaining airlines and their susceptibility toward bankruptcy. Presently, only Southwest and Alaska appear "safe" in the immediate future. Overall, the consensus appears to be that US Airways and American Airlines are the most likely of the legacy carriers to file.

On Friday, July 18, J.P. Morgan analyst Jamie Baker said UAL doesn't appear to be at risk of Chapter 11 "until 2009, and only if management ignores capital opportunities at its disposal." Baker said UAL is not on an accelerated pace toward bankruptcy as suggested by its recent stock price. "United shares have fallen too fast and furiously, implying a higher risk of near-term bankruptcy than justified," said Baker.

It is not only the high cost of fuel that is eating away at airlines' cash reserves but also the volatility of fuel prices. Passengers buy their tickets in advance of their travel when fuel costs are at a particular level. The cost of that ticket is based on the going price for fuel. By the time the passenger actually travels, however, the price of fuel is much higher and any planned profit from the ticket becomes a loss. To help recover those losses, airlines are now charging for checked baggage, sodas, movies, etc. Airlines that have the cash and unencumbered assets to weather this "fuel storm" will survive. Those that have low cash reserves or have already leveraged their assets may not.

Obviously, the volatility of fuel prices will subside and stabilize at a reasonable price. When this will happen remains to be seen. Another uncertainty is, which airlines will remain to cross the finish line? It will not be a matter of winning. It will be a matter of surviving. Airlines will soon report their Second Quarter results. United will announce its results today. Expect some large losses to be reported. Again, it will be important to compare the airlines' ability to survive by analyzing cash and unencumbered assets. United has the ability to survive.

Included in the Second Quarter results will be a write down of over $2 billion of goodwill. This is a non-cash charge to earnings that reflects the changing outlook for United in the current fuel environment. The goodwill on United's balance sheet originated at the exit of Bankruptcy when the Company adopted fresh-start accounting. This required the Company to value its assets at market and also value of the Company as a whole. Usually, the value of a business as whole is more than the sum of its parts, and this excess value is recorded as an asset called goodwill on a balance sheet. The accounting regulations require that the value of goodwill be tested periodically, and as you might imagine, the value of United as a whole is less in today's fuel environment than it was at the exit of Bankruptcy, so the Company was required to write-down the value of goodwill on its books.

Even if goodwill doesn't show up on United's balance sheet, it is still critical to the Company's long-

term success.  United's future will be determined by more than its physical assets; it will be determined by intangible assets such as loyal customers, a great brand and tradition, excellent service, management with focus and direction, and motivated employees.  These all contribute positively to the value of an airline and will help offset the negative of rising fuel prices.   Most of what would motivate United's pilots to help increase the value of United is of very low cost or of no cost to the Company, things such as management's willingness to even begin negotiating a new contract, to improve our quality of life and to enhance our quality of work.  Imagine the value this pilot group could generate for this Company if management had the foresight to motivate its work force and to extend to us the respect we all have earned.

"Is United willing to re-engage with its pilots, and generate goodwill for the future of this airline?" That's the question all of us, customers, shareholders and pilots, should be asking.

Fraternally,



Captain Steve Wallach

Chairman, United MEC

EXHIBIT 16



# *United MEC*

# *Unity Update #6*

### *JULY 25, 2008*

### *THE BEATINGS WILL CONTINUE UNTIL MORALE IMPROVES*

How's your summer going? Just in time for the long, hot, busy summer season, United Airlines is implementing and refining some new methods to erode your job and quality of life even further. This company's contempt for its employees is further proof that United is flying itself into the ground and doesn't care who it takes down with it -- not you, not me, not its customers. In the meantime, the executives continue to enrich themselves from the company's coffers.

Here are some examples of management's patented morale-boosting initiatives that make United Airlines such a desired place to work.

• For starters, we've all heard of United's plans to use our pilots and their families as expendable commodities in an attempt to correct its inability to contain costs or adequately plan for the future. Some of the soon-to-be-furloughed pilots, who relied on United's good faith to come back, are being let go a second time. Who will ever again have faith in United Airlines? But first, United will work your heinies off for the summer with maximum hours and minimum days off (flex months), and then fire you. How's your summer going?

• To assist United in its unwillingness to maintain any workable and flexible trip trading system, management will refocus and lower the trigger points for Absence Monitoring System (AMS) events, questioning a pilot's compliance with FARs regarding "fit to fly." And if they don't believe you, you will be required to visit a doctor and pay for it out of your own pocket since our company will not reimburse you. Oh, and we understand from reliable sources that the company plans on taking away pass travel while you're on sick list and, this time around, *your family too*. How's your summer going?

• In a blatant attempt to erode, if not eliminate, Captain's Authority, First Officers are soon to replace Captain's as FODMs. As you are aware, FODMs have the ability to order Captains to fly. Even though many First Officers have the experience and capability, United will be breeding an environment where there will be First Officers ordering Captains to fly, questioning Captains' decisions and placing Captains in defensive positions. How's your summer going?

• With the expected shift in flying, many domiciles will temporarily pick up other domiciles'

flying.   This will result in many W-patterns, flying 6 day trips with 4 oceanic crossings.  When the flying becomes aligned with the domiciles, your reward for having worked your keisters off will be more surpluses.  Reread the first bullet point.  How's your summer going?

To summarize, United's managers will force pilots to work extra days with longer hours, they will bully pilots to prove their non-fitness to fly at their own expense, they will attempt to take away pass travel for you and your family, they will attempt to diminish Captain's authority, they will take away United mainline flying and give it away to Express, and then they will either furlough you or surplus you at the end of the season.  No one will be unaffected by the continually bad decisions United makes every day. Fatigue, stress, illness, exhaustion, anger, fear, depression, resentment, uncertainty, frustration and disrespect are all being crammed down our throats by a company that gives not a damn about goodwill, morale, its employees or its customers.

So, how's your summer going?

**Leverage does not just show up, unannounced, on one's doorstep.  Unified pilots create leverage**.

### UNITY OF PURPOSE BRINGS POWER

### THERE IS POWER IN UNITY



EXHIBIT 17

UAL MEC POLICY MANUAL

**VOLUME I**                                                    10/1/05

<u>**UNITED AIRLINES PILOTS'**</u>

<u>**MASTER EXECUTIVE COUNCIL**</u>

<u>**POLICY MANUAL**</u>

**SECTION 30**

**OF THE**

**ALPA ADMINISTRATIVE MANUAL**

1

# UAL MEC POLICY MANUAL

**VOLUME I**                                                                              **10/1/05**

f.    Utilize local hotel committees when possible.

g.    Maintain a current list of approved facilities in use showing date approved and whether they are training, field or downtown layover hotels.  List will be maintained in Company CRT.  (October, 1991)

h.    Maintain a current list of approved suitable lounge facilities as provided for in the appropriate section of the Agreement.  (October 1991)

i.    Selection of other than MEC Hotel Committee members as Association Hotel inspectors will be at the discretion of the MEC Hotel Chairman who will ultimately be responsible for final approval or disapproval of all hotel selections.  (October 1991)

j.    Submit suggested improvements/changes relating to the pertinent sections of the Agreement to the Negotiating Committee one hundred and twenty (120) days prior to the amendable date.  (April 1974)

k.    Send a written report to the MEC prior to each regular MEC Meeting. (September 1977)

L.    Industrial Relations Committee:

    1.    Composition:

This Committee shall consist of a Chairman, appointed by the MEC Chairman, subject to ratification by the UAL-MEC and four (4) members appointed by the Committee Chairman, subject to approval by the MEC Chairman.

    2.    Term of Office:

The term of office shall be concurrent with the term of office of the MEC Chairman.

    3.    Scope:

The Industrial Relations Committee shall be responsible for insuring that the pilots of United Airlines are in a continuing state of preparedness to respond to Company and industry actions which affect the relations between the pilots and other parties.

    4.    Duties and Responsibilities:

## UAL MEC POLICY MANUAL

**VOLUME I**                                                    **10/1/05**

The activities of the Industrial Relations Committee shall include but not be limited to:

a.    Coordination between other labor groups both on and off the United property.

b.    Analysis of Company and industry actions and positions and their effect on the United pilots.

c.    The formulation and implementation of labor actions which will accomplish the goals of the United pilots and the directives of the UAL-MEC.

d.    Maintain a current inventory of facilities and equipment available for the use of the United pilots necessary to accomplish these goals.

e.    Communicate with the Local Council Industrial Relations Coordinators (appointed by each LEC) to implement any activity, either local or national in nature, which is significant to the United pilots.

f.    Report to the MEC Chairman.

(October 1985)

M.    <u>International Committee:</u>

1.    <u>Composition:</u>

This Committee shall consist of a Chairman and a Vice-Chairman elected by the MEC and additional members as required to be appointed by the Committee Chairman and approved by the MEC Chairman.

2.    <u>Term of Office:</u>

The Committee shall serve a term of office concurrent with the term of office of the MEC Chairman.

3.    <u>Scope:</u>

Monitoring, identifying and suggesting solutions to problems associated with the UAL international operation.

4.    <u>Duties and Responsibilities:</u>

EXHIBIT 18

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

7/28/2008

**From:** Malo, Marion, UALMEC [mailto:Marion.Malo@alpa.org]
**Sent:** Thursday, June 05, 2008 1:06 PM
**To:** Cibelli, Judith [OPBCM]
**Subject:** Trip drops - Tamkin, Domalski , Fernandez & Freeman

Judi,

Please ALPA drop the following highlighted IDs.

Thanks,

Marion

```
DSPREC/ 06/ TAMKIN,SM           / LAX/ 320/ CAP/
ACTD 1512  APRO  6136  TCR  6212                    LN  0101
PTC  6200                      RSV:                 FN  43927
  DA DT   ID       DT   ID     DT    ID    DT    ID    DT   ID
  MO 26          02# 1955=   09# 1957   16         23
  TU 27# 2238=   03# 1955=   10# 1957   17# 1957   24# 1957
  WE 28          04          11         18# 1957   25# 1957
  TH 29          05          12         19         26
  FR 30          06          13         20         27
  SA 31          07          14         21         28
  SU 01          08          15         22         29
05-
06-


DSPREC/ 06/ DOMALESKI,RJ        / DCA/ 777/ CAP/
ACTD 1322  APRO  8514  TCR  8554            INT LN  0151  PO
PTC  8554                      RSV:                 FN  41102
  DA DT   ID       DT   ID     DT    ID    DT    ID    DT   ID
  MO 26          02          09         16   >>    23   >>
  TU 27          03          10         17   >>    24   >>
  WE 28          04          11         18         25
  TH 29#P  41=   05       SS 12         19         26
  FR 30   >>    >06          13         20         27#P  45
  SA 31 P>>      07          14#P  45   21#P  45   28   >>
  SU 01   >>     08          15   >>    2


DSPREC/ 06/ FERNANDEZ,XF        / ORD/ 300/ CAP/
ACTD  347  APRO  8235  TCR  8359                    LN  0248  FH
PTC  8359                      RSV:                 FN 163765
  DA DT   ID       DT   ID     DT    ID    DT    ID    DT   ID
  MO 26# >>      02   >> AF 09   >>    16   >>    23   >>
  TU 27          03          10         17         24   >>
  WE 28          04          11         18         25   >>
  TH 29#  215=   05#  701    12         19         26
  FR 30   >>    >06   >>     13#  547   20         27#  708
  SA 31   >>     07   >>     14   >>    21         28   >>
  SU 01  346 AF 08   >>      15   >>    22#  452   29   >>


DSPREC/ 06/ FREEMAN,AR          / DEN/ 320/ F/O/
ACTD 2156  APRO  9358  TCR  9358            LN  0232
```

```
PTC 9230                   RSV: FN 152222
DA DT   ID      DT ID        DT ID       DT ID      DT  ID
MO 26   9274=   02  >>       09          16         23  >>
TU 27   >>      03  >>       10          17         24  >>
WE 28   7634=   04          11#  1564    18         25
TH 29   RDO     05          12   >>      19         26
FR 30   RDO     06#  1399   13   >>      20#  1651  27#  1560
SA 31#  M1390=  07  >>      14   >>      21   >>    28  >>
SU 01   >>      08  >>      15          22   >>    29  >>  >
05-
```

EXHIBIT 19

```
        AUTHOR: 0-266351
        LETTER CREATED ON 06/28/08 AT 0212
        EFFECTIVE DATES OF LETTER: 06/28/08 - 07/12/08
        LETTER TITLE: CALL ME PLS
0           HEY TONY, * *I'M ONE OF THE 2172 AND HAVE ENJOYED THE
SPIRITED DEBATE ON *THE BULLETIN BOARD. COULD YOU PLEASE CALL ME
WHEN YOUHAVE *A FREE MINUTE? I'D LIKE TO ASK YOU SOME QUESTIONS
ABOUT WHAT *IS GOING ON. WAITING FOR INFO IS AGONIZING. * * MY
PHONE NUMBER IS (360) 991-8751. * *REGARDS, *HEM * *
0       RECIPIENTS:
        152222    ACCESSED ON 06/28/08 AT 0259
```

EXHIBIT 20

```
       AUTHOR: 0-193692
       LETTER CREATED ON 07/02/08 AT 1641
       EFFECTIVE DATES OF LETTER: 07/02/08 - 07/16/08
       LETTER TITLE: PLS CALL!!
0           *JEFF * *SENT AN EMAIL TO 2172.COM AND HAVE HAD NO
RESPONSE, BUT I'M *SURE U R A BUSY GUY LIKE ME!! PLS CALL TO
DISCUSS SOME 2172 *IDEAS. * *TAVO TRIPPE, DENFO 737 F/O *970-
988-9007 * * * *
0     RECIPIENTS:
        261689    ACCESSED ON 07/04/08 AT 1446
```

EXHIBIT 21

```
        AUTHOR: 0-260816
        LETTER CREATED ON 06/10/08 AT 0447
        EFFECTIVE DATES OF LETTER: 06/10/08 - 06/24/08
        LETTER TITLE: FYI
0          * * JUST TO LET YOU KNOW YOUR F/O JUNIOR MANNED THIS
TRIP WITH* YOU...FOR WHAT IT'S WORTH...THE 2172 GROUP * * * * *
* * * *
0     RECIPIENTS:
        110762    ACCESSED ON 06/10/08 AT 1029
```

EXHIBIT 22

```
AUTHOR: 0-260816
     LETTER CREATED ON 06/10/08 AT 0446
     EFFECTIVE DATES OF LETTER: 06/10/08 - 06/24/08
     LETTER TITLE: HEY THERE
0          * * THANKS FOR JUNIOR MANNING...I KNOW ALL OF US
2172'S REALLY * APPRECIATE YOUR UNITY AND HELPING OUT THE
COMPANY. AGAIN * WAY TO GO AND ENJOY YOUR VACATION WHILE WE WILL
SOON BE ON THE STREET. * * * * * * *
0     RECIPIENTS:
     185908    ACCESSED ON 06/10/08 AT 0959
```