IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al., <br><br> Defendants. | Civil Action No. |

**DECLARATION OF PAUL CARLSON**

I, PAUL CARLSON, declare and state as follows:

1. I am currently employed by United Air Lines, Inc. as the Managing Director, Pilot Staffing and Scheduling. In this position I am responsible for forecasting and delivering a staffing and scheduling plan for all of United's pilots, and then executing that plan. I have personal knowledge of the facts set forth below, and if called as a witness in this matter, I could and would competently testify thereto.

2. My declaration is organized in five sections. Section A provides background information, including information regarding my personal background, United's collection and retention of data, and a description of how United handles scheduling issues when a pilot calls in sick (including voluntary flying referred to as "junior/senior manning"). Section B describes United's historical experience with unplanned pilot shortages and explains how United has typically been able to avoid excessive flight cancellations during unplanned pilot shortages through the use of "junior/senior manning." Section C discusses the recent spike in sick leave

usage by pilots at United. Section D describes the resulting flight cancellations (a total of 329 cancellations from July 19-27, 2008) arising from the recent increase in sick leave usage, and also explains that the majority of those cancellations could have been avoided if United's pilots accepted junior/senior manning requests. Section E explains the changes that United has been required to make to its staffing model (in the form of an increase in "reserve" pilots) as a result of United pilots' refusal to accept junior/senior manning requests.

A.     **Background**

1.     **Current Position, Experience, and Education**

    3.     I have held my current position at United since September 2006. In this role, I regularly communicate and interact with the Air Line Pilots Association, International ("ALPA"), and attend a monthly meeting with the pilots on ALPA's scheduling committee at United.

    4.     From October 2004 to August 2006, I was the Director, Flight Crew Planning and Analysis at United. From 1998 to 2004, I worked at Northwest Airlines in materials management, crew utilization, and crew resources. From 1997 to 1998, I worked as a consultant to clients in the airline industry.

    5.     I have a Bachelor of Science in Computer Science from the University of Minnesota, a Master of Science in Computer Science from Oregon State University, and a Master of Science in Transportation from Massachusetts Institute of Technology.

2. **United's Collection and Retention of Data**

6. United has an elaborate system for tracking and categorizing all flight delays and cancellations, and has been tracking this data in this form for more than 10 years. Under this system, every delay and cancellation is assigned one of more than 50 codes covering every possible reason for such an action, and United maintains a data base showing the reason for every cancellation. United also maintains detailed data regarding sick leave usage by pilots, "junior/senior manning" by pilots (explained below), and various other variables that impact the operations of United. In my role as Managing Director, Pilot Staffing and Scheduling, I routinely review and analyze this and other data.

3. **Scheduling When Pilots Call in Sick**

7. If a pilot calls in sick, the flight that he or she was scheduled to fly but can no longer pilot is considered "open flying." One method under the collective bargaining agreement between ALPA and United (the "United-ALPA Agreement") for ensuring that the flight is not cancelled when a pilot calls in sick is to assign the trip to a "reserve" pilot. Under the United-ALPA Agreement, United may not assign open trips to a reserve pilot more than 24 hours prior to the flight for domestic flights, and 48 hours for international flights. United determines the number of reserve pilots that it will schedule on any given day based upon an historical analysis of the number of open flights that it will likely need to cover with reserve pilots.

8. If United does not have sufficient advance notice to award the flight to a reserve pilot or does not have sufficient reserve pilots available, United employs a procedure called "junior/senior manning," under which the crew scheduling department will contact pilots pursuant to a procedure outlined in the United-ALPA Agreement and ask him or her to cover the flight for which the originally assigned pilot and no reserve pilot is otherwise available. The

3

phrase "junior man" arose when airlines could force junior pilots to take certain assignments. At United, however, the company cannot force a pilot to take the assignment and instead first offers the assignment in seniority order to the pilots who have requested to be on the "senior manning" list, then offers the assignment in reverse seniority order to all other pilots, resulting in the terminology at United of "junior/senior manning." Junior/senior manning has historically been used at United to cover unplanned shortages of manpower (e.g., when a pilot calls sick on the day of a scheduled flight). A pilot can accept or reject the junior/senior manning request.

**B.    United's Experience with Unplanned Pilot Shortages**

9.    Historically, even on days when there is a larger than typical or anticipated number of open flights without much advance notice, United has often been able to fill many of those open pilot slots through the use of junior/senior manning. For example, during the weekend of July 16 to 17, 2005, due to a combination of factors, United experienced a large number of unplanned pilot shortages. Despite being faced with a large number of pilot shortages for which no reserve pilots were available, United was able to find pilots to accept junior/senior manning assignments and fill staffing shortages on numerous flights. Specifically, during that weekend, 53 pilots accepted junior/senior manning assignments, including 19 Airbus and 737 First Officers. Accordingly, United only cancelled four flights due to a lack of crew that weekend.

10.    As a second example, during the weekend of March 18-19, 2006, United also experienced a large number of unplanned pilot shortages due to a combination of factors. During that weekend, United was again faced with filling a large number of pilots shortages for which no reserve pilots were available. Again, however, United was able to find pilots to accept junior/senior manning assignments and fill staffing shortages on the majority of those flights. Specifically, during that weekend, 116 pilots accepted junior/senior manning assignments,

4

including 42 Airbus and 737 First Officers. Accordingly, United only cancelled 16 flights due to a lack of a crew that weekend.

C. **Recent Spike in Sick Leave Usage by Pilots**

11. Since June 5, 2008, United has seen a significant increase in pilot sick calls. While in May 2008, the highest number of pilots on the sick list on any given day was 350, beginning June 5, 2008, the sick list began a steady and swift increase from a low of 327 on June 5, 2008, to a high of 497 on June 30, 2008. On July 16, 2008, 470 United pilots were on the sick list, and that number jumped to 493 the next day, and again to 525 on Friday, July 18, 2008.

12. Over the weekend of July 19 and 20, 2008, 538 pilots were on the sick list each day, resulting in the cancellation of 58 flights on Sunday (July 20, 2008) due to lack of crew. On Monday, July 21, 2008, with a sick list of 510 pilots, United was forced to cancel 77 flights due to the lack of a crew. This most recent spike in sick leave is largely driven by junior pilots who serve as first officers on United's narrow-body Airbus 320 and Boeing 737 aircraft. The sick list has remained significantly above what is considered normal or typical since that time for pilots who fly that aircraft. For example, from June 4, 2008, through July 27, 2008, sick rates among 737 narrow-body First Officers has been more than double the average for the past three and a half years. As of July 29, 2008, the narrow-body first officer sick list has not dissipated.

D. **Resulting Flight Cancellations Due to Pilots' Change in Behavior**

13. The effect of this increase in sick leave usage has resulted in a significant number of flights being cancelled due to lack of a crew. Specifically, the following flights were cancelled due to a lack of a crew on each of following days: 14 flights on July 19, 2008; 58 flights on July 20, 2008; 77 flights on July 21, 2008; 18 flights on July 22, 2008; 18 flights on July 23, 2008; 47 flights on July 24, 2008; 69 flights on July 25, 2008; 20 flights on July 26,

2008; and 8 flights on July 27, 2008. In total, 329 flights have been cancelled due to a lack of crew from July 19, 2008, through July 27, 2008.

14. As described above, United has historically been able to address unplanned pilot shortages and avoid significant flight cancellations by employing junior/senior manning. On a historical basis (from January 2006 to April 2007), the number of pilots accepting requests for junior/senior manning averaged more than 430 per month, and in periods of severe need it can rise to as many as 182 pilots during a single weekend. During 2008, however, the willingness of pilots to accept junior/senior manning and pick up open flights has been de minimis. For example, from January to July 2008, the number of pilots accepting requests for junior/senior manning has averaged only 83 per month.

15. Based on my analysis and experience, if United's pilots followed standard and historical practices in terms of accepting junior/senior manning requests, as they did prior to the end of 2006, United could have avoided the majority of the 329 flight cancellations that occurred due to a lack of a crew from July 19-27, 2008. During July 19-27, 2008, however, only 41 pilots accepted junior/senior manning requests, despite the fact that United regularly called all eligible pilots.

E. <u>Required Changes to United's Staffing Model due to Pilots' Change in Behavior</u>

16. As a result of the refusal of United pilots to accept junior/senior manning assignments, United has also been forced to alter its manpower staffing model. Specifically, since late 2006, United has been forced to increase the number of reserve pilots (based on the percentage of total hours flown) from 13% to 17% (i.e., a 30% increase). The annual carrying cost of these additional reserve pilots is approximately $15 million per year.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed this 29th day of July, 2008, at Chicago, Illinois.

_____
Paul Carlson