IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al.,<br><br>      Defendants. | Civil Action No. |

**DECLARATION OF PETER D. MCDONALD**

I, PETER D. MCDONALD, declare and state as follows:

1. I am currently employed by United Air Lines, Inc. as Executive Vice President and Chief Administrative Officer. In this position I have responsibility for Information Technology, Labor Relations, Human Resources, Corporate Communications, Government Affairs, Investor Relations and Customer Experience. I have personal knowledge of the facts set forth below, and, if called as a witness in this matter, I could and would competently testify thereto.

2. My declaration is organized in four sections. Section A provides background information, including information regarding my work experience, and United's current financial position and operating environment (including its recently announced reductions in personnel and capacity). Section B describes a similar campaign instituted by ALPA at United during the summer of 2000 to alter the status quo. Section C addresses the financial impact on United due

to the cancellations arising from a lack of a crew from July 19 to 27, 2008.  Section D addresses the impact on customer relations and goodwill due to those cancellations.

A.    **Background**

1.    **Personal Background and Experience**

3.    I have served in my current position since May 2008.  From 2004 to 2008, I served as United's Chief Operating Officer.  In that role, I was responsible for all airport operations, maintenance and engineering, onboard service, flight operations and system operations control, as well as cargo, Ted, United Express, cost-savings initiatives and safety and security.  Prior to that, I served as Executive Vice President Operations from 2002 through 2004.  From 2001 through 2002, I served as Senior Vice President airport operations with responsibility for on-time performance, passenger processing, baggage handling and aircraft appearance for United's worldwide system.  I have also previously served in various other positions, including vice president-Operational Services, managing director-Southern California, and general manager-Hub Operations at Denver.  I joined United in 1969.

4.    I am a member of the board of directors of Children's Memorial Hospital, the Chicago Symphony Orchestra and the Glenwood School, as well as a member of Northwestern University's Business Advisory Council.

2.    **United's Current Financial Position, Operating Environment, and Planned Reductions in Personnel and Capacity**

5.    United is a commercial air carrier, headquartered in Chicago, with national and international operations.  United is a "common carrier by air" as defined in the Federal Aviation Act of 1958, and a "carrier" as defined by the Railway Labor Act.

6.    United filed for Chapter 11 bankruptcy on December 9, 2002.  While in bankruptcy, United and the Air Line Pilots Association, International ("ALPA") negotiated a

2

collective bargaining agreement (the "United-ALPA Agreement"). The United-ALPA Agreement states that it will extend "through and including December 31, 2009" (the amendable date). The United-ALPA Agreement further provides that neither party may serve notice of intended changes, beginning the bargaining process under the Railway Labor Act, until 270 days prior to December 31, 2009. The long duration of the United-ALPA Agreement was critical to United because it provided stability in the labor cost savings that United obtained through the renegotiated contract. United also has collective bargaining agreements with its other five labor unions covering an additional approximately 38,000 employees that do not become amendable until January 2010.

7.  On February 1, 2006, United emerged from bankruptcy after completing a $23 billion restructuring. Since exiting bankruptcy, United generated net income of $25 million for the 11 months ending December 31, 2006, and net income of $403 million for 2007. For 2008, however, United has suffered a net loss of $537 million for the first quarter, and a $682 million adjusted net loss in the first six months of 2008 (not including accounting write-offs that created a net loss of $2.7 billion in the second quarter).

8.  The enormously challenging operating environment that United is currently facing is due in large part to the rise of fuel prices to unprecedented levels in recent months. For example, in the second quarter of 2008, United's fuel expenses increased $773 million – or more than 55% – compared to the same time period last year.

9.  United currently projects that it will pay $9.2 billion for fuel in 2008 (a $3.3 billion increase in fuel costs compared to 2007, and a $3.5 billion increase compared to 2006). As a result of the dramatic increase in the cost of fuel, United has been forced to cut routes and ground planes as well as take other measures to reduce costs.

10. As part of these measures, United announced in on June 4, 2008, that it would remove a total of 100 aircraft from its mainline fleet. Specifically, United conditionally expects to retire all 94 of its B-737 aircraft, and six of its Boeing 747 aircraft. The June 4, 2008 announcement followed previous announcements of much smaller fleet reductions. On March 18, 2008, United first announced that it planned to reduce its aircraft fleet size by 15-20 older narrow-body aircraft by year-end. As fuel prices worsened, on April 22, 2008, United announced plans to eliminate 30 aircraft from its operating fleet, 10 to 15 more aircraft than initially announced in March.

11. United estimates that it will reduce its mainline domestic capacity in the fourth quarter of 2008 by 14%. Over the 2008 and 2009 period, United projects that cumulative mainline domestic capacity will be reduced between 17 and 18% and cumulative consolidated capacity between 9 and 10%.

12. In conjunction with these reductions, United also recently announced significant reductions in management, salaried, and front-line employees, including pilots. Overall, United estimates that it will need to reduce its workforce by approximately 7,000 by year-end 2009. United currently employs approximately 55,000 employees in every state in the United States and many countries around the world.

13. Specifically as to pilots, on June 23, 2008, United announced that the fleet reduction would result in furlough notices to approximately 1,450 pilots, including those on leave. This will result in the furlough of approximately 950 active pilots.

**B.    ALPA'S Campaign in Summer 2000**

14. In the summer of 2000, ALPA engaged in a "Fly the Contract" campaign that commenced shortly after United's collective bargaining agreement with ALPA in effect at that

4

time became amendable on April 12, 2000. Certain elements of that campaign are similar to what ALPA is currently doing. In summary, ALPA's campaign in the summer of 2000 consisted of delays in completing preflight checklists, the refusal to depart with minor equipment problems, refusal to waive contractual rest and duty requirements, the refusal to volunteer for "open flying" and the refusal to accept "junior/senior manning" requests (a procedure by which the crew scheduling department asks a pilot to fly a trip that would otherwise have to be canceled).

15. ALPA's campaign in the summer of 2000 was a significant departure from the status quo, and caused thousands of flights delays and cancellations, inconvenienced hundreds of thousands of passengers, and cost United millions of dollars as well as an incalculable amount of customer goodwill. However, the status quo was re-established and ALPA's "Fly the Contract" campaign stopped immediately following the parties' announcement of a tentative agreement.

16. ALPA's current campaign (as described in detail in the Declaration of Jay D. Milone) is also a significant departure from the status quo, and also incredibly disruptive to United's operations. As described below, ALPA's current campaign has resulted in a total of 329 flight cancellations from July 19 to 27, 2008, which has had a significant financial impact on United, and also an incalculable loss of customer goodwill.

C. **Direct Financial Impact on United Due to the Cancellations from July 19, 2008 To July 27, 2008**

17. From July 19, 2008, to July 27, 2008, United was forced to cancel a total of 329 flights due to a lack of crew because pilots called in sick. Specifically, due to a lack of a crew, United was forced to cancel: 14 flights on July 19, 2008; 58 flights on July 20, 2008; 77 flights on July 21, 2008; 18 flights on July 22, 2008; 18 flights on July 23, 2008; 47 flights on July 24, 2008; 69 flights on July 25, 2008; 20 flights on July 26, 2008; and 8 flights on July 27, 2008.

5

These numbers are a significant deviation from standard cancellation rates for lack of a crew, as demonstrated in the report of Daniel M. Kasper and Darin N. Lee.

18. It is estimated that the 329 cancellations from July 19 to 27, 2008, have directly cost United approximately $8.05 million in lost revenue, and approximately $3.9 million in net lost operating profit. This calculation takes into account the money that United saves from the cancelled flights (e.g., money saved for fuel, landing fees, etc.).

D. **Impact on United's Goodwill due to the Cancellations from July 19, 2008 to July 27, 2008**

19. Since emerging from bankruptcy in 2006, United and its 55,000 employees have done significant work to improve the company's performance, and to re-establish its financial stability and its ability to compete in the marketplace.

20. These recent cancellations, however, have caused incalculable damage to United's reputation and customer goodwill and the efforts of United and its employees. From July 19 to 27, 2008, approximately 36,000 members of the traveling public have had their flights cancelled due to a lack of a crew.

21. While difficult to calculate precisely, the long-term damage and loss of goodwill from flight cancellations impacting 36,000 passengers is obviously significant. And, while there is no way to predict with certainty whether the number of cancellations will increase or decrease in the coming months, every single cancellation will disrupt some customer's travel plans, and with 18 months to go under the United-ALPA Agreement, there will undoubtedly be more members of the public who are inconvenienced – and perhaps many more.

6

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed this 29th day of July, 2008, at Chicago, Illinois.

_____
Peter D. McDonald