IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED AIR LINES, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>AIR LINE PILOTS ASSOCIATION,<br>INTERNATIONAL, et al.,<br><br>        Defendants. | Civil Action No. |

## DECLARATION OF BENJAMIN VAUGHN

I, BENJAMIN VAUGHN, declare and state as follows:

1.    I am currently employed by United Air Lines, Inc. in the Corporate Security Department as Project Manager for Computer Investigations and Systems Integrity.  In this position I have responsibility for conducting and supervising corporate investigations, with a focus on investigations involving computers and technology.  I have personal knowledge of the facts set forth below, and if called as a witness in this matter, I could and would competently testify thereto.

2.    My declaration is organized in three sections.  Section A describes my job responsibilities, as well as my prior work experience at United.  Section B describes my investigation into the website located at www.ual2172.com.  Section C sets forth my conclusion that United pilot Anthony Freeman maintains and operates the website located at www.ual2172.com.

**A.**    **Current Position and Experience**

3.    I have held my current position at United since August 2007.  I have worked for United since November 2003.

4.    From November 2003 to July 2007, I worked as a Senior Staff Representative in the Corporate Security Department at United.   In that position, I also conducted corporate investigations, with a focus on investigations involving computers and technology.

**B.**    **Investigation of the Website Located at "www.ual2172.com"**

5.    On July 22, 2008, I visited the website located at: www.ual2172.com.   I determined that this website is password-protected, and cannot be accessed without first registering with the website administrator (which requires providing your name, domicile, aircraft type, position, and additional information), and subsequently obtaining the approval of the website administrator to access the site.   A pilot's "domicile" refers to the geographical location where a pilot is based.

6.    I next attempted to determine who administers and operates www.ual2172.com. Because the owner of a domain name is often public information that can be obtained by conducting a search on the website www.whois.net (a public website which is a directory of domain name registrations), I began by checking that website.  Upon doing so, I determined that www.ual2172.com is registered through an anonymous domain name broker, meaning that the owner of the website took specific steps to ensure that his identity could not be determined by searching public databases such as www.whois.net.  I also determined that the domain name was registered on December 16, 2007.

7.    Upon viewing the home page of the website located at www.ual2172.com, I also determined that the website employs a software system known as vBulletin (which is a software

used on many "bulletin board" or "forum" websites). Based on my experience with vBulletin, I know that when you install the vBulletin software, you are required to enter an e-mail address that will be the source of automated e-mail messages to users/members of the website. These automatic e-mails are sent to users of the website in certain situations (e.g., when a user of the website cannot recall his or her password to access the website, or when a user first registers with the website and is granted access).

8.     I then searched United's database of archived e-mails that were sent to or from employees of United (this database is maintained by the Corporate Security Department and includes all e-mails sent through United's e-mail system during the prior six months), in an attempt to locate e-mails containing a reference to the www.ual2172.com website. Upon doing so, I located several "automatic response e-mails" sent from the website www.ual2172.com to United employees. These e-mails originated from the e-mail address of tpilott@aol.com.

9.     I have attached as Exhibits 1 to 2, true and correct copies of examples of these automated response e-mails originating from the tpilott@aol.com e-mail address that I retrieved from United's e-mail system.

**C.     Conclusion that Anthony Freeman Operates "www.ual2172.com"**

10.     After determining that the automatic e-mail responses sent by the www.ual2172.com website to users of the website were being sent from an e-mail address of tpilott@aol.com, I searched United's database of e-mail archives for additional e-mails to or from tpilott@aol.com and employees of United. In doing so, I located several e-mails from the tpilott@aol.com e-mail address that were signed "Tony Freeman DEN 320 FO."

11.     Based upon a review of United's records, I determined that Tony (Anthony) Freeman works for United as a First Officer on an Airbus 320 aircraft. I also determined that Mr. Freeman is domiciled in Denver, Colorado. "DEN 320 FO" refers to the facts that Mr.

3

Freeman is domiciled in Denver, Colorado, pilots an Airbus 320 aircraft, and is a First Officer. Moreover, one of the e-mails that I recovered from the tpilott@aol.com address (sent to United by Mr. Freeman regarding a work issue) is signed "Tony Freeman DEN 320 FO #152222." The number 152222 is Mr. Freeman's employee identification number at United. Moreover, United maintains employee profiles for each of its employees. Mr. Freeman's employee profile includes a home e-mail address of tpilott@aol.com, which Mr. Freeman provided to United in order to receive United communications.

12.    I have attached as Exhibits 3 to 4 true and correct copies of certain e-mails that I retrieved from United's e-mail system from the tpilott@aol.com e-mail address.

13.    During my investigation, I also located e-mails sent to users of the www.ual2172.com website from the e-mail address of ua2172@gmail.com. I have attached as Exhibits 5 to 6 true and correct copies of certain e-mails that I retrieved from United's e-mail system sent to or from the ua2172@gmail.com e-mail address.

14.    Exhibits 1 to 6 are in their "raw" format with "header" information. I have also attached as Exhibit 7, a copy of the same e-mails attached as Exhibits 1 to 6 in their "Outlook" format for ease of reading.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed this 29th day of July, 2008, at Chicago, Illinois.

_____
Benjamin Vaughn

4

EXHIBIT 1

06-14-08_1402.90920.txt
From MAILER-DAEMON  Sat Jun 14 14:02:22 2008
Return-Path: <>
X-Original-To: usanetreceive@archive.united.com
Delivered-To: usanetreceive@archive.united.com
Received: from d1dl1.D1.USA.NET (unknown [10.116.209.94])
        by awhq8231.whq.ual.com (Postfix) with ESMTP id 0C281FAB74D
        for <usanetreceive@archive.united.com>; Sat, 14 Jun 2008 14:02:22 -0500
(CDT)
Received: from D1GW2.D1.USA.NET ([10.116.209.32]) by d1dl1.D1.USA.NET with Microsoft
SMTPSVC(6.0.3790.1830);
         Sat, 14 Jun 2008 13:02:21 -0600
Received: from gwsin02.mbox.net ([165.212.64.14]) by D1GW2.D1.USA.NET with Microsoft
SMTPSVC(6.0.3790.1830);
         Sat, 14 Jun 2008 13:02:22 -0600
X-USANET-Received: from gwsfilter02.mbox.net [165.212.64.61] by gwsin02.mbox.net via
mtad (C8.MAIN.3.44O)
        with ESMTP id 833mFNTcu2032Ms2; Sat, 14 Jun 2008 19:02:20 -0000
Received: from gwsfilter02.mbox.net (localhost.localdomain [127.0.0.1])
        by localhost (Postfix) with SMTP id BCB662C29E9
        for <brandon.nugent@united.com>; Sat, 14 Jun 2008 19:02:20 +0000 (GMT)
Received: from gwsin01.mbox.net (gwsin01.mbox.net [165.212.64.13])
        by gwsfilter02.mbox.net (Postfix) with ESMTP id 9C00D2C29E8
        for <brandon.nugent@united.com>; Sat, 14 Jun 2008 19:02:20 +0000 (GMT)
X-USANET-Received: from esmail02.eservices.usa.net [165.212.64.9] by
gwsin01.mbox.net via mtad (C8.MAIN.3.44O)
        with ESMTP id 515mFNTcs2352Ms1; Sat, 14 Jun 2008 19:02:18 -0000
X-USANET-Routed: 2 gwsin-bmdelete Q:bmdelete
X-USANET-Routed: 4 gwsin-sophos R:165.212.64.60;165.212.64.61
X-USANET-Routed: 100 IN-RELAY R:165.212.116.239:25
Received: from p3smtphosting03-01.prod.phx3.secureserver.net [208.109.80.73] by
esmail02.eservices.usa.net via smtad (C8.MAIN.3.44O)
        with ESMTP id XID133mFNTcs3697Xma; Sat, 14 Jun 2008 19:02:18 -0000
X-USANET-Source: 208.109.80.73    IN   ualadmin@p3slh134.shr.phx3.secureserver.net
p3smtphosting03-01.prod.phx3.secureserver.net
X-USANET-MsgId: XID133mFNTcs3697Xma
Received: (qmail 6040 invoked from network); 14 Jun 2008 19:02:18 -0000
Received: from p3slh134.shr.phx3.secureserver.net ([208.109.181.199])
        (envelope-sender <ualadmin@p3slh134.shr.phx3.secureserver.net>)
        by p3smtphosting03-01.prod.phx3.secureserver.net (qmail-ldap-1.03) with
SMTP
        for <brandon.nugent@ual.com>; 14 Jun 2008 19:02:17 -0000
Received: from p3slh134.shr.phx3.secureserver.net (localhost.localdomain
[127.0.0.1])
        by p3slh134.shr.phx3.secureserver.net (8.12.11.20060308/8.12.11) with ESMTP
id m5EJ2HNo010927
        for <brandon.nugent@ual.com>; Sat, 14 Jun 2008 12:02:17 -0700
Received: (from ualadmin@localhost)
        by p3slh134.shr.phx3.secureserver.net (8.12.11.20060308/8.12.11/Submit) id
m5EJ2HKL010916;
         Sat, 14 Jun 2008 12:02:17 -0700
Date: Sat, 14 Jun 2008 12:02:17 -0700
To: brandon.nugent@ual.com
Subject: Action Required to Activate Membership for UAL2172   Forums
From: "UAL2172   Forums" <tpilott@aol.com>
Auto-Submitted: auto-generated
Message-ID: <200806141916.2d406b448756@ual2172.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="ISO-8859-1"
Content-Transfer-Encoding: 8bit
X-Priority: 3
X-Mailer: vBulletin Mail via PHP
X-PMX-Version: 5.4.0.320885
X-USANET-SOPHOS: Complete
                        Page 1

06-14-08_1402.90920.txt
X-OriginalArrivalTime: 14 Jun 2008 19:02:22.0096 (UTC) FILETIME=[2CE55900:01C8CE51]

Dear bknuge,

Thank you for registering at the UAL2172    Forums. Before we can activate your account one last step must be taken to complete your registration.

Please note - you must complete this last step to become a registered member. You will only need to visit this url once to activate your account.

To complete your registration, please visit this url:
http://www.ual2172.com/register.php?a=act&u=613&i=45411680

<a href="http://www.ual2172.com/register.php?a=act&u=613&i=45411680">America Online Users Please Visit Here to be Activated</a>

**** Does The Above URL Not Work? ****
If the above url does not work, please use your Web browser to go to:
http://www.ual2172.com/register.php?a=ver

Please be sure not to add extra spaces. You will need to type in your username and activation number on the page that appears when you visit the url.

Your Username is: bknuge
Your Activation ID is: 45411680

If you are still having problems signing up please contact a member of our support staff at tpilott@aol.com

All the best,
UAL2172    Forums


--------------------
To stop receiving this email, please visit this url:
http://www.ual2172.com/register.php?do=deleteactivation&u=613&i=45411680

EXHIBIT 2

06-18-08_2137.91540.txt
From MAILER-DAEMON  Thu Jun 19 10:14:47 2008
Return-Path: <>
X-Original-To: usanetreceive@archive.united.com
Delivered-To: usanetreceive@archive.united.com
Received: from d1dl1.D1.USA.NET (unknown
[10.116.209.94])
        by awhq8231.whq.ual.com (Postfix) with ESMTP
id EDC881081357
        for <usanetreceive@archive.united.com>; Wed,
18 Jun 2008 21:37:57 -0500 (CDT)
Received: from D1GW2.D1.USA.NET ([10.116.209.32]) by
d1dl1.D1.USA.NET with Microsoft
SMTPSVC(6.0.3790.1830);
        Wed, 18 Jun 2008 20:37:51 -0600
Received: from gwsin01.mbox.net ([165.212.64.13]) by
D1GW2.D1.USA.NET with Microsoft
SMTPSVC(6.0.3790.1830);
        Wed, 18 Jun 2008 20:37:57 -0600
X-USANET-Received: from gwsfilter01.mbox.net
[165.212.64.60] by gwsin01.mbox.net via mtad
(C8.MAIN.3.44O)
        with ESMTP id 071mFscl40752Ms1; Thu, 19 Jun
2008 02:37:55 -0000
Received: from gwsfilter01.mbox.net (cf01-lo
[127.0.0.1])
        by localhost (Postfix) with SMTP id B16B628741
        for <brandon.nugent@united.com>; Thu, 19 Jun
2008 02:37:55 +0000 (GMT)
Received: from gwsin03.mbox.net (gwsin03.mbox.net
[165.212.64.15])
        by gwsfilter01.mbox.net (Postfix) with ESMTP
id 9C4B028728
        for <brandon.nugent@united.com>; Thu, 19 Jun
2008 02:37:55 +0000 (GMT)
X-USANET-Received: from esmail01 [165.212.64.8] by
gwsin03.mbox.net via mtad (C8.MAIN.3.44O)
        with ESMTP id 713mFscl35680Ms3; Thu, 19 Jun
2008 02:37:54 -0000
X-USANET-Routed: 2 gwsin-bmdelete Q:bmdelete
X-USANET-Routed: 4 gwsin-sophos
R:165.212.64.60;165.212.64.61
X-USANET-Routed: 100 IN-RELAY R:165.212.116.239:25
Received: from
p3smtphosting01-01.prod.phx3.secureserver.net
[208.109.80.23] by esmail01 via smtad (C8.MAIN.3.44O)
        with ESMTP id XID430mFscl37184Xma; Thu, 19 Jun
2008 02:37:54 -0000

06-18-08_2137.91540.txt
X-USANET-Source: 208.109.80.23    IN
ualadmin@p3slh134.shr.phx3.secureserver.net
p3smtphosting01-01.prod.phx3.secureserver.net
X-USANET-MsgId: XID430mFscl37184Xma
Received: (qmail 14597 invoked from network); 19 Jun
2008 02:37:53 -0000
Received: from p3slh134.shr.phx3.secureserver.net
([208.109.181.199])
        (envelope-sender
<ualadmin@p3slh134.shr.phx3.secureserver.net>)
        by
p3smtphosting01-01.prod.phx3.secureserver.net
(qmail-ldap-1.03) with SMTP
        for <brandon.nugent@ual.com>; 19 Jun 2008
02:37:53 -0000
Received: from p3slh134.shr.phx3.secureserver.net
(localhost.localdomain [127.0.0.1])
        by p3slh134.shr.phx3.secureserver.net
(8.12.11.20060308/8.12.11) with ESMTP id
m5J2brDN025980
        for <brandon.nugent@ual.com>; Wed, 18 Jun 2008
19:37:53 -0700
Received: (from ualadmin@localhost)
        by p3slh134.shr.phx3.secureserver.net
(8.12.11.20060308/8.12.11/Submit) id m5J2brse025977;
        Wed, 18 Jun 2008 19:37:53 -0700
Date: Wed, 18 Jun 2008 19:37:53 -0700
To: brandon.nugent@ual.com
Subject: Account removed at UAL2172   Forums!
From: "UAL2172   Forums" <tpilott@aol.com>
Auto-Submitted: auto-generated
Message-ID:
<200806190253.182bd5312945@www.ual2172.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="ISO-8859-1"
Content-Transfer-Encoding: 8bit
X-Priority: 3
X-Mailer: vBulletin Mail via PHP
X-PMX-Version: 5.4.0.320885
X-USANET-SOPHOS: Complete
X-OriginalArrivalTime: 19 Jun 2008 02:37:58.0145 (UTC)
FILETIME=[7C1A6710:01C8D1B5]

Dear bknuge,

Unfortunately your registration at UAL2172   Forums
did not meet our membership requirements. Therefore
                    Page 2

06-18-08_2137.91540.txt
your registration was deleted.

Sorry,
UAL2172    Forums

EXHIBIT 3

06-18-08_1824.69936.txt
From MAILER-DAEMON  Thu Jun 19 08:12:16 2008
Return-Path: <>
X-Original-To: usanetreceive@archive.united.com
Delivered-To: usanetreceive@archive.united.com
Received: from d1dl1.D1.USA.NET (unknown
[10.116.209.94])
        by awhq8231.whq.ual.com (Postfix) with ESMTP
id E11C0107CADB
        for <usanetreceive@archive.united.com>; Wed,
18 Jun 2008 18:24:33 -0500 (CDT)
Received: from D1GW1.D1.USA.NET ([10.116.209.31]) by
d1dl1.D1.USA.NET with Microsoft
SMTPSVC(6.0.3790.1830);
        Wed, 18 Jun 2008 17:24:27 -0600
Received: from gwsin02.mbox.net ([165.212.64.14]) by
D1GW1.D1.USA.NET with Microsoft
SMTPSVC(6.0.3790.1830);
        Wed, 18 Jun 2008 17:24:34 -0600
X-USANET-Received: from gwsfilter01.mbox.net
[165.212.64.60] by gwsin02.mbox.net via mtad
(C8.MAIN.3.440)
        with ESMTP id 257mFRXyG8432Ms2; Wed, 18 Jun
2008 23:24:32 -0000
Received: from gwsfilter01.mbox.net (cf01-lo
[127.0.0.1])
        by localhost (Postfix) with SMTP id A4567D795B
        for <jeffrey.rogaliner@united.com>; Wed, 18
Jun 2008 23:24:32 +0000 (GMT)
Received: from gwsin01.mbox.net (gwsin01.mbox.net
[165.212.64.13])
        by gwsfilter01.mbox.net (Postfix) with ESMTP
id 7DCAAD795F
        for <jeffrey.rogaliner@united.com>; Wed, 18
Jun 2008 23:24:32 +0000 (GMT)
X-USANET-Received: from esmail01 [165.212.64.8] by
gwsin01.mbox.net via mtad (C8.MAIN.3.440)
        with ESMTP id 552mFRXyd2352Ms1; Wed, 18 Jun
2008 23:24:29 -0000
X-USANET-Routed: 2 gwsin-bmdelete Q:bmdelete
X-USANET-Routed: 4 gwsin-sophos
R:165.212.64.60;165.212.64.61
X-USANET-Routed: 100 IN-RELAY R:165.212.116.239:25
Received: from
p3smtphosting01-01.prod.phx3.secureserver.net
[208.109.80.23] by esmail01 via smtad (C8.MAIN.3.440)
        with ESMTP id XID521mFRXyd6848Xma; Wed, 18 Jun
2008 23:24:29 -0000
                    Page 1

06-18-08_1824.69936.txt
X-USANET-Source: 208.109.80.23    IN
ualadmin@p3slh134.shr.phx3.secureserver.net
p3smtphosting01-01.prod.phx3.secureserver.net
X-USANET-MsgId: XID521mFRXyd6848Xma
Received: (qmail 28280 invoked from network); 18 Jun
2008 23:24:29 -0000
Received: from p3slh134.shr.phx3.secureserver.net
([208.109.181.199])
          (envelope-sender
<ualadmin@p3slh134.shr.phx3.secureserver.net>)
          by
p3smtphosting01-01.prod.phx3.secureserver.net
(qmail-ldap-1.03) with SMTP
          for <jeffrey.rogaliner@united.com>; 18 Jun
2008 23:24:29 -0000
Received: from p3slh134.shr.phx3.secureserver.net
(localhost.localdomain [127.0.0.1])
          by p3slh134.shr.phx3.secureserver.net
(8.12.11.20060308/8.12.11) with ESMTP id
m5INOT7B032386
          for <jeffrey.rogaliner@united.com>; Wed, 18
Jun 2008 16:24:29 -0700
Received: (from ualadmin@localhost)
          by p3slh134.shr.phx3.secureserver.net
(8.12.11.20060308/8.12.11/Submit) id m5INOTUc032384;
          Wed, 18 Jun 2008 16:24:29 -0700
Date: Wed, 18 Jun 2008 16:24:29 -0700
To: jeffrey.rogaliner@united.com
Subject: Update
From: "tpilott@aol.com" <tpilott@aol.com>
Message-ID:
<200806182328.8f01fb640171@www.ual2172.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="ISO-8859-1"
Content-Transfer-Encoding: 8bit
X-Priority: 3
X-Mailer: vBulletin Mail via PHP
X-PMX-Version: 5.4.0.320885
X-USANET-SOPHOS: Complete
X-OriginalArrivalTime: 18 Jun 2008 23:24:34.0000 (UTC)
FILETIME=[777E6500:01C8D19A]

I know that some of you have received phone calls
regarding the 2172 from other members on the phone
tree. It's become apparent that some of you were not
expecting these introductory calls. I apologize for
that. I know that we're all out there flying 5 days a
Page 2

06-18-08_1824.69936.txt

week on the border of exhaustion and many of you can't visit the message board on a regular basis to see that introductory phone calls were going to start going out. I should have sent an e-mail telling you all to expect a phone call. I take responsibility for that. But, the intended purpose of the phone calls that were made last week were to introductory in nature to form a rapport for the smooth flow of information amongst folks in the 2172. That being the case, if you don't want to be contacted during the process of exchanging information, please send an e-mail to us by clicking on contact the administrator and I will take care of it.

Now, there is a lot happening this week. The negotiating committee and the company had or are currently having their second meeting of the week. To follow will be a Special MEC meeting Thursday to be concluded on Friday in Chicago. I know it's been quiet for a couple of weeks now. Well, it will be imperative that we all stay tuned in over the next week. It will be imperative to pay attention to all communications put out by the MEC. And it will be imperative for us to keep in touch with each other.

The obvious fact is that jobs are being leveraged by UAL management. What may not be so transparent is that these same jobs are being fought for as I write this. Remember that you are being held hostage by management. You are not being leveraged or held hostage by our current MEC like it appears we were with Bathurst and whiteford. Now, I know we as a group get a lot of needed energy from the folks that are still skeptical I think that's excellent. We need to stay on our toes for sure. We will not allow what happened to us before to happen again. Not quietly and without repercussions anyway. But that's not where we're at in my opinion. I do feel that we are as well represented or better than any other time that any of us have been at UAL. Where we are is our greedy management going fishing again. Your job, fuel prices, downgrades, equipment bumps, and the threat of a 100 aircraft reduction are the bait.

I know there have been a lot of questions about furlough numbers. I have the exact same feeling as I had months ago. I hope you do to. And that feeling is

Page 3

06-18-08_1824.69936.txt

if they furlough one then that is synonymous with them
furloughing me. Again, I hope you all feel the same.
That said, I know the number is important to a lot of
folks. I don't have numbers at this time but the point
is there is NO NUMBER that could be given that should
make anyone out there feel better other than zero. If
they do decide to announce a number and that number
doesn't touch you I wouldn't breathe easy yet. If they
don't get you now they will come for you later. That
being said, never let your guard down and never do
anything that would enable the company to furlough you
or any of your counterparts quicker than the company
desires. Also, if they do get us, just some of us, or
even the 8 ball new hire on our seniority list, don't
let that deflate your ambitions on fighting for your
job. Ever. The company counts
 on bad news to decrease your resolve and it's worked
much too often over the past 7 years.

As far as the board is concerned, I received some
angry phone calls from a few folks, Some of those
calls came from good friends of mine that I've known
way before UAL. It's dealing with the fact that a few
post were pulled from the board. Hell, I agree with
just about everything written on the board. If you
noticed this, it isn't because I'm trying to censor
anyone. It's truly because I'm looking trying to look
out for you and our groups best interest. Not because
I'm trying to hose you down. We need the energy.
Certain post weren't singled out. A certain subject
was though. Some things just aren't meant for paper or
electronic communications though. If you're still
unhappy, I understand. Please call me and we'll talk
about it.

Finally, keep your ears open. Keep in touch through
the tree and through your friends here. It's going to
get interesting. And we aren't alone although it seems
that way sometimes. Harness that energy and be smart.
Always follow and protect your contract. We've all
been through this before. Fight for someone else's job
as if you're fighting for your own. We are in this
together.

Tony Freeman
DEN320 FO


Page 4

06-18-08_1824.69936.txt

EXHIBIT 4

03-12-08_1345.78823.txt

Subject: Pilot Trip Trade System Feedback From - 152222 - ANTHONY FREEMAN

Date: Wed, 12 Mar 2008 13:45:16 -0500

From: pilot.triptrade@united.com

To: pilot.triptrade@united.com

Cc: tpilott@aol.com


********* WARNING WARNING WARNING **********

* THIS MESSAGE WAS FOUND TO BE CORRUPTED    *

* AND WAS AUTOMATICALLY RECOVERED USING     *

* DATABASE DATA.  SOME OR ALL MESSAGE DATA  *

* MAY BE LOST.                              *

********* WARNING WARNING WARNING **********


<table><tr><td><b>Phone Number: </b></td><td>303-618-8902</td><tr><td><b>E-mail
Address: </b></td><td>tpilott@aol.com</td><tr><td><b>Connection Type:
</b></td><td>High Speed</td><tr><td><b>Comments:</b></td><td> </td></tr><tr><td
colspan="2">Hello. As you well know, Skynet trip trading is new in DEN. I have a new
concern. There was a trip that was available for tomorrow that I wanted to trade
into, and trade out of my trip on Friday. The trips were the same length and worth
the same. With Unimatic, I would have been able to do a trade no problem. But the
problem I have right now is scheduling. Aren't they supposed to keep a trip in open
time for at least 4 hours. Shouldn't lineholders be able to get the chance to trade
into these trips? Am I off here? If not, how is that enforced?

Tony Freeman
DEN 320 FO
#152222</td></tr></table>

EXHIBIT 5

```
                05-13-08_1346.72819.txt
From MAILER-DAEMON  Tue May 13 13:46:20 2008
Return-Path: <>
X-Original-To: usanetreceive@archive.united.com
Delivered-To: usanetreceive@archive.united.com
Received: from d1dl1.D1.USA.NET (unknown
[10.116.209.94])
        by awhq8231.whq.ual.com (Postfix) with ESMTP
id D4299954B9A
        for <usanetreceive@archive.united.com>; Tue,
13 May 2008 13:46:20 -0500 (CDT)
Received: from D1GW1.D1.USA.NET ([10.116.209.31]) by
d1dl1.D1.USA.NET with Microsoft
SMTPSVC(6.0.3790.1830);
        Tue, 13 May 2008 12:46:20 -0600
Received: from gwsin04.mbox.net ([165.212.64.16]) by
D1GW1.D1.USA.NET with Microsoft
SMTPSVC(6.0.3790.1830);
        Tue, 13 May 2008 12:46:20 -0600
X-USANET-Received: from gwsfilter02.mbox.net
[165.212.64.61] by gwsin04.mbox.net via mtad
(C8.MAIN.3.41V)
        with ESMTP id 496memsUs0078Ms4; Tue, 13 May
2008 18:46:18 -0000
Received: from gwsfilter02.mbox.net
(localhost.localdomain [127.0.0.1])
        by localhost (Postfix) with SMTP id
412362C29E7
        for <andrew.chen@united.com>; Tue, 13 May 2008
18:46:18 +0000 (GMT)
Received: from gwsin01.mbox.net (gwsin01.mbox.net
[165.212.64.13])
        by gwsfilter02.mbox.net (Postfix) with ESMTP
id 123392C29E9
        for <andrew.chen@united.com>; Tue, 13 May 2008
18:46:18 +0000 (GMT)
X-USANET-Received: from esmail02.eservices.usa.net
[165.212.64.9] by gwsin01.mbox.net via mtad
(C8.MAIN.3.41V)
        with ESMTP id 037memsUP0257Ms1; Tue, 13 May
2008 18:46:15 -0000
X-USANET-Routed: 2 gwsin-bmdelete Q:bmdelete
X-USANET-Routed: 4 gwsin-sophos
R:165.212.64.60;165.212.64.61
X-USANET-Routed: 100 IN-RELAY R:165.212.116.239:25
Received: from nf-out-0910.google.com [64.233.182.187]
by esmail02.eservices.usa.net via smtad (RH.MAIN.1.12)
```

05-13-08_1346.72819.txt
        with ESMTP id XID543memsUP0357Xma; Tue, 13 May
2008 18:46:15 -0000
X-USANET-Source: 64.233.182.187   IN
jfkbunkie+2Bcaf_+3Dandrew.chen+3Dunited.com@gmail.com
nf-out-0910.google.com
X-USANET-MsgId: XID543memsUP0357Xma
Received: by nf-out-0910.google.com with SMTP id
h3so1215452nfh.42
        for <andrew.chen@united.com>; Tue, 13 May 2008
11:46:14 -0700 (PDT)
Received: by 10.210.80.17 with SMTP id
d17mr27753ebb.163.1210704374314;
        Tue, 13 May 2008 11:46:14 -0700 (PDT)
X-Forwarded-To: andrew.chen@united.com        REDACTED
X-Forwarded-For: ████████████████
andrew.chen@united.com
Delivered-To: jfkbunkie@gmail.com
Received: by 10.210.49.16 with SMTP id w16cs19178ebw;
        Tue, 13 May 2008 11:46:12 -0700 (PDT)
Received: by 10.114.200.2 with SMTP id
x2mr38033waf.143.1210704370746;
        Tue, 13 May 2008 11:46:10 -0700 (PDT)
Received: by 10.114.209.20 with HTTP; Tue, 13 May 2008
11:46:10 -0700 (PDT)
Message-ID:
<5d3f68570805131146j4d786dc2hae761fbf82d9979d@mail.gma
il.com>
Date: Tue, 13 May 2008 12:46:10 -0600
From: "ual 2172" <ua2172@gmail.com>
To: "Andrew Chen" <████████████████>    REDACTED
Subject: 2172
MIME-Version: 1.0
Content-Type: multipart/alternative;

boundary="----=_Part_3709_28191777.1210704370739"
X-PMX-Version: 5.4.0.320885
X-USANET-SOPHOS: Complete
X-OriginalArrivalTime: 13 May 2008 18:46:20.0519 (UTC)
FILETIME=[A2885770:01C8B529]

------=_Part_3709_28191777.1210704370739
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Here is the plan...

Page 2

05-13-08_1346.72819.txt
Work as a group with the leaders of our union.

When we present current resolutions they are currently being passed, but not
with a "high priority". When asked about our issues we are told that our
leaders will do what is best for the "majority" of the group. Right now out
of the 6000 pilots here at United 3000 vote.
In every letter you have or will receive states the words "a cohesive
voice". We need to have a cohesive voice as the junior pilots here at
United.
 Step 1: gather a group
 Step 2: determine our priorities on the ual2172.com forum
 Step 3: gather sympathizers (i.e. captains and other fellow pilots) to do
what is right.
 Step 4: present our priorities to our leaders through resolutions and LEC.
Step 5: work within the alpa by laws to get what the United Airlines ALPA
pilots vote for.
If we do "what" is right and not focus on "who" is right, we should be able
to  get the rest of the group to support us. We would be able to respond to
our leaders with what the "majority" of United Airline Pilots want.
-------------------------------------
This was a letter sent to the first 500 pilots.

 To the members of UAL2172:
 Let me first say how proud I am to be part of this elite group of
survivors and that is why I am contacting you. I have the utmost respect
for each and every one of you. We are a hand full of candidates that were
selected out of the masses to come work for United Airlines, when it was  an
elite place to work. With that came a 4 year degree, some with military
experience, an exemplary flying record, and the leadership skills this
                          Page 3

05-13-08_1346.72819.txt

airline was looking for. On top of that each of you
survived a 5 year
furlough and made a conscious decision to come back
United Airlines. I want
to tap into that power.
 I am sure the hair on the back of your head is
standing up after hearing
Glenn Tilton's plans for retiring aircraft, future
mergers, and furloughs
that may occur by the end of this summer.
 We have a choice as the 2172 and both will require
work. We can work hard
at looking for another job or we can work hard at
fighting for our Careers
here at United. Both require effort. I am hoping by
writing you today that
I can get the 2172 to work hard today and not wait for
our leverage of the
busy summer months to disappear. I am hoping that I
can get the 2172 to
come together in one voice to let our leaders and our
fellow pilots know
where we stand. Many of us cannot make a decision to
return to United if
another furlough occurs. I need your help in raising
our voices.
Attached you will find two documents, one contains the
furloughed pilots
and domiciles in which they reside, the other is a
word document  requesting
the following information: name, address, e-mail and
cell  number. I need
name, address, e-mail and cell number sent to
ua2172@gmail.com by the
individual if they can.
Once we have a way of mass communicating I think the
rest becomes obvious:
Job Security, Pay, Retirement and Quality of Life
issues. We are not
retiring aircraft now because we need the summer
business. Summer is our
leverage as a pilot group. This summer is going to
come and go fast. The
2172 must become cohesive fast to use this summer as
leverage.
Thank you in advance for you help.
--------------------------
                              Page 4

05-13-08_1346.72819.txt

Please go to the following links, call your class
mates, go to there
v-files, and get contact information...
Time is passing quickly... Let's not wait and react,
but instead plan and
articulate our wants and needs as a group.
The very first step is to gather as a group to get a
voice...
Please help!
This the missing 2172 furlough list link. It is
updated daily. Please click
on the links, bookmark, and print as necessary:
http://spreadsheets.google.com/pub?key=phSWqzgPVb6hPJu
8eHqfSLw&output=html&gid=0&single=true&range=a1:d795
This is a contact information box to hand out to the
furloughees we are
searching for:
http://docs.google.com/Doc?id=dfcjzh95_0d2jdtq7m
Thank you

------=_Part_3709_28191777.1210704370739
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Here is the plan...<br> <br>Work as a group with
the leaders of our union. <br> <br>When we
present current resolutions they are currently being
passed, but not with a &quot;high priority&quot;. When
asked about our issues  we are told that our
leaders will do what is best for the
&quot;majority&quot; of the  group. Right now out
of the 6000 pilots here at United 3000 vote.<br>
In every letter you have or will receive states the
words &quot;a cohesive  voice&quot;. We need to
have a cohesive voice as the junior pilots here
at  United.<br> Step 1: gather a
group<br> Step 2: determine our priorities on the
<a href="http://ual2172.com">ual2172.com</a> forum<br>
 Step 3: gather sympathizers (i.e. captains and
other fellow pilots) to do  what is
right.<br> Step 4: present our priorities to our
leaders through resolutions and LEC.<br>Step 5: work
within the alpa by laws to get what the United
Airlines ALPA  pilots vote for.<br>
If we do &quot;what&quot; is right and not focus on
&quot;who&quot; is right, we should be able to 

05-13-08_1346.72819.txt

get the rest of the group to support us. We would be
able to respond to  our leaders with what the
&quot;majority&quot; of United Airline Pilots
want.<br>
------------------------------------<br>This was a
letter sent to the first 500
pilots.<br> <br> To the members of
UAL2172:<br> Let me first say how proud I am to
be part of this elite group of  survivors and
that is why I am contacting you. I have the utmost
respect  for each and every one of you. We are a
hand full of candidates that were  selected out
of the masses to come work for United Airlines, when
it was  an elite place to work. With that came a
4 year degree, some with military  experience, an
exemplary flying record, and the leadership skills
this  airline was looking for. On top of that
each of you survived a 5 year  furlough and made
a conscious decision to come back United Airlines.
I  want to tap into that power.<br>
 I am sure the hair on the back of your head is
standing up after hearing  Glenn Tilton&#39;s
plans for retiring aircraft, future mergers, and
furloughs  that may occur by the end of this
summer.<br> We have a choice as the 2172 and both
will require work. We can work hard  at looking
for another job or we can work hard at fighting for
our Careers  here at United. Both require effort.
I am hoping by writing you today that  I can get
the 2172 to work hard today and not wait for our
leverage of the  busy summer months to disappear.
I am hoping that I can get the 2172 to  come
together in one voice to let our leaders and our
fellow pilots know  where we stand. Many of us
cannot make a decision to return to United if 
another furlough occurs. I need your help in raising
our voices.<br>
Attached you will find two documents, one contains the
furloughed pilots  and domiciles in which they
reside, the other is a word document  requesting
the following information: name, address, e-mail and
cell  number. I need name, address, e-mail and
cell number sent to <a
href="mailto:ua2172@gmail.com">ua2172@gmail.com</a> by
the individual if they can.<br>
Once we have a way of mass communicating I think the
rest becomes obvious:  Job Security, Pay,

05-13-08_1346.72819.txt
Retirement and Quality of Life issues. We are
not  retiring aircraft now because we need the
summer business. Summer is our  leverage as a
pilot group. This summer is going to come and go fast.
The  2172 must become cohesive fast to use this
summer as leverage.<br>
Thank you in advance for you
help.<br>--------------------------<br>Please go to
the following links, call your class mates, go to
there v-files, and get contact information...<br>Time
is passing quickly... Let&#39;s not wait and react,
but instead plan and articulate our wants and needs as
a group.<br>
The very first step is to gather as a group to get a
voice...<br>Please help!<br>This the missing 2172
furlough list link. It is updated daily. Please click
on the links, bookmark, and print as necessary:<br><a
href="http://spreadsheets.google.com/pub?key=phSWqzgPV
b6hPJu8eHqfSLw&amp;output=html&amp;gid=0&amp;single=tr
ue&amp;range=a1:d795">http://spreadsheets.google.com/p
ub?key=phSWqzgPVb6hPJu8eHqfSLw&amp;output=html&amp;gid
=0&amp;single=true&amp;range=a1:d795</a><br>
This is a contact information box to hand out to the
furloughees we are searching for:<br><a
href="http://docs.google.com/Doc?id=dfcjzh95_0d2jdtq7m
">http://docs.google.com/Doc?id=dfcjzh95_0d2jdtq7m</a>
<br>Thank you

------=_Part_3709_28191777.1210704370739--

Page 7

EXHIBIT 6

```
                 06-04-08_1658.98274.txt
From MAILER-DAEMON  Wed Jun  4 16:58:24 2008
Return-Path: <>
X-Original-To: usanetreceive@archive.united.com
Delivered-To: usanetreceive@archive.united.com
Received: from d1dl1.D1.USA.NET (unknown
[10.116.209.94])
        by awhq8231.whq.ual.com (Postfix) with ESMTP
id 9E01BDBE0B4
        for <usanetreceive@archive.united.com>; Wed,
4 Jun 2008 16:58:23 -0500 (CDT)
Received: from D1GW1.D1.USA.NET ([10.116.209.31]) by
d1dl1.D1.USA.NET with Microsoft
SMTPSVC(6.0.3790.1830);
        Wed, 4 Jun 2008 15:58:23 -0600
Received: from gwsin02.mbox.net ([165.212.64.14]) by
D1GW1.D1.USA.NET with Microsoft
SMTPSVC(6.0.3790.1830);
        Wed, 4 Jun 2008 15:58:23 -0600
X-USANET-Received: from gwsfilter01.mbox.net
[165.212.64.60] by gwsin02.mbox.net via mtad
(RH.MAIN.1.11)
        with ESMTP id 820mFDV7V7776Ms2; Wed, 04 Jun
2008 21:58:21 -0000
Received: from gwsfilter01.mbox.net (cf01-lo
[127.0.0.1])
        by localhost (Postfix) with SMTP id 90BB1D7943
        for <thomas.e.larson@united.com>; Wed,  4 Jun
2008 21:58:21 +0000 (GMT)
Received: from gwsin03.mbox.net (gwsin03.mbox.net
[165.212.64.15])
        by gwsfilter01.mbox.net (Postfix) with ESMTP
id 6F5A7D7941
        for <thomas.e.larson@united.com>; Wed,  4 Jun
2008 21:58:21 +0000 (GMT)
X-USANET-Received: from esmail03.eservices.usa.net
[165.212.64.10] by gwsin03.mbox.net via mtad
(RH.MAIN.1.11)
        with ESMTP id 609mFDV7T7200Ms3; Wed, 04 Jun
2008 21:58:19 -0000
X-USANET-Routed: 2 gwsin-bmdelete Q:bmdelete
X-USANET-Routed: 4 gwsin-sophos
R:165.212.64.60;165.212.64.61
X-USANET-Routed: 100 IN-RELAY R:165.212.116.239:25
Received: from
p3smtphosting02-01.prod.phx3.secureserver.net
[208.109.80.24] by esmail03.eservices.usa.net via
smtad (RH.MAIN.1.12)
                 Page 1
```

06-04-08_1658.98274.txt
        with ESMTP id XID170mFDV7T3251Xma; Wed, 04 Jun
2008 21:58:19 -0000
X-USANET-Source: 208.109.80.24    IN
ualadmin@p3slh134.shr.phx3.secureserver.net
p3smtphosting02-01.prod.phx3.secureserver.net
X-USANET-MsgId: XID170mFDV7T3251Xma
Received: (qmail 16696 invoked from network); 4 Jun
2008 21:58:18 -0000
Received: from p3slh134.shr.phx3.secureserver.net
([208.109.181.199])
        (envelope-sender
<ualadmin@p3slh134.shr.phx3.secureserver.net>)
        by
p3smtphosting02-01.prod.phx3.secureserver.net
(qmail-ldap-1.03) with SMTP
        for <thomas.e.larson@united.com>; 4 Jun 2008
21:58:18 -0000
Received: from p3slh134.shr.phx3.secureserver.net
(localhost.localdomain [127.0.0.1])
        by p3slh134.shr.phx3.secureserver.net
(8.12.11.20060308/8.12.11) with ESMTP id
m54LwIrs019756
        for <thomas.e.larson@united.com>; Wed, 4 Jun
2008 14:58:18 -0700
Received: (from ualadmin@localhost)
        by p3slh134.shr.phx3.secureserver.net
(8.12.11.20060308/8.12.11/Submit) id m54LwIYk019752;
        Wed, 4 Jun 2008 14:58:18 -0700
Date: Wed, 4 Jun 2008 14:58:18 -0700
To: thomas.e.larson@united.com
Subject: Mr. Wallach Letter
From: "ua2172@gmail.com" <ua2172@gmail.com>
Message-ID:
<200806042118.b621e8622472@www.ual2172.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="ISO-8859-1"
Content-Transfer-Encoding: 8bit
X-Priority: 3
X-Mailer: vBulletin Mail via PHP
X-PMX-Version: 5.4.0.320885
X-USANET-SOPHOS: Complete
X-OriginalArrivalTime: 04 Jun 2008 21:58:23.0472 (UTC)
FILETIME=[1BD5EF00:01C8C68E]

June 4, 2008

Dear fellow pilots:
                        Page 2

06-04-08_1658.98274.txt

Today's announcement by United Airlines on their planned reduction in fleet size is the latest in a long saga of disappointments and lack of communication to the pilots by the company. The company's announcement in April to ground 30 B-737s and reduce its represented union workforce by approximately 600 employees by year-end without providing any further details only created anxiety and stress for all of us.

The announcement to increase the number of aircraft groundings has again been made without any consultation with your union. We do not know whether their plan to ground 80 aircraft this year and 20 more next year fully considers the displacement of the pilots who fly these aircraft, training requirements, domicile staffing, etc. When the company creates a large retraction of operations as experienced after 9/11, they end up with significant numbers of pilots waiting to be trained due to limitations of the training center. Pilots should expect secondary and possibly tertiary rounds of surpluses to develop as a result of the surpluses and potential overstaffing.

In April, your officers directed the Negotiating Committee to meet with the company to discuss all matters including furlough mitigation. It was not until after the company's announcement today that the company was prepared to present details of pilot furloughs. We met with the company this afternoon. Due to management's delinquency in providing sufficient details, we contacted senior management and have scheduled  a meeting with them on June 9th to discuss these topics.

I have made this latest development my top priority. I have directed the Negotiating Committee and the System Schedule Committee to devote all their time and energy to protecting the jobs of all our pilots. No idea will be discounted. We hope that the meeting on the 9th and

06-04-08_1658.98274.txt

its subsequent meetings immediately thereafter will
provide us with answers and a workable plan. We will
communicate with you shortly after the meetings.


Fraternally,




Captain Steve Wallach

Chairman, United MEC

_____

Please log on to the Ual2172.com site today and
tomorrow as we gather to discuss on how to deal with
the issues of the stress and fatigue in our current
work environment.

We will be asking for volunteers of the 2172 to help
counsel those members on the issues relating to
fatigue as well.

Our MEC and the company will be meeting on June 9th
and the Board meets on June 12th. More information
will come at that time.

EXHIBIT 7

**From:**          UAL2172  Forums [tpilott@aol.com]
**Sent:**          Saturday, June 14, 2008 3:02 PM
**To:**            brandon.nugent@ual.com
**Subject:**       Action Required to Activate Membership for UAL2172  Forums

Dear bknuge,

Thank you for registering at the UAL2172    Forums. Before we can activate your account one
last step must be taken to complete your registration.

Please note - you must complete this last step to become a registered member. You will
only need to visit this url once to activate your account.

To complete your registration, please visit this url:
http://www.ual2172.com/register.php?a=act&u=613&i=45411680

<a href="http://www.ual2172.com/register.php?a=act&u=613&i=45411680">America Online Users
Please Visit Here to be Activated</a>

**** Does The Above URL Not Work? ****
If the above url does not work, please use your Web browser to go to:
http://www.ual2172.com/register.php?a=ver

Please be sure not to add extra spaces. You will need to type in your username and
activation number on the page that appears when you visit the url.

Your Username is: bknuge
Your Activation ID is: 45411680

If you are still having problems signing up please contact a member of our support staff
at tpilott@aol.com

All the best,
UAL2172    Forums


--------------------
To stop receiving this email, please visit this url:
http://www.ual2172.com/register.php?do=deleteactivation&u=613&i=45411680

**From:**          UAL2172  Forums [tpilott@aol.com]
**Sent:**          Wednesday, June 18, 2008 10:38 PM
**To:**            brandon.nugent@ual.com
**Subject:**       Account removed at UAL2172  Forums!

Dear bknuge,

Unfortunately your registration at UAL2172   Forums did not meet our membership
requirements. Therefore your registration was deleted.

Sorry,
UAL2172    Forums

**From:**           tpilott@aol.com
**Sent:**           Wednesday, June 18, 2008 7:24 PM
**To:**             jeffrey.rogaliner@united.com
**Subject:**        Update

I know that some of you have received phone calls regarding the 2172 from other members on the phone tree. It's become apparent that some of you were not expecting these introductory calls. I apologize for that. I know that we're all out there flying 5 days a week on the border of exhaustion and many of you can't visit the message board on a regular basis to see that introductory phone calls were going to start going out. I should have sent an e-mail telling you all to expect a phone call. I take responsibility for that. But, the intended purpose of the phone calls that were made last week were to introductory in nature to form a rapport for the smooth flow of information amongst folks in the 2172. That being the case, if you don't want to be contacted during the process of exchanging information, please send an e-mail to us by clicking on contact the administrator and I will take care of it.

Now, there is a lot happening this week. The negotiating committee and the company had or are currently having their second meeting of the week. To follow will be a Special MEC meeting Thursday to be concluded on Friday in Chicago. I know it's been quiet for a couple of weeks now. Well, it will be imperative that we all stay tuned in over the next week. It will be imperative to pay attention to all communications put out by the MEC. And it will be imperative for us to keep in touch with each other.

The obvious fact is that jobs are being leveraged by UAL management. What may not be so transparent is that these same jobs are being fought for as I write this. Remember that you are being held hostage by management. You are not being leveraged or held hostage by our current MEC like it appears we were with Bathurst and Whiteford. Now, I know we as a group get a lot of needed energy from the folks that are still skeptical I think that's excellent. We need to stay on our toes for sure. We will not allow what happened to us before to happen again. Not quietly and without repercussions anyway. But that's not where we're at in my opinion. I do feel that we are as well represented or better than any other time that any of us have been at UAL. Where we are is our greedy management going fishing again. Your job, fuel prices, downgrades, equipment bumps, and the threat of a 100 aircraft reduction are the bait.

I know there have been a lot of questions about furlough numbers. I have the exact same feeling as I had months ago. I hope you do to. And that feeling is if they furlough one then that is synonymous with them furloughing me. Again, I hope you all feel the same. That said, I know the number is important to a lot of folks. I don't have numbers at this time but the point is there is NO NUMBER that could be given that should make anyone out there feel better other than zero. If they do decide to announce a number and that number doesn't touch you I wouldn't breathe easy yet. If they don't get you now they will come for you later. That being said, never let your guard down and never do anything that would enable the company to furlough you or any of your counterparts quicker than the company desires. Also, if they do get us, just some of us, or even the 8 ball new hire on our seniority list, don't let that deflate your ambitions on fighting for your job. Ever. The company counts
 on bad news to decrease your resolve and it's worked much too often over the past 7 years.

As far as the board is concerned, I received some angry phone calls from a few folks, Some of those calls came from good friends of mine that I've known way before UAL. It's dealing with the fact that a few post were pulled from the board. Hell, I agree with just about everything written on the board. If you noticed this, it isn't because I'm trying to censor anyone. It's truly because I'm looking trying to look out for you and our groups best interest. Not because I'm trying to hose you down. We need the energy. Certain post weren't singled out. A certain subject was though. Some things just aren't meant for paper or electronic communications though. If you're still unhappy, I understand. Please call me and we'll talk about it.

Finally, keep your ears open. Keep in touch through the tree and through your friends

here. It's going to get interesting. And we aren't alone although it seems that way
sometimes. Harness that energy and be smart. Always follow and protect your contract.
We've all been through this before. Fight for someone else's job as if you're fighting for
your own. We are in this together.

Tony Freeman
DEN320 FO

2

**From:**            Pilot TripTrade [pilot.triptrade@united.com]
**Sent:**            Wednesday, March 12, 2008 2:45 PM
**To:**              Pilot TripTrade
**Cc:**              Freeman, Anthony Ryan [DENFO]
**Subject:**         Pilot Trip Trade System Feedback From - 152222 - ANTHONY FREEMAN


```
********* WARNING WARNING WARNING **********
* THIS MESSAGE WAS FOUND TO BE CORRUPTED    *
* AND WAS AUTOMATICALLY RECOVERED USING      *
* DATABASE DATA.  SOME OR ALL MESSAGE DATA *
* MAY BE LOST.                               *
********* WARNING WARNING WARNING **********
```

Phone Number: 303-618-8902
E-mail Address: tpilott@aol.com
Connection Type: High Speed
Comments: Hello. As you well know, Skynet trip trading is new in DEN. I have a new
concern. There was a trip that was available for tomorrow that I wanted to trade into, and
trade out of my trip on Friday. The trips were the same length and worth the same. With
Unimatic, I would have been able to do a trade no problem. But the problem I have right
now is scheduling. Aren't they supposed to keep a trip in open time for at least 4 hours.
Shouldn't lineholders be able to get the chance to trade into these trips? Am I off here?
If not, how is that enforced?

Tony Freeman
DEN 320 FO #152222

**From:**  ual 2172 [ua2172@gmail.com]
**Sent:**  Tuesday, May 13, 2008 2:46 PM
**To:**  Andrew Chen
**Subject:** 2172

Here is the plan...

Work as a group with the leaders of our union.

When we present current resolutions they are currently being passed, but not with a "high priority".
When asked about our issues we are told that our leaders will do what is best for the "majority" of the
group. Right now out of the 6000 pilots here at United 3000 vote.
In every letter you have or will receive states the words "a cohesive voice". We need to have a cohesive
voice as the junior pilots here at United.
 Step 1: gather a group
 Step 2: determine our priorities on the ual2172.com forum
 Step 3: gather sympathizers (i.e. captains and other fellow pilots) to do  what is right.
 Step 4: present our priorities to our leaders through resolutions and LEC.
Step 5: work within the alpa by laws to get what the United Airlines ALPA  pilots vote for.
If we do "what" is right and not focus on "who" is right, we should be able to  get the rest of the group to
support us. We would be able to respond to  our leaders with what the "majority" of United Airline
Pilots want.
------------------------------------
This was a letter sent to the first 500 pilots.

To the members of UAL2172:
 Let me first say how proud I am to be part of this elite group of  survivors and that is why I am
contacting you. I have the utmost respect  for each and every one of you. We are a hand full of
candidates that were  selected out of the masses to come work for United Airlines, when it was  an elite
place to work. With that came a 4 year degree, some with military  experience, an exemplary flying
record, and the leadership skills this airline was looking for. On top of that each of you survived a 5
year  furlough and made a conscious decision to come back United Airlines. I  want to tap into that
power.
 I am sure the hair on the back of your head is standing up after hearing  Glenn Tilton's plans for retiring
aircraft, future mergers, and furloughs  that may occur by the end of this summer.
 We have a choice as the 2172 and both will require work. We can work hard  at looking for another job
or we can work hard at fighting for our Careers  here at United. Both require effort. I am hoping by
writing you today that  I can get the 2172 to work hard today and not wait for our leverage of the  busy
summer months to disappear. I am hoping that I can get the 2172 to  come together in one voice to let
our leaders and our fellow pilots know  where we stand. Many of us cannot make a decision to return to
United if  another furlough occurs. I need your help in raising our voices.
Attached you will find two documents, one contains the furloughed pilots  and domiciles in which they
reside, the other is a word document  requesting the following information: name, address, e-mail and
cell  number. I need name, address, e-mail and cell number sent to ua2172@gmail.com by the individual
if they can.
Once we have a way of mass communicating I think the rest becomes obvious:  Job Security, Pay,
Retirement and Quality of Life issues. We are not  retiring aircraft now because we need the summer

business. Summer is our  leverage as a pilot group. This summer is going to come and go fast. The  2172 must become cohesive fast to use this summer as leverage.

Thank you in advance for you help.

---------------------------

Please go to the following links, call your class mates, go to there v-files, and get contact information... Time is passing quickly... Let's not wait and react, but instead plan and articulate our wants and needs as a group.

The very first step is to gather as a group to get a voice...

Please help!

This the missing 2172 furlough list link. It is updated daily. Please click on the links, bookmark, and print as necessary:

http://spreadsheets.google.com/pub?
key=phSWqzgPVb6hPJu8eHqfSLw&output=html&gid=0&single=true&range=a1:d795

This is a contact information box to hand out to the furloughees we are searching for:

http://docs.google.com/Doc?id=dfcjzh95_0d2jdtq7m

Thank you

**From:**        ua2172@gmail.com
**Sent:**        Wednesday, June 04, 2008 5:58 PM
**To:**          thomas.e.larson@united.com
**Subject:**     Mr. Wallach Letter

June 4, 2008

Dear fellow pilots:

Today's announcement by United Airlines on their planned reduction in fleet size is the latest in a long saga of disappointments and lack of communication to the pilots by the company. The company's announcement in April to ground 30 B-737s and reduce its represented union workforce by approximately 600 employees by year-end without providing any further details only created anxiety and stress for all of us.

The announcement to increase the number of aircraft groundings has again been made without any consultation with your union. We do not know whether their plan to ground 80 aircraft this year and 20 more next year fully considers the displacement of the pilots who fly these aircraft, training requirements, domicile staffing, etc. When the company creates a large retraction of operations as experienced after 9/11, they end up with significant numbers of pilots waiting to be trained due to limitations of the training center. Pilots should expect secondary and possibly tertiary rounds of surpluses to develop as a result of the surpluses and potential overstaffing.

In April, your officers directed the Negotiating Committee to meet with the company to discuss all matters including furlough mitigation. It was not until after the company's announcement today that the company was prepared to present details of pilot furloughs. We met with the company this afternoon. Due to management's delinquency in providing sufficient details, we contacted senior management and have scheduled  a meeting with them on June 9th to discuss these topics.

I have made this latest development my top priority. I have directed the Negotiating Committee and the System Schedule Committee to devote all their time and energy to protecting the jobs of all our pilots. No idea will be discounted. We hope that the meeting on the 9th and its subsequent meetings immediately thereafter will provide us with answers and a workable plan. We will communicate with you shortly after the meetings.

Fraternally,

Captain Steve Wallach

Chairman, United MEC

---

Please log on to the Ual2172.com site today and tomorrow as we gather to discuss on how to deal with the issues of the stress and fatigue in our current work environment.

We will be asking for volunteers of the 2172 to help counsel those members on the issues relating to fatigue as well.

Our MEC and the company will be meeting on June 9th and the Board meets on June 12th. More information will come at that time.