IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al., <br><br> Defendants. | Civil Action No. No. 08-cv-4317 <br><br> CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I, Mark W. Robertson, hereby certify under penalty of perjury that on this 30th day of July 2008, that I caused true and correct copies of the following documents to be served by Federal Express first delivery:

- COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

- PLAINTIFF'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

- PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

- [PROPOSED] PRELIMINARY INJUNCTION

- NOTICE OF PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS ESTABLISHED BY L.R. 7.1 IN ITS MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

- PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS ESTABLISHED BY L.R. 7.1 IN ITS MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

- MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

- DECLARATION OF JAY D. MILONE

- DECLARATION OF PETER D. MCDONALD

- DECLARATION OF BENJAMIN VAUGHN

- DECLARATION OF PAUL CARLSON

- EXPERT REPORT OF DANIEL M. KASPER AND DARIN N. LEE

- NOTICE OF PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED SCHEDULING OF ITS MOTION FOR PRELIMINARY INJUNCTION

- PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED SCHEDULING OF ITS MOTION FOR PRELIMINARY INJUNCTION

- [PROPOSED] ORDER ESTABLISHING SCHEDULE FOR PRELIMINARY INJUNCTION HEARING

- NOTICE OF PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED DISCOVERY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION

- PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED DISCOVERY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION

- MEMORANDUM IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED DISCOVERY

- EXPEDITED DISCOVERY AND PROTECTIVE ORDER

- TOM A. JERMAN MOTION AND APPLICATION TO APPEAR PRO HAC VICE

- MARK W. ROBERTSON MOTION AND APPLICATION TO APPEAR PRO HAC VICE

- RACHEL S. JANGER MOTION AND APPLICATION TO APPEAR PRO HAC VICE

upon the following:

Air Line Pilots Association, International
1625 Massachusetts Ave, NW
Washington, DC  20036

Anthony R. Freeman
915 Trenton Street
Denver, CO  80230

Steven M. Tamkin
4427 Vista Del Preseas
Malibu, CA  90265

Robert J. Domaleski
880 Old Mill Road
Franklin Lakes, NJ  07417

Xavier F. Fernandez
1303 Mt. Vieja Drive
San Antonio, TX  78213

   In addition, on July 30, 2008, the above-listed documents were personally served upon the Air Line Pilots Association, International, at the address listed above, by delivering the above-listed documents, as well as a copy of the summons, to the managing attorney of the organization.

   In addition, on July 30, 2008, the above-listed documents were personally served upon Robert J. Domaleski, at the address listed above, by leaving the documents, as well as a copy of the summons, at his dwelling or usual place of abode with someone of suitable age and discretion who resides there.

   In addition, on July 30, 2008, the above-listed documents, as well as a copy of the summons, were personally served upon Xavier F. Fernandez.

   In addition, we are in the process of attempting personal service on Anthony R. Freeman and Steven M. Tamkin, and will file certificates of service once such service has been completed.


July 30, 2008.
New York, NY


                       s/ Mark W. Robertson