## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:08-cv-04317 |
| --- | --- |

United Air Lines, Inc.
v.
Air Line Pilots Association,
International, Steven M. Tamkin, Robert J. Domaleski, Jr.,
Xavier F. Fernandez, and Anthony Freeman

### AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Air Line Pilots Association, International, Steven M. Tamkin, Robert J. Domaleski, Jr., Xavier F. Fernandez, and Anthony Freeman

| | |
| --- | --- |
| NAME (Type or print) <br> Judiann Chartier | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>   s/ | |
| FIRM <br> Katz, Friedman, Eagle, Eisenstein, Johnson & Bareck | |
| STREET ADDRESS <br> 77 West Washington Street, 20th Floor | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (312) 263-6330 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐