# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

United Air Lines, Inc.

                                        Plaintiff,

v.                                                    Case No.: 1:08−cv−04317
                                                      Honorable Joan H. Lefkow

Air Line Pilots Association, International, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

        MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 7/31/2008 regarding plaintiff's motion for expedited discovery [7], plaintiff's motion for expedited scheduling of motion for preliminary injunction [10], plaintiff 9;s motion for preliminary injunction [12], and plaintiff's motion for leave to file excess pages [15] and continued to 8/1/2008 at 10:00 AM. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.