AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

United Air Lines, Inc., Plaintiff

CASE NUMBER: 08 C 4317

V.

ASSIGNED JUDGE: LEFKOW

Air Line Pilots Association, International; Steven M. Tamkin; Robert J. Domaleski; Xavier F. Fernandez; and Anthony Freeman, Defendants

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

AIR LINE PILOTS ASSOCIATION, INTERNATIONAL
1625 Massachusetts Ave NW
Washington, DC 20036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

TOM A. JERMAN
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK

July 30, 2008
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 08 C 4317
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Nicole Bradford**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
( X ) Other: **Civil Cover Sheet; U.S. District Court for the Northern District of Illinois Attorney Appearance Form; Plaintiff's Notification of Affiliates Disclosure Statement; Plaintiff's Motion for Preliminary Injunction; Memorandum in Support of Plaintiff's Motion for Preliminary Injunction; [Proposed] Preliminary Injunction; Exert Report of Daniel M. Kasper and Darin N. Lee; Declaration of Jay D. Milone; Declaration of Peter D. McDonald; Declaration of Benjamin Vaughn; Declaration of Paul Carlson; Notice of Plaintiff's Emergency Motion for Expedited Discovery in Support of its Motion for Preliminary Injunction; Plaintiff's Emergency Motion for Expedited Discovery in Support of its Motion for Preliminary Injunction; [Proposed] Expedited Discovery and Protective Order; Memorandum in Support of Plaintiff's Emergency Motion for Expedited Discovery; Notice of Plaintiff's Emergency Motion for Expedited Scheduling of its Motion for Preliminary Injunction; Plaintiff's Emergency Motion for Expedited Scheduling of its Motion for Preliminary Injunction; [Proposed] Order Establishing Schedule for Preliminary Injunction Hearing; Motion for Leave to Appear Pro Hac Vice**

1.   (   ) By leaving a copy with the named party, ------- personally on -------.

2.   (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.   ( X ) On the within party, **Airline Pilots Association, International** by leaving a copy with **John G. Schleder, Attorney and Authorized Person**, on **July 30, 2008**, and informed that person of the contents thereof.

4.   ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:
SEX: **Male**             RACE: **Caucasian**             APPROXIMATE AGE: **40-50**

5.   ( X ) That the place where and the time of day when the documents were served were as follows:
PLACE: **9550 W. Higgins Rd., #1000, Rosemont, IL**
TIME OF DAY: **5:14 PM**

6.   (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **31st** day of **July 2008**.

Nicole Bradford
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11