UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Index No. 08CV4317

UNITED AIR LINES, INC.,

, Plaintiff(s)

- against -

AIR LINE PILOTS ASSOCIATION INTERNATIONAL, ET AL

, Defendant(s)

State of Washington DC )
) SS.:
County of Columbia )

AFFIDAVIT OF SERVICE

Brandon Snesko being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of Washington DC. That on 07/30/2008 at 4:35 PM at:

AIR LINE PILOTS ASSOCIATION, INT'L
1625 MASSACHUSETTS AVE., NW
WASHINGTON DC 20036

Deponent served the:
SUMMONS IN A CIVIL CASE AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
ATTORNEY APPEARANCE FORM
CIVIL COVER SHEET
PLAINTIFF'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT
NOTICE OF PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED SCHEDULING OF IT'S MOTION FOR PRELIMINARY INJUNCTION
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
[PROPOSED] PRELIMINARY PRELIMINARY
PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS ESTABLISHED BY L.R. 7.1 IN ITS MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
DECLARATION OF JAY D. MILONE AND EXHIBITS
DECLARATION OF PETER D. MCDONALD
DECLARATION OF BENJAMIN VAUGHN AND EXHIBITS
DECLARATION OF PAUL CARLSON
EXPERT REPORT OF DANIEL M. KASPER AND DARIN N. LEE
PLAINTIFF'S MOTION FOR EXPEDITED SCHEDULING OF ITS MOTION FOR PRELIMINARY INJUNCTION
NOTICE OF PLAINTIFFS EMERGENCY MOTION FOR EXPEDITED DISCOVERY IN SUPPORT OF IT'S MOTION FOR PRELIMINARY INJUNCTION
PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION
MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY
(PROPOSED) ORDER ESTABLISHING SCHEDULE FOR PRELIMINARY INJUNCTION HEARING
(PROPOSED) EXPEDITED DISCOVERY AND PROTECTIVE ORDER
EXPEDITED DISCOVERY AND PROTECTIVE ORDER
JERMAN - PRO HAC VICE
JANGER - PRO HAC VICE
ROBERTSON - PRO HAC VICE
CERTIFICATE OF SERVICE
on AIR LINE PILOTS ASSOCIATION, INT'L

a domestic and/or foreign corporation
by delivering thereat a true copy to Marcus Migliore personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Managing Attorney and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 47   HEIGHT: 6'1"   WEIGHT: 200   HAIR: BLACK   RACE: WHITE   SEX: MALE
OTHER: Mustache and Glasses

Brandon Snesko   Lic. #
OUR DOC# 21712
O'Melveny & Myers
Times Square Tower
7 Times Square
New York NY 10036
212-326-2000

District of Columbia SS
Subscribed and Sworn to before me
this  1st  day of  August   2008

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011