UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Index No. 08CV4317

UNITED AIR LINES, INC.,

, Plaintiff(s)

- against -

AIR LINE PILOTS ASSOCIATION INTERNATIONAL, ET AL.

, Defendant(s)

State of New Jersey  }
                     } SS.:
County of Union      }

AFFIDAVIT OF SERVICE

Salvatore A. Cossari being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New Jersey. That on 07/30/2008 at 5:51 PM at:

880 OLD MILL ROAD
FRANKLIN LAKES NJ 07417

Deponent served the:
SUMMONS IN A CIVIL CASE AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
ATTORNEY APPEARANCE FORM
CIVIL COVER SHEET
PLAINTIFF'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT
NOTICE OF PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED SCHEDULING OF IT'S MOTION FOR PRELIMINARY INJUNCTION
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
[PROPOSED] PRELIMINARY PRELIMINARY
PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS ESTABLISHED BY L.R. 7.1 IN ITS MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
DECLARATION OF JAY D. MILONE AND EXHIBITS
DECLARATION OF PETER D. MCDONALD
DECLARATION OF BENJAMIN VAUGHN AND EXHIBITS
DECLARATION OF PAUL CARLSON
EXPERT REPORT OF DANIEL M. KASPER AND DARIN N. LEE
PLAINTIFF'S MOTION FOR EXPEDITED SCHEDULING OF ITS MOTION FOR PRELIMINARY INJUNCTION
NOTICE OF PLAINTIFFS EMERGENCY MOTION FOR EXPEDITED DISCOVERY IN SUPPORT OF IT'S MOTION FOR PRELIMINARY INJUNCTION
PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION
MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY
(PROPOSED) ORDER ESTABLISHING SCHEDULE FOR PRELIMINARY INJUNCTION HEARING
(PROPOSED) EXPEDITED DISCOVERY AND PROTECTIVE ORDER
EXPEDITED DISCOVERY AND PROTECTIVE ORDER
JERMAN - PRO HAC VICE
JANGER - PRO HAC VICE
ROBERTSON - PRO HAC VICE
CERTIFICATE OF SERVICE

upon CAPTAIN ROBERT J. DOMALESKI,
by delivering a true copy to:
Sharon Domaleski, Wife
who stated that they were authorized to accept service on behalf of:
CAPTAIN ROBERT J. DOMALESKI.
Within 20 days of such service, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient at:

CAPTAIN ROBERT J. DOMALESKI
880 OLD MILL ROAD
FRANKLIN LAKES NJ 07417

and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New Jersey State. The envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not indicate by return address or otherwise that the communication was from an attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said recipient at the time of service was not engaged in the military service of the United States or New Jersey. Recipient wore ordinary civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 40   HEIGHT: 5'5"   WEIGHT: 125   HAIR: BROWN   RACE: WHITE   SEX: FEMALE

SWORN TO BEFORE ME

Salvatore A. Cossari       License #
OUR DOC# 21710

O'Melveny & Myers
Times Square Tower
7 Times Square
New York NY 10036
212-326-2000

FRANCESCO NAPPI
NOTARY PUBLIC OF NEW JERSEY
My Commission Exp. Jan. 9, 2011