UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Index No. 08CV4317

UNITED AIR LINES, INC.,

, Plaintiff(s)

- against -

AIR LINE PILOTS ASSOCIATION INTERNATIONAL, ET AL

, Defendant(s)

State of Texas  )
               ) SS.:
County of Cameron )

AFFIDAVIT OF SERVICE

Joe Arguello being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Texas.  That on 07/30/2008 at  4:55 PM at:
    1303 MT. VIEJA DRIVE
    SAN ANTONIO TX 78213
Deponent served the:
SUMMONS IN A CIVIL CASE AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
ATTORNEY APPEARANCE FORM
CIVIL COVER SHEET
PLAINTIFF'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT
NOTICE OF PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED SCHEDULING OF IT'S MOTION FOR
PRELIMINARY INJUNCTION
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
[PROPOSED] PRELIMINARY PRELIMINARY
PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS ESTABLISHED BY L.R. 7.1 IN ITS MEMORANDUM IN
SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
DECLARATION OF JAY D. MILONE AND EXHIBITS
DECLARATION OF PETER D. MCDONALD
DECLARATION OF BENJAMIN VAUGHN AND EXHIBITS
DECLARATION OF PAUL CARLSON
EXPERT REPORT OF DANIEL M. KASPER AND DARIN N. LEE
PLAINTIFF'S MOTION FOR EXPEDITED SCHEDULING OF ITS MOTION FOR PRELIMINARY INJUNCTION
NOTICE OF PLAINTIFFS EMERGENCY MOTION FOR EXPEDITED DISCOVERY IN SUPPORT OF IT'S
MOTION FOR PRELIMINARY INJUNCTION
PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY IN SUPPORT OF ITS MOTION FOR PRELIMINARY
INJUNCTION
MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY
(PROPOSED) ORDER ESTABLISHING SCHEDULE FOR PRELIMINARY INJUNCTION HEARING
(PROPOSED) EXPEDITED DISCOVERY AND PROTECTIVE ORDER
EXPEDITED DISCOVERY AND PROTECTIVE ORDER
JERMAN - PRO HAC VICE
JANGER - PRO HAC VICE
ROBERTSON - PRO HAC VICE
CERTIFICATE OF SERVICE
upon XAVIER F. FERNANDEZ, by delivering a true copy to recipient personally,
deponent knew the person so served to be the person described as said
recipient therein.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or Texas. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 40   HEIGHT: 6'0''   WEIGHT: 190   HAIR: BROWN   RACE: WHITE   SEX: MALE

_____
Joe Arguello          Lic. #n/a

SWORN TO BEFORE ME _____

SUBSCRIBED AND SWORN BEFORE ME
THIS ___1___ DAY OF  Aug.  20 08

_____
NOTARY PUBLIC

E Alviso
Notary Public, State of Texas
My Commission Expires:
December 20, 2009

OUR DOC# 21711
O'Melveny & Myers
Times Square Tower
7 Times Square
New York NY 10036
212-326-2000