UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Index No. 08CV4317

UNITED AIR LINES, INC.,

, Plaintiff(s)

- against -

AIR LINE PILOTS ASSOCIATION INTERNATIONAL, ET AL

, Defendant(s)

State of Colorado ) 
) SS.:
County of Denver )

### AFFIDAVIT OF SERVICE

Nicholas Martinez being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of Colorado. That on 07/30/2008 at 5:01 PM at:

915 TRENTON STREET
DENVER CO 80230

Deponent served the:
SUMMONS IN A CIVIL CASE AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
ATTORNEY APPEARANCE FORM
CIVIL COVER SHEET
PLAINTIFF'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT
NOTICE OF PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED SCHEDULING OF IT'S MOTION FOR PRELIMINARY INJUNCTION
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
[PROPOSED] PRELIMINARY PRELIMINARY
PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS ESTABLISHED BY L.R. 7.1 IN ITS MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
DECLARATION OF JAY D. MILONE AND EXHIBITS
DECLARATION OF PETER D. MCDONALD
DECLARATION OF BENJAMIN VAUGHN AND EXHIBITS
DECLARATION OF PAUL CARLSON
EXPERT REPORT OF DANIEL M. KASPER AND DARIN N. LEE
PLAINTIFF'S MOTION FOR EXPEDITED SCHEDULING OF ITS MOTION FOR PRELIMINARY INJUNCTION
NOTICE OF PLAINTIFFS EMERGENCY MOTION FOR EXPEDITED DISCOVERY IN SUPPORT OF IT'S MOTION FOR PRELIMINARY INJUNCTION
PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION
MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY
(PROPOSED) ORDER ESTABLISHING SCHEDULE FOR PRELIMINARY INJUNCTION HEARING
(PROPOSED) EXPEDITED DISCOVERY AND PROTECTIVE ORDER
EXPEDITED DISCOVERY AND PROTECTIVE ORDER
JERMAN - PRO HAC VICE
JANGER - PRO HAC VICE
ROBERTSON - PRO HAC VICE
CERTIFICATE OF SERVICE
upon TONY FREEMAN, by delivering true copies to recipient personally; deponent knew the person so served to be the person described as said recipient therein.

To the best of my knowledge, based on information and belief, the said recipient at the time of service was not engaged in the military service of the United States or Colorado. Recipient wore ordinary civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 33 HEIGHT: 6'1'' WEIGHT: 180 HAIR: BLACK RACE: BLACK SEX: MALE
OTHER: Hat

SWORN TO BEFORE ME 8-___

Nicholas Martinez Lic. #N/A

OUR DOC# 21708
O'Melveny & Myers
Times Square Tower
7 Times Square
New York NY 10036
212-326-2000

My Commission Expires Aug. 21, 20__