Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4317 | **DATE** | 8/1/2008 |
| **CASE TITLE** | United Air Lines, Inc. vs. Air Lines Pilots Association, International, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing not held. Enter Stipulation and Scheduling Order Governing Motion for Preliminary Injunction. Any memorandum of law in opposition to plaintiff's motion for preliminary injunction due by 8/19/2008; reply due by 8/22/2008. Hearing on plaintiff's motion for preliminary injuction [12] set for 8/27/2008 at 1:30 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG -4 PM 3: 32
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|