

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al., <br><br> Defendants. | Civil Action No. 08-cv-4317 <br><br> Judge Lefkow |

## STIPULATION AND SCHEDULING ORDER
## GOVERNING MOTION FOR PRELIMINARY INJUNCTION

IT IS HEREBY STIPULATED, by and between plaintiff United Air Lines, Inc. ("United") and defendants Air Line Pilots Association, International ("ALPA"), Steven Tamkin, Robert Domaleski, Xavier Fernandez and Anthony Freeman ("Defendants") that the following scheduling order be entered in connection with United's Motion for Preliminary Injunction filed July 30, 2008.

1. United may propound immediately the document requests set forth in United's Motion for Expedited Discovery filed July 30, 2008. Defendants shall respond to such requests as soon as possible, and no later than August 15, 2008.

2. Defendants Tamkin, Domaleski, Fernandez and Freeman shall appear for depositions on mutually-agreeable dates following production of documents requested by that defendant, and no later than August 15, 2008.

3. Either party may propound additional discovery, and the parties shall attempt to reach mutually-acceptable agreements on responding to that dispute. Any dispute over the scope

or timing or of such discovery requests may be submitted to Magistrate Judge Denlow for resolution. All discovery shall be completed by August 15, 2008, unless the parties agree or Magistrate Judge Denlow orders otherwise.

4. Any Memorandum of Law in Opposition to United's Motion for Preliminary Injunction and supporting declarations shall be filed by Defendants on or before August 19, 2008.

5. Any Reply Memorandum shall be filed by United on or before August 22, 2008.

6. Each party shall file and serve a list of all witnesses that the party intends to call at the hearing and a list of all exhibits that the party intends to introduce, other than witnesses or exhibits used solely for purposes of impeachment and rebuttal, on or before on August 25, 2008.

7. All declarations filed and served by 5 p.m. on August 25, 2008, may, at the party's option, be used at the hearing as that witness's direct testimony subject to substantive objections and subject to cross-examination at the hearing

8. Hearing on United's Motion for Preliminary Injunction shall begin on August 27, 2008, at ~~1 p.m.~~ *1:30 p.m.*

9. Nothing in this order shall preclude United from seeking temporary injunctive relief pending hearing on United's Motion for Preliminary Injunction in the event United believes such emergency relief is necessary to prevent irreparable injury.

DATED: August 1, 2008.

Respectfully submitted,

By: ___s/ Gary S. Kaplan___
TOM A. JERMAN
tjerman@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300

GARY S. KAPLAN
gkaplan@seyfarth.com
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000

Attorneys for United Air Lines, Inc.

By: ___s/ Stanley Eisenstein___
STANLEY EISENSTEIN
seisenstein@kfeej.com
KATZ, FRIEDMAN, EAGLE,
EISENSTEIN & JOHNSON
77 W. Washington Street
Chicago, IL 60602
(312) 263-6330

Attorneys for Air Line Pilots Association, International, Steven Tamkin, Robert Domaleski, Xavier Fernandez and Anthony Freeman

SO ORDERED this 1st day of August, 2008.

_____
The Honorable Joan Humphrey Lefkow
United States District Judge

8-1-08