

| | |
|---|---|
| **Administrator/KFEEJ** | To  Vester Holman/KFEEJ@KFEEJ |
| 08/08/2008 10:02 AM | cc |
| | bcc |
| | Subject  Forwarded message from Stanley's KFEEJB email |

Copy of Stanley's KFEEJB email is below.



| | |
|---|---|
| **Nelida_Finch@ilnd.uscourts.gov** | To  seisenstein@kfeej.com, cclarke@kfeej.com, kfeejb.filings@gmail.com |
| 08/08/2008 10:01 AM | cc  Cynthia_Mercado@ilnd.uscourts.gov, Donna_Carey@ilnd.uscourts.gov, Emilia_Garcia@ilnd.uscourts.gov, Leticia_Pacheco@ilnd.uscourts.gov, Adam_Avalos@ilnd.uscourts.gov, Ryan_Edward_Murray@ilnd.uscourts.gov |
| | bcc |
| | Subject  Payment |

Dear Counselor:

Our Internet Payment Report reflects that on 08/06/08 you made a payment of $50.00  through pay.gov.   The payment was issued receipt no. 3000207  for which we did not receive a pro hac vice motion.

If it was your intention to file a motion, please resubmit your  document.   Make sure that you do not respond  to the following question so that you can avoid paying again and make reference to your receipt no. and that you already paid in the text of the entry.

    Was this case filed prior to February 1, 2001? Enter Y or N.     (Do not respond, click enter.)

In the future, it is recommended that you query your case, and if the motion you e-filed is not listed, call us before e-filing it again and someone from our office will walk you through the process of resubmitting it.

If you did not intend to file a motion,   you can e-file a "Request for Refund of Filing Fee", which can be found under the "Other Documents" category.  Please e-file the request in case no.  08cv4317 and include the receipt number.

If you have any questions, please feel free to call the Service Center at 312-435-5691.



| | | |
|---|---|---|
| Administrator/KFEEJ | To | Vester Holman/KFEEJ@KFEEJ |
| 08/08/2008 10:20 AM | cc | |
| | bcc | |
| | Subject | Forwarded message from Stanley's KFEEJB email |

Copy of Stanley's KFEEJB email is below.



| | | |
|---|---|---|
| Nelida_Finch@ilnd.uscourts.g ov | To | seisenstein@kfeej.com, cclarke@kfeej.com, kfeejb.filings@gmail.com |
| 08/08/2008 10:01 AM | cc | Cynthia_Mercado@ilnd.uscourts.gov, Donna_Carey@ilnd.uscourts.gov, Emilia_Garcia@ilnd.uscourts.gov, Leticia_Pacheco@ilnd.uscourts.gov, Adam_Avalos@ilnd.uscourts.gov, Ryan_Edward_Murray@ilnd.uscourts.gov |
| | bcc | |
| | Subject | Payment |

History:          ✍ This message has been forwarded.

Dear Counselor:

Our Internet Payment Report reflects that on 08/06/08 you made a payment of $50.00  through pay.gov.  The payment was issued receipt no. 3000207  for which we did not receive a pro hac vice motion.

If it was your intention to file a motion, please resubmit your  document.   Make sure that you do not respond  to the following question so that you can avoid paying again and make reference to your receipt no. and that you already paid in the text of the entry.

    Was this case filed prior to February 1, 2001? Enter Y or N.     (Do not respond, click enter.)

In the future, it is recommended that you query your case, and if the motion you e-filed is not listed, call us before e-filing it again and someone from our office will walk you through the process of resubmitting it.

If you did not intend to file a motion,   you can e-file a "Request for Refund of Filing Fee", which can be found under the "Other Documents" category.  Please e-file the request in case no.  08cv4317 and include the receipt number.

If you have any questions, please feel free to call the Service Center at 312-435-5691.