# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>AIR LINE PILOTS ASSOCIATION,<br>INTERNATIONAL, et al.,<br><br>       Defendants. | Civil Action No.  08-cv-4317<br><br>**JOINT INITIAL STATUS REPORT**<br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Morton Denlow |

Plaintiff United Air Lines, Inc. ("United") and defendants Air Line Pilots Association, International ("ALPA"), Steven Tamkin, Robert Domaleski, Xavier Fernandez and Anthony Freeman (collectively, "Defendants") submit this joint initial status report.

**1.     A brief summary of the claims asserted in the complaint and any counterclaim or third party complaint:**

In this matter, United has asserted a claim against Defendants for violation of Section 2, First of the Railway Labor Act, 45 U.S.C. §§ 151 *et seq.* (the "RLA"), which obligates air carriers, unions and employees "to exert every reasonable effort to make and maintain [collective bargaining] agreements . . . and resolve all disputes . . . in order to avoid any interruption to commerce or to the operation of any carrier." Specifically, United alleges that ALPA has been engaged in a campaign to put economic pressure on United to open a collective bargaining agreement for renegotiation that would otherwise remain in effect until the end of 2009. United further alleges that ALPA has encouraged a sick-out organized by the individual defendants and certain junior pilots to oppose United's announced intent to reduce its

- 2 -

fleet size and furlough pilots.  ALPA denies these allegations.  There are no counterclaims or

third party complaints in this matter.  Defendants reserve the right to file one or more

counterclaims.

**2.      A brief statement of the relief sought, including an itemization of**

**damages:**

United seeks injunctive and declaratory relief.  Specifically, United seeks a

preliminary and permanent injunction enjoining Defendants from any interference with United's

operations, including but not limited to any strike, work stoppage, sick-out, slowdown, work to

rule campaign, concerted refusal to accept voluntary or overtime flying, or other concerted

refusal to perform normal pilot operations in violation of the RLA, 45 U.S.C. § 151 *et seq.*

United further seeks an order from this Court requiring that Defendants take all reasonable steps

within their power to prevent United pilots from engaging in such actions, and to refrain from

continuing such actions if commenced.  United is not seeking damages.

**3.      A brief description of the matter referred to the magistrate judge:**

This matter has been referred to Magistrate Judge Denlow for discovery supervision

as to United's motion for a preliminary injunction.

**4.      The status of any briefing on the matters referred:**

There has been no briefing on the matters referred.

**5.      Whether the parties will consent to trial before a magistrate judge:**

The parties do not consent to trial before a magistrate judge.

- 3 -

**6.      The status of settlement negotiations:**

The parties have not engaged in any settlement negotiations.


Dated:  August 12, 2008.


    /s Tom A. Jerman                                              /s Stanley Eisenstein
TOM A. JERMAN                            Stanley Eisenstein
APARNA B. JOSHI                          KATZ, FRIEDMAN, EAGLE,
MARK W. ROBERTSON                        EISENSTEIN & JOHNSON
O'MELVENY & MYERS LLP                    77 West Washington Street
1625 Eye St., N.W.                       Suite 2000
Washington, D.C. 20006                   Chicago, Illinois  60602
(202) 383-5300                           (312) 263-6330
e-mail:  tjerman@omm.com
                                         Michael Abram
                                         James Linsey
GARY S. KAPLAN                           Joseph J. Vitale
SEYFARTH SHAW LLP                        Travis Mastroddi
131 South Dearborn Street                COHEN, WEISS AND SIMON LLP
Suite 2400                               330 West 42nd Street, 25th Floor
Chicago, IL 60603-5577                   New York, New York 10036
(312) 460-5000                           (212) 563-4100
e-mail:  gkaplan@seyfarth.com

Attorneys for Plaintiff                  Jonathan A. Cohen
United Air Lines, Inc.                   Elizabeth Ginsburg
                                         AIR LINE PILOTS ASSOCIATION,
                                         INTERNATIONAL
                                         Legal Department
                                         1625 Massachusetts Avenue, N.W.
                                         Washington, D.C. 20036
                                         (202) 797-4054

                                         Attorneys for Defendants


NY1:1748799.1