**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

United Air Lines, Inc.
                                            Plaintiff,
v.                                          Case No.: 1:08−cv−04317
                                            Honorable Joan H. Lefkow
Air Line Pilots Association, International, et al.
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

    MINUTE entry before the Honorable Morton Denlow:Magistrate Judge Status hearing held on 8/19/2008. Status hearing set for 9/18/2008 at 10:00 AM. Enter consent protective order.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.