IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED AIRLINES, INC., | : | Civil Action No. 08-cv-4317 |
| Plaintiff, | : | Judge Lefkow |
| | : | Magistrate Judge Denlow |
| v. | : | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al., | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION TO EXCEED PAGE LIMITS
ESTABLISHED IN L.R. 7.1 IN ITS BRIEF IN OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants Air Line Pilots Association, International ("ALPA"), Steven Tamkin, Robert Domaleski, Xavier Fernandez and Anthony Freeman ("Defendants") move this Court for permission to exceed the page limit contained in Local Rule 7.1. In support of this motion, Defendants state:

1. On July 30, 2008, Plaintiff United Airlines, Inc. ("Plaintiff") filed a Complaint seeking declaratory and injunctive relief for alleged violations of Section 2, First of the Railway Labor Act, 45 U.S.C. §§ 151 *et seq*.

2. The Complaint describes alleged actions that occurred as early as 2006.

3. Plaintiff also filed a Motion for Preliminary Injunction on July 30, 2008, and a 50-page Memorandum in support of the same.

4. Plaintiff further filed five declarations, including one from an asserted expert,

in support of its Motion for Preliminary Injunction.

5. This Court granted Plaintiff's Motion to Exceed the 15-page limit for Memoranda contained in Local Rule 7.1.

6. To address fully the numerous fact allegations and legal positions contained in Plaintiff's 50-page Memorandum, Defendants require more than 15 pages.

7. None of the parties to the present action will be prejudiced by the Court granting Defendants' motion to exceed the page limit contained in Local Rule 7.1.

WHEREFORE, Defendants request that the Court grant it permission to exceed the page limits prescribed in Local Rule 7.1 in order to file the accompanying Memorandum opposing the Plaintiff's Motion for Preliminary Injunction.

Respectfully submitted.

By:    s/ Judiann Chartier

DATED: August 19, 2008

Stanley Eisenstein
Judiann Chartier
KATZ, FRIEDMAN, EAGLE, EISENSTEIN,
  JOHNSON & BARECK
77 West Washington Street, 20th Floor
Chicago, IL 60602
(312) 263-6330

Michael E. Abram
James L. Linsey
Joseph J. Vitale
Travis M. Mastroddi
COHEN, WEISS & SIMON
330 West 42nd Street
New York, NY 10036
(212) 563-4100