IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIRLINES, INC., | Civil Action No. 08-cv-4317 |
| Plaintiff, | Judge Lefkow |
| | Magistrate Judge Denlow |
| v. | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al., | **NOTICE OF MOTION** |
| Defendants. | |

To: Gary Kaplan
Brian Stolzenbach
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577

Tom A. Jerman
Aparna Bhagwan Joshi
O'MELVENY & MEYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006

PLEASE TAKE NOTICE that on Wednesday, August 27, 2008 at 1:30 p.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Joan Lefkow in Courtroom 1925 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' Motion to Exceed Page Limits Established in Local Rule 7.1.

DATED:    August 19, 2008


By:    s/ Judiann Chartier
      Stanley Eisenstein
      Judiann Chartier
      KATZ, FRIEDMAN, EAGLE, EISENSTEIN,
       JOHNSON & BARECK
      77 West Washington Street, 20th Floor
      Chicago, IL 60602
      (312) 263-6330

      Michael E. Abram
      James L. Linsey
      Joseph J. Vitale
      Travis M. Mastroddi
      COHEN, WEISS & SIMON
      330 West 42nd Street
      New York, NY 10036
      (212) 563-4100