IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIRLINES, INC., | Civil Action No. 08-cv-4317 |
| Plaintiff, | Judge Lefkow |
| | Magistrate Judge Denlow |
| v. | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Judiann Chartier, an attorney, hereby certify that on August 19, 2008, I electronically filed Defendants': Memorandum In Opposition to Motion for Preliminary Injunction; Declaration of Robin H. Gise with attached exhibits; Compendium of Deposition Transcript Excerpts and Selected Deposition Exhibits; Motion to Exceed Page Limits Established in Local Rule 7.1, and; Notice of Motion, with the Clerk using the CM/ECF system that will send notification of such filings to the registered attorneys for the Plaintiff.

I further certify that on this day, copies of the above-mentioned documents were placed with an Overnight Mail carrier for delivery on August 20, 2008, upon:

| | |
|---|---|
| Gary Kaplan | Tom A. Jerman |
| Brian Stolzenbach | Aparna Bhagwan Joshi |
| SEYFARTH SHAW LLP | O'MELVENY & MEYERS LLP |
| 131 South Dearborn Street | 1625 Eye Street, N.W. |
| Suite 2400 | Washington, DC 20006 |
| Chicago, IL 60603-5577 | |

By:    s/ Judiann Chartier
        Judiann Chartier & Stanley Eisenstein
        KATZ, FRIEDMAN, EAGLE, EISENSTEIN, JOHNSON & BARECK
        77 West Washington Street, 20th Fl.
        Chicago, IL 60602
        (312) 263-6330
        Attorneys for Defendants