IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED AIR LINES, INC., | Civil Action No. 08 CV 4317 |
| Plaintiff, | Judge Lefkow |
| v. | Magistrate Judge Denlow |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al., | |
| Defendants. | |

**PLAINTIFF'S MOTION TO EXCEED L.R. 7.1 PAGE LIMITS IN ITS REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff United Air Lines, Inc. ("United") moves this Court for permission to exceed the page limit prescribed in Local Rule 7.1. In support of this motion, United states as follows:

1.     United has concurrently filed a Reply Memorandum in Support of Plaintiff's Motion for Preliminary Injunction under the Railway Labor Act, 45 U.S.C. § 151 et seq. (the "RLA") against the Air Line Pilots Association, International ("ALPA"), which represents pilots at United, and others (collectively, "Defendants").

2.     United seeks to prohibit Defendants from continuing to engage in a campaign designed, among other things, to exert economic pressure on United in an attempt to force United to renegotiate a collective bargaining agreement that would otherwise remain in effect until December 31, 2009 – a campaign that has recently intensified, resulting in hundreds of flight cancellations at United affecting thousands of its customers.

3. United requires more than the 15 pages typically allowed in order to fully respond to the factual and legal arguments raised in the Defendants' 35-page Memorandum in Opposition to Motion for Preliminary Injunction. To that end, United's Reply includes a responsive Supplemental Statement of Facts, primarily based upon additional evidence United has gathered through the expedited discovery process, as well as responses to various legal arguments raised in Defendants' Opposition.

4. Because of the substantial public interest involved in these proceedings due to the many thousands of members of the traveling public that may be impacted, United believes it is critical fully respond to the factual and legal arguments raised by the Defendants.

5. Pursuant to L.R. 7.1, United's Reply Memorandum in Support of Plaintiff's Motion for Preliminary Injunction includes a Table of Contents and Table of Authorities.

6. None of the parties of the present action will be prejudiced by the Court granting United's present motion.

WHEREFORE, United requests that the Court grant it permission to exceed the page limits prescribed in Local Rule 7.1 in order to file the accompanying Reply Memorandum in Support of Plaintiff's Motion for Preliminary Injunction.

DATED:  August 22, 2008.

                                        Respectfully submitted,

By:    /s/ Aparna B. Joshi        
      TOM A. JERMAN
      APARNA B. JOSHI
      MARK W. ROBERTSON
      O'MELVENY & MYERS LLP
      1625 Eye Street, N.W.
      Washington, D.C. 20006
      (202) 383-5300
      e-mail:  tjerman@omm.com

      GARY S. KAPLAN
      gkaplan@seyfarth.com
      SEYFARTH SHAW LLP
      131 South Dearborn Street
      Suite 2400
      Chicago, IL 60603-5577
      (312) 460-5000

      Attorneys for Plaintiff
      United Air Lines, Inc.