IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC., | Civil Action No. 08 CV 4317 |
| Plaintiff, | |
| v. | Judge Lefkow |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al., | Magistrate Judge Denlow |
| Defendants. | |

**NOTICE OF PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS ESTABLISHED BY L.R. 7.1 IN ITS REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

TO:   Michael E. Abram
Joseph J. Vitale
Travis M. Mastroddi
Eyad Asad
Robin H. Gise
COHEN, WEISS AND SIMON LLP
330 West 42nd Street, 25th Floor
New York, New York 10036

Elizabeth Ginsburg
David Semanchik
AIR LINE PILOTS ASSOCIATION, INTERNATIONAL
Legal Department
535 Herndon Parkway
Herndon, VA 20170

Stanley Eisenstein
Judiann Chartier
KATZ, FRIEDMAN, EAGLE, EISENSTEIN, JOHNSON & BARECK
77 West Washington Street, Suite 2000,
Chicago, Illinois 60602

Attorneys for Defendants

PLEASE TAKE NOTICE that on **Wednesday, August 27, 2008 at 1:30 p.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable Joan H. Lefkow in the courtroom usually occupied by her at the United States District Court for the Northern District of Illinois, Eastern Division and then and there present **Plaintiff's Motion To Exceed Page Limits Established By L.R. 7.1 In Its Reply Memorandum In Support Of Plaintiff's Motion For Preliminary Injunction**.

**RESPECTFULLY SUBMITTED** this 22nd day of August, 2008.

By:  /s/ Aparna B. Joshi
TOM A. JERMAN
APARNA B. JOSHI
MARK W. ROBERTSON
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
e-mail: tjerman@omm.com

GARY S. KAPLAN
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
e-mail: gkaplan@seyfarth.com

Attorneys for Plaintiff
United Air Lines, Inc.

2