## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the foregoing Reply Memorandum In Support of Plaintiff's Motion for Preliminary Injunction; Deposition Transcript Excerpts In Support of Reply Memorandum In Support of Plaintiff's Motion for Preliminary Injunction; Plaintiff's Motion to Exceed L.R. 7.1 Page Limits In Its Reply Memorandum In Support of Plaintiff's Motion for Preliminary Injunction, and Notice of Plaintiff's Motion to Exceed L.R. 7.1 Page Limits In Its Reply Memorandum In Support of Plaintiff's Motion for Preliminary Injunction, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Stanley Eisenstein, seisenstein@kfeej.com
>Judiann Chartier, jchartier@kfeej.com
>Katz, Friedman, Eagle, Eisenstein, Johnson & Bareck, P.C.
>77 West Washington Street
>20th Floor
>Chicago, IL 60602
>312-263-6330

and that I also delivered the aforementioned documents by electronic mail to the following:

>Michael Abram
>COHEN, WEISS AND SIMON LLP
>330 West 42nd Street, 25th Floor
>New York, New York 10036
>mabram@cwsny.com


>Jonathan A. Cohen
>Elizabeth Ginsburg
>AIR LINE PILOTS ASSOCIATION,
>INTERNATIONAL
>Legal Department
>1625 Massachusetts Avenue, N.W.
>Washington, D.C. 20036
>Jonathan.Cohen@alpa.org

                                                 /s/ Aparna Joshi
                                                 Aparna Joshi