UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

United Air Lines, Inc.
                                        Plaintiff,
v.                                                    Case No.: 1:08−cv−04317
                                                      Honorable Joan H. Lefkow
Air Line Pilots Association, International, et al.
                                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow:Both United Air Line's motion to expedite discovery [#7] and United's motion to expedite scheduling on motion for preliminary injunction [#10] are denied as moot, in light of the Stipulation and Scheduling Order Governing Motion for Preliminary Injunction [#36] entered by the court on August 1, 2008. United's motion for leave to file excess pages (a total of 50 pages, rather than the 15 pages typically allowed under Local Rule 7.1) in its memorandum of law in support of its motion for preliminary injunction [#15] is granted. Air Line Pilots Association's motion for leave to file excess pages (a total of 36 pages) in its brief in opposition to plaintiffs motion for preliminary injunction [#51] is granted. The parties' motions for leave to appear pro hac vice [#22, #23, #24, #41, #42, #43, #45, and #54] are granted. United's motion for leave to file excess pages (a total of 30 pages) in its reply memorandum [#55] is granted.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.