IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------------------------------------x
:
UNITED AIR LINES, INC., :
:
              Plaintiff, :  Civil Action No. 08 CV 4317
:  Judge Lefkow
- v. - :  Magistrate Judge Denlow
:
AIR LINE PILOTS ASSOCIATION, :
INTERNATIONAL, et al., :
:
              Defendants. :
:
-----------------------------------------------------------------x

**LIST OF EXHIBITS OF DEFENDANTS
THE AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, STEVEN TAMKIN,
ROBERT DOMALESKI, XAVIER FERNANDEZ, AND ANTHONY FREEMAN
IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Defendants the Air Line Pilots Association, International ("ALPA"), Steven Tamkin, Robert Domaleski, Xavier Fernandez and Anthony Freeman submit this list of exhibits for the hearing on plaintiff's motion for a preliminary injunction:

| Exh. No. | Description |
|---|---|
| 1 | Exhibit 1 of the deposition of Jay Milone |
| 2 | Exhibit 2 of the deposition of Jay Milone |
| 3 | Exhibit 3 of the deposition of Jay Milone |
| 4 | Exhibit 4 of the deposition of Paul Carlson |
| 5 | Exhibit 5 of the deposition of Paul Carlson |
| 6 | Exhibit 6 of the deposition of Joseph Kolshak |
| 7 | Exhibit 7 of the deposition of Joseph Kolshak |
| 8 | Exhibit 14 of the deposition of Steven Tamkin |
| 9 | Exhibit 1 attached to the Declaration of Robin H. Gise, dated August 19, 2008 ("Gise Declaration") |
| 10 | Exhibit 2 attached to the Gise Declaration |

| | |
|---|---|
| 11 | Exhibit 3 attached to the Gise Declaration |
| 12 | Exhibit 4 attached to the Gise Declaration |
| 13 | Exhibit 5 attached to the Gise Declaration |
| 14 | Exhibit 6 attached to the Gise Declaration |
| 15 | Exhibit 7 attached to the Gise Declaration |
| 16 | Exhibit 8 attached to the Gise Declaration |
| 17 | Exhibit 9 attached to the Gise Declaration |
| 18 | Exhibit 10 attached to the Gise Declaration |
| 19 | Exhibit 11 attached to the Gise Declaration |
| 20 | UAL MEC Forum posting (United002040) |
| 21 | UAL MEC Forum posting (A 002495) |
| 22 | Email from bond@wildblue.net dated August 6, 2008 (A 004563) |
| 23 | Email from bond@wildblue.net dated August 5, 2008 (A 004570) |
| 24 | Email from bond@wildblue.net dated August 5, 2008 (A 004571) |
| 25 | Email from bond@wildblue.net dated July 28, 2008 (A 004595) |
| 26 | Email from Jay.Heppner@alpa.org dated July 27, 2008 (A 004596) |
| 27 | Email from bond@wildblue.net dated July 27, 2008 (A 004598) |
| 28 | Email from bond@wildblue.net dated July 26, 2008 (A 004600) |
| 29 | Email from bond@wildblue.net dated July 14, 2008 (A 004606) |
| 30 | Email from bond@wildblue.net dated July 11, 2008 (A 004607) |
| 31 | Email from Wallach, Steve, dated July 27, 2008 (A 005542) |
| 32 | United MEC Forums thread entitled "CNX Flts for 7/22" (A-100831-100848) |
| 33 | United MEC Forums thread entitled "New Sick Leave Policy: WTF" (A-100892-100895, 100900) |
| 34 | Email from tpilott@aol.com dated July 13, 2008 (A 004337) |
| 35 | United Pilots Master Executive Council MEC Meeting Update, Wednesday, July 23, 2008 (A-101310- 101314) |
| 36 | United MEC Update/Week In Review, Friday, July 25, 2008 (A-101321-101331) |
| 37 | United MEC Update/Week In Review, Friday, August 1, 2008 (A-101338-101345) |
| 38 | Email from Nichols, Robert, dated July 22, 2008, with attachment (A-102639-102640) |
| 39 | Email exchanges between McKeen, P. Douglas, and Nicholas, Robert, |

dated July 22, 2008 (A-102638)

| # | Description |
|---|---|
| 40 | Email exchanges between Nichols, Robert and McKeen, P. Douglas, dated July 22, 2008 (A-102636) |
| 41 | Email exchanges between Nichols, Robert, and Milone, Jay (A-102625) |
| 42 | Email exchanges between Milone, Jay, and Nichols, Robert, dated July 22, 2008, with attachments (A-102269 -102623) |
| 43 | Email from Nichols, Robert, dated July 22, 2008, with attachment (A-102615 -102616) |
| 44 | Email exchanges between McKeen, P. Douglas, and Nicholas, Robert, dated July 22, 2008 (A-102614) |
| 45 | Email exchanges between Nicholas, Robert, and McKeen, P. Douglas, dated July 23, 2008 (A-102610) |
| 46 | Email exchanges between Milone, Jay, Rimer, Keith, McKeen, P. Douglas, Tilton, Glenn, Tague, John, Joseph Kolshak, dated June 19-20, 2009 (United002091-002093) |
| 47 | Email from Anderson, Douglas, dated June 27, 2008, with attachments (United002432-002437)) |
| 48 | Email exchange between Calson, Paul, McKeen, P. Douglas, and Anderson Douglas, dated June 30, 2008, with attachments (United002444-002449) |
| 49 | Email exchange between Mackay, Robert, Rimer, Keith, Kolshak, Joseph, Carlson, Paul, Sebby, Mark, Mayenschein, Eddie, Mackay, Robert, dated July 11, 2008 (United001477) |
| 50 | Email from Mayenschein, Eddie dated July 11, 2008 (United001478-001480) |
| 51 | Letter from Stephen Wallach, Jeffrey Barath and Joseph Genovese to Sean Donahue, dated February 25, 2008 |
| 52 | Statement by Stephen Wallach (United001872-001874) |
| 53 | "Summer Slowdown," located at http:://pbs.org/news/bb/transportation/July-dec00/delays7-19.html |
| 54 | Federal Aviation Administration Aeronautical Information Manual: Official Guide to Basic Flight Information and ATC Procedures, dated February 14, 2008, Chapter 8.Medical Facts for Pilots |
| 55 | All "Did You Know" publications by the United Master Executive Council ("MEC") |
| 56 | "On the Line" video, June 16, 2008 (release date) Revision 2008 2-0 |
| 57 | August 13, 2008 email from the United MEC to 767/737/730 First Officers |
| 58 | Document "DSPNOT:/ SICK LEAVE" authored by McCullough, Alfonzo |
| 59 | Summer 2008 letter from Ana Vagega regarding fatigue |
| 60 | Chart entitled "Number of Pilots on Sick Leave Each Day" for April 2004 through March 2005. |
| 61 | E-Note from Peter McDonald regarding flight cancellations |
| 62 | Current collective bargaining agreement between ALPA and United Air Lines, Inc. |

Dated:  August 25, 2008

Respectfully submitted,

  /s/  Judiann Chartier
Michael E. Abram
Joseph J. Vitale
Travis M. Mastroddi
Eyad Asad
COHEN, WEISS AND SIMON LLP
330 West 42nd Street, 25th Floor
New York, New York 10036
(212) 563-4100

Elizabeth Ginsburg
David Semanchik
AIR LINE PILOTS ASSOCIATION,
INTERNATIONAL
Legal Department
535 Herndon Parkway
Herndon, VA 20170
(888) 359-2572


Judiann Chartier
KATZ, FRIEDMAN, EAGLE,
EISENSTEIN, JOHNSON & BARECK
77 West Washington Street, Suite 2000,
Chicago, Illinois  60602
(312) 263-6330

Attorneys for Defendants