IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------------------------x
:
UNITED AIR LINES, INC.,                            :
:
                           Plaintiff,       :   Civil Action No. 08 CV 4317
:   Judge Lefkow
   - v. -                                          :   Magistrate Judge Denlow
:
AIR LINE PILOTS ASSOCIATION,                       :
INTERNATIONAL, et al.,                             :
:
                           Defendants.     :
:
------------------------------------------------------------------x

**LIST OF WITNESSES THAT DEFENDANTS
THE AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, STEVEN TAMKIN,
ROBERT DOMALESKI, XAVIER FERNANDEZ, AND ANTHONY FREEMAN
INTEND TO CALL AT THE HEARING ON PLAINTIFF'S MOTION FOR A
PRELIMINARY INJUNCTION**

Defendants the Air Line Pilots Association, International ("ALPA"), Steven Tamkin, Robert Domaleski, Xavier Fernandez and Anthony Freeman submit this list of witnesses they intend to call at the hearing on plaintiff's motion for a preliminary injunction:

      1.      Stephen Wallach regarding efforts to prevent alleged unlawful job actions, union policies and procedures, committee roles, safety and workplace issues, contract issues, negotiations, labor-management relations and issues.

      2.      Steven Tamkin regarding efforts to prevent alleged unlawful job actions and other committee activities.

      3.      Robert Domaleski regarding efforts to prevent alleged unlawful job actions and other committee activities.

  4. Anthony Freeman regarding efforts to prevent alleged unlawful job actions, other committee activities, website, other experiences.

  5. Xavier Fernandez regarding efforts to prevent alleged unlawful job actions and other committee activities..

  6. Bryan Quigley regarding ALPA safety role, current safety issues, fatigue issues, sick policies and requirements, union-company joint safety efforts.

  7. Jerry Schoofs regarding union-company communications on contract and safety issues;

  8. Cullen Bankole on corporate data and on System Scheduling Committee issues;

  9. Jeffrey Nooger on corporate data and on System Scheduling Committee issues;

  10. Robert Nichols on labor-management relations and communications, contractual procedures, union contractual positions, and current labor-management issues.

Defendants reserve their rights to call additional witnesses in rebuttal of evidence in plaintiff's case in chief.

Dated: August 25, 2008

              Respectfully submitted,

              /s/ Judiann Chartier
              Michael E. Abram
              Joseph J. Vitale
              Travis M. Mastroddi
              Eyad Asad
              COHEN, WEISS AND SIMON LLP
              330 West 42nd Street, 25th Floor
              New York, New York 10036
              (212) 563-4100

Elizabeth Ginsburg
David Semanchik
AIR LINE PILOTS ASSOCIATION,
INTERNATIONAL
Legal Department
535 Herndon Parkway
Herndon, VA 20170
(888) 359-2572


Judiann Chartier
KATZ, FRIEDMAN, EAGLE,
EISENSTEIN, JOHNSON & BARECK
77 West Washington Street, Suite 2000,
Chicago, Illinois 60602
(312) 263-6330

Attorneys for Defendants