IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

UNITED AIR LINES, INC.,

          Plaintiff,

- against -

AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, *et al.*,

          Defendants.

Case No. 08-CV-4317

Judge Lefkow

---

**PLAINTIFF'S WITNESS LIST**

Pursuant to the Scheduling Order issued August [1], 2008, plaintiff United Air Lines, Inc. ("United") respectfully submits its list of witnesses to be called to testify live at the hearing on United's motion for preliminary injunction:

1. Paul Carlson
   Managing Director, Pilot Staffing and Scheduling, United Air Lines, Inc.

2. Daniel S. Kasper
   Managing Director, LECG, LLC

3. Peter D. McDonald
   Executive Vice President and Chief Administrative Officer, United Air Lines, Inc.

4. Jay D. Milone
   Managing Director, Labor Strategy - Flight, United Air Lines, Inc.

5. Charles Vanderheiden
   Retired United Air Lines Employee

    United may also call the following witnesses:

6. Joseph Kolshak
   Senior Vice President - Operations, United Air Lines, Inc.

- 2 -

7. Darin Lee
   Principal, Transportation and Auction Groups, LECG, LLC

8. Douglas McKeen
   Senior Vice President – Labor Relations, United Air Lines, Inc.

United reserves the right to call at the hearing any witnesses contained on the Air Line Pilots Association, International's ("ALPA") witness list.  In addition, United reserves the right to call at the hearing any witness in rebuttal to any fact presented by ALPA for impeachment purposes.

Dated:  August 25, 2008

                                        Respectfully submitted,

                                        By:   s/ Aparna B. Joshi
                                            TOM A. JERMAN
                                            APARNA B. JOSHI
                                            MARK W. ROBERTSON
                                            O'MELVENY & MYERS LLP
                                            1625 Eye Street, N.W.
                                            Washington, D.C. 20006
                                            (202) 383-5300
                                            e-mail:  tjerman@omm.com

                                            GARY S. KAPLAN
                                            SEYFARTH SHAW LLP
                                            131 South Dearborn Street
                                            Suite 2400
                                            Chicago, IL 60603-5577
                                            (312) 460-5000
                                            e-mail:  gkaplan@seyfarth.com

                                            Attorneys for Plaintiff
                                            United Air Lines, Inc.

- 3 -

## CERTIFICATE OF SERVICE

I, Aparna B. Joshi, hereby certify that on this 25th day of August, 2008, I caused the foregoing Plaintiff's Witness List to be served by electronic mail upon the following counsel for defendants:

    Michael Abram
    James Linsey
    Joseph J. Vitale
    Travis Mastroddi
    COHEN, WEISS AND SIMON LLP
    330 West 42nd Street, 25th Floor
    New York, New York 10036

    Jonathan A. Cohen
    Elizabeth Ginsburg
    AIR LINE PILOTS ASSOCIATION,
    INTERNATIONAL
    Legal Department
    1625 Massachusetts Avenue, N.W.
    Washington, D.C. 20036

                                              _____Aparna B. Joshi_____
                                                     Aparna B. Joshi