IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC., Plaintiff, | Case No. 08-CV-4317 |
| - against - | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, *et al.*, Defendants. | Judge Lefkow |

**PLAINTIFF'S EXHIBIT LIST**

Pursuant to the Scheduling Order issued August 1, 2008, plaintiff United Air Lines, Inc. ("United") respectfully submits the following list of exhibits for purposes other than impeachment:

1. Mark Bathurst April 20, 2007 Video/Transcript
2. Chart -- 2006-08 Junior/Senior Manning
3. Chart -- 2006-08 Daily KC Delay Percent
4. Chart -- 2006-08 Daily ME Delay Percent
5. Chart -- 2008-08 Daily ME Cancellations Percent
6. Chart -- 2007-08 ME and Services Delays
7. Chart -- 2006-08 Fuel Adds
8. Chart -- 2008 YTD Sick Leave, All Pilots
9. Chart -- 2008 YTD Sick Leave, 737 First Officers
10. Chart -- 2008 YTD Sick Leave, A320 First Officers
11. Chart -- Chart Regarding Flight Cancellations

12. Chart -- March - August 2000 Pilot Acceptance of Junior Manning

13. Chart -- 2000 Daily KC Delay Percent

14. Chart -- 2000 Daily ME Delay Percent

15. Chart -- 2000 Daily ME Cancellations Percent

16. Scott A. Price, *Vice-Chairman's Report*, Bayliner, March 2000

17. Bryan J.Graver, *Contract 101*, Banner, March 2000

18. Jamie Lindsay, *Do YOU Know your contract?*, DC-11, January/February/March 2000

19. Dan Ashby, *Chairman's Report*, Bayliner, October 1999

20. Chart -- Line Pilot Sick Leave Rates

21. Sample Pilot Flying Month

22. Rick Dubinsky Letter to Pilots dated June 9, 2000, enclosing *Did You Know?* and *Operational Procedures Sentinel* bulletins

23. System Scheduling Committee Report, June 11, 2008 (A 101072 - 101087)

24. IRC Excerpt from UAL MEC Policy Manual (UNITED005278 - 00580)

25. MEC Update, December 20, 2006

26. E-mail from Local Council 12 Vice Chairman Captain John Briggs, March 26, 2007 (UNITED005244)

27. "FIN" Sticker (UNITED005995)

28. Line Guarantee & LCO Pay Rig Letter of Agreement, March 2007 (UNITED006109 - 00630)

29. *United Pilots Setting the Standard for Excellence for more than 75 Years*, Washington Post, May 3, 2007, at D3 (A 102667)

30. ALPA transcript of Mark Bathurst Video from April 20, 2007

31. "ALL JRM PILOTS" flyer, April 4, 2007 (UNITED002232)

32. "The Rat Report" flyer, May 11, 2007 (UNITED002761)

33. "DID YOU KNOW . . . . ?" flyer, May 8, 2007 (UNITED002703)

34. "Attn: UAL PILOTS" flyer, May 21, 2007 (UNITED004773)

35. “JRM PILOTS UNITE” flyer (UNITED002247)

36. “DID YOU KNOW………..?” flyer, August 29, 2007 (UNITED002243)

37. “ATTENTION ALL UNITED PILOTS” flyer (UNITED002209)

38. “QUESTION” flyer (UNITED002132)

39. “THE TOP TEN REASONS WHY YOU SHOULD NOT JUNIOR MAN.” (UNITED002004)

40. “Friends Don’t Let Friends Waive The Contract” flyer (UNITED001470)

41. “DID YOU KNOW….?” flyer (UNITED001857)

42. Handwritten note (UNITED002748)

43. Typewritten note (UNITED002536)

44. Handwritten note (UNITED002235)

45. Typewritten note (UNITED004743)

46. E-note (UNITED002743)

47. “We See You” flyer

48. Typewritten note (UNITED001913 -001914)

49. Card and typewritten note

50. E-mail from Sean Donohue to Mark Bathurst, November 19, 2007 (UNITED006016 - 006024)

51. Jay Milone meeting notes May 30, 2007 (UNITED005392 - 005393)

52. MEC Communications Committee publication, January 25, 2008 (UNITED003259 - 003260)

53. UAL Pilot Unity publication (UNITED000752 - 000755)

54. “Did You Know? Taxi - Your Certificate at Risk” 2007-01 (A 010432)

55. “Did You Know? How to potentially lose money while trying to be helpful Part Deux” 2007-02 (A 010433 - 010435)

56. “Did You Know? MEL Compliance” 2007-03 (A 010436 - 010437)

57. “Did You Know? Pilot Concurrence” 2007-04 (A 010444 - 010446)

58. “Did You Know? Call Out Pay” (A 010455)

59. “Did You Know? Cleaning Expenses” (A 010456)

60. “Did You Know? Early Departures after RDOs Section 5-G-1” (A 010457)

61. “Did You Know? Operational Flexibility Section 5-B-3” 2007-09 (A 010459)

62. “Did You Know? Displacement Section 3-H” 2008-01 (A 010467)

63. “Did You Know? Reserves Transitioning to Lineholders” 2008-02 (A 010466)

64. “Did You Know? ‘Day’ versus ‘Days’ of Phone Availability” 2008-03 (A 010465)

65. “Did You Know? Management Pick Up of Open Time ID’s” 2008-04 (A 010464)

66. ALPA “An Apology” Chicago Tribune, December 20, 2007

67. Letter from Steve Wallach to Glenn Tilton, December 13, 2007

68. Transcript of Steve Wallach January 1, 2008 Video

69. MEC Update, July 15, 2008 (A 010114 - 010115)

70. Council 12 Update, December 8, 2007 (UNITED003261 -003265)

71. Council 12 Transition Update #2, February 5, 2008 (UNITED 005241 - 005243)

72. Council 57 Chairman's Update from June 14, 2008 (UNITED 001419 - 001422)

73. Council 34 Chairman's Update from July 4, 2008 (A 005769 - 005774)

74. *Angle of the Attack*, Council 57 publication from July 2008 (A 000163 - A 000190)

75. Council 57 Update from July 27, 2008 (A 002601 - 002602)

76. Council 12 Safety Committee Update from July 21, 2008 (UNITED005262 - 005264)

77. Skynet Trip Trade Memorandum of Understanding, September 21, 2007 (UNITED000971 - 000972)

78. Minimum Block Hour Guarantee Agreement, October 1, 2007 (UNITED000963 - 000965)

79. Line Guarantee and LCO Pay Rig Letter of Agreement, January 25, 2008 (UNITED000966 - 000970)

80. Fatigue Mitigation Memorandum of Understanding, April 16, 2008 (UNITED000948 - 000950)

81. Furlough Mitigation Letter of Agreement, July 11, 2008 (UNITED000952 - 000957)

82. Fair Treatment of Experienced Pilots Act Tentative Agreement, July 22, 2008 (UNITED006032 - 006035)

83. Letter from Steve Wallach to Pilots, July 15, 2008 (A 000264 - 000267)

84. E-mails between Douglas McKeen and Steve Wallach, July 20-21, 2008 (UNITED005786 - 005787)

85. E-mail from MEC Communications, Letter from MEC Chairman Captain Steve Wallach, July 21, 2008 (A 002552 - 002553)

86. “Did You Know? Fatigue” 2008-05 (A 010468 - 010470)

87. MEC Update from July 22, 2008 (A 000303 - 000306)

88. MEC Update from July 24, 2008 (UNITED003310 - 003315)

89. MEC Update from July 28, 2008 (A 010119 - 010121)

90. MEC Update from August 6, 2008 (A 010076 - 010077)

91. MEC Update from August 8, 2008 (UNITED 006134 - 006139)

92. MEC Update from August 15, 2008 (UNITED 006140 - 006147)

93. MEC Update from August 18, 2008

94. E-mail from tpilott@aol.com, June 18, 2008 (UNITED000028 -000032)

95. Standstill Agreement, August 1, 2008

96. E-mail from MEC Communications to ualmec-fastread, “Letter from MEC Chairman Captain Steve Wallach,” August 1, 2008 (A 002591)

97. ALPA Note to 767/320/737 First Officers

98. MEC Update/Week In Review, August 1, 2008 (A 010022 - 010029)

99. “Leverage” message (A 100107)

100. “Private Message: IRC Ops” (A 100101 - 100102)

101. Posts to “Games” thread, UAL2172 Forums (A 102170 - 102172)

102. Posts to “Not in stone” thread, UAL2172 Forums (A 102121 - 102125)

103. Posts to “A word of caution” thread, UAL2172 Forums (A 102249 - 102253)

104. Posts to “Update 2” thread, UAL2172 Forums (A 101907 - 101912)

105. Posts to “Fatigue” thread, UAL2172 Forums (A 102177 - 102181)

106. Posts to “Quality Control and cohesiveness” thread, UAL2172 Forums (A 102220 - 102225)

107. Posts to UAL2172 Forums (A101657 - 101659)

108. Posts to UAL2172 Forums (A 101660 - 101662)

109. Posts to “Sold out again!” (A 101667 - 101673)

110. Posts to “Big weekend, enuf pilots?” thread, UAL2172 (A 102017 - 1012021)

111. Posts to “EAP for sick call” thread, UAL2172 Forums (A 101942 - 101945)

112. Post to UAL2172 Forums (A 101664 - 101666)

113. Posts to “Making me proud” thread, UAL2172 Forums (A 101810 - 101812)

114. Posts to “Get a hall pass and go see the school nurse” thread, UAL2172 Forums (A 100193 - 100197)

115. Posts to “CP message to 320 and 300 FO’s” thread, United MEC Forums (A 100758 - 100763)

116. Posts to “Statements by the company” thread, United MEC Forums (A 100915)

117. Posts to “New Sick Leave Policy: WTF” thread, United MEC Forums (A 100900)

118. Heppner call-rev.txt (A 100830)

119. “NWA Pilots Bring Company to Knees: flyer (UNITED002641)

120. The Grassroot, “Share The Pie” Vol 27, Issue 3 (UNITED002057)

121. Letter to Timothy Akbar (UNITED004780)

122. “Hi, it’s Glenn” flyer, April 4, 2007 (UNITED004796)

123. The Grassroot, “WHO IS THE ENEMY?” (UNITED004792)

124. “5290 DID YOU KNOW…?” (UNITED002054)

125. “The Pilots of United cordially invite you to Their Graduation” (UNITED002556)

126. The Grassroot, “Minding The Store,” Vol. 6, No. 1 (UNITED002557)

127. Typewritten note (UNITED004811)

128. E-Notes (Milone Exhibit 21)

129. E-Note (UNITED002739)

130. Handwritten note (UNITED001862)

131. “Pre Scab” flyer, September 4, 2007 (UNITED002778)

132. “DID YOU KNOW….?” flyer (UNITED004805)

133. MEC Week In Review May 5, 2006 (UNITED006026 - 006029)

134. Rick Dubinsky Deposition Video Excerpts (UNITED006099 - 006106)

135. Anthony R. Freeman Deposition Video Excerpts

136. Steve Tamkin Deposition Video Excerpts

137. Chart -- Curriculum Vitae of Daniel M. Kasper

138. Chart -- Curriculum Vitae of Darin N. Lee

139. Chart -- Expert Report of Kasper & Lee

140. Chart -- Sick Rates for United's Junior First Officers Chart

141. Chart -- Daily Sick Rates for United's Junior First Officers Chart

142. Chart -- Summer Sick Rates For United's Junior First Officers Chart

143. Chart -- Sick Rate Historical Averages Chart

144. Chart -- Sick Rate Random Variation Chart

145. Chart -- Sick Rate Randon Variation Table

146. Chart -- Sick Rate and Junior/Senior Manning Chart

147. Chart -- Junior/Senior Manning Acceptance Chart

148. Chart -- Sick Rate Combined With Junior/Senior Manning Chart

149. Chart -- Days Affected By Sick Rate and Junior/Senior Manning Rejection Chart

150. Chart -- Frequency of Pilot Related Delays Line Chart

151. Chart -- Frequency of Pilot Related Delays Bar Chart

152. Chart -- Pilot Related Delay Random Variation Chart

153. Chart -- Frequency of Pilot Related Cancellations Line Chart

154. Chart -- Frequency of Pilot Related Cancellations Bar Chart

155. Chart -- Average Real Monthly Jet Fuel Prices Chart

156. Chart -- Average Crude Oil and Futures Prices Chart

Dated: August 25, 2008

Respectfully submitted,

By: s/ Aparna B. Joshi

TOM A. JERMAN
APARNA B. JOSHI
MARK W. ROBERTSON
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
e-mail: tjerman@omm.com

GARY S. KAPLAN
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
e-mail: gkaplan@seyfarth.com

Attorneys for Plaintiff
United Air Lines, Inc.

**CERTIFICATE OF SERVICE**

I, Aparna B. Joshi, hereby certify that on this 25th day of August, 2008, I caused the foregoing Plaintiff's Exhibit List to be served by electronic mail upon the following counsel for defendants:

Michael Abram
James Linsey
Joseph J. Vitale
Travis Mastroddi
COHEN, WEISS AND SIMON LLP
330 West 42nd Street, 25th Floor
New York, New York 10036

Jonathan A. Cohen
Elizabeth Ginsburg
AIR LINE PILOTS ASSOCIATION, INTERNATIONAL
Legal Department
1625 Massachusetts Avenue, N.W.
Washington, D.C. 20036

_____s/ Aparna B. Joshi___________
Aparna B. Joshi