IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
 ----------------------------------------------------------------X
                                                                :
UNITED AIR LINES, INC.,                                         :
                                                                :
                                          Plaintiff,            :         Case No. 08-CV-4317
                                                                :
               - against -                                      :
                                                                :
AIR LINE PILOTS ASSOCIATION,                                    :
INTERNATIONAL, *et al.*,                                        :         Judge Lefkow
                                                                :
                                          Defendants.           :
                                                                :
 ----------------------------------------------------------------X

### PLAINTIFF'S LIST OF SUPPLEMENTAL AND CORRECTED EXHIBITS

   Plaintiff United Air Lines, Inc. respectfully submits the following list of supplemental and corrected exhibits.

Corrected Exhibits

28. Line Guarantee & LCO Pay Rig Letter of Agreement, March 2007 (UNITED006156 - 006175)

33. "DID YOU KNOW . . . .?" flyer, May 8, 2007 (UNITED002224)

107. Posts to UAL2172 Forums (A 101657 - 101658)

128. E-Notes (Milone Exs. 21-22)

134. Rick Dubinsky Deposition Excerpts

Supplemental Exhibits

157. Chart -- 2007-2008 Pilot Fatigue Calls

158. Chart -- Flight Cancellations Due to Junior/Senior Manning Rejection


Dated: August 26, 2008

        Respectfully submitted,

        By:__ s/ Aparna B. Joshi____

TOM A. JERMAN
APARNA B. JOSHI
MARK W. ROBERTSON
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
e-mail:  tjerman@omm.com

GARY S. KAPLAN
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
e-mail:  gkaplan@seyfarth.com

Attorneys for Plaintiff
United Air Lines, Inc.

**CERTIFICATE OF SERVICE**

        I, Aparna B. Joshi, hereby certify that on this 26th day of August, 2008, I caused

the foregoing Plaintiff's List of Supplemental and Corrected Exhibits to be served by electronic

mail upon the following counsel for defendants:

        Michael Abram
        James Linsey
        Joseph J. Vitale
        Travis Mastroddi
        COHEN, WEISS AND SIMON LLP
        330 West 42nd Street, 25th Floor
        New York, New York 10036

        Jonathan A. Cohen
        Elizabeth Ginsburg
        AIR LINE PILOTS ASSOCIATION,
        INTERNATIONAL
        Legal Department
        1625 Massachusetts Avenue, N.W.
        Washington, D.C. 20036

                _____s/ Aparna B. Joshi_____
                     Aparna B. Joshi