## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:    08 CV 4317

UNITED AIR LINES, INC.

v.

AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

All Defendants

---

NAME (Type or print)
James W. Johnson

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ James W. Johnson

FIRM
Air Line Pilots Association Legal Department

STREET ADDRESS     535 Herndon Parkway

CITY/STATE/ZIP        Herndon, VA 20194

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) Pro hac vice motion pending      TELEPHONE NUMBER  703-689-4323

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                          APPOINTED COUNSEL