Order Form (01/2005)

# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4317 | **DATE** | 8/27/2008 |
| **CASE TITLE** | United Airlines, Inc. vs. Air Line Pilots Association, et al. | | |

**DOCKET ENTRY TEXT**

Enter Stipulation to Extend Time to Answer or Otherwise Plead. Time for defendants to answer or otherwise plead is extended to 9/20/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG 28 PM 1:12
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|