MHN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED AIRLINES, INC., | Civil Action No. 08-cv-4317 |
| Plaintiff, | Judge Lefkow |
| | Magistrate Judge Denlow |
| v. | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al., | |
| Defendants. | |

## STIPULATION TO EXTEND TIME
## TO ANSWER OR OTHERWISE PLEAD

IT IS HEREBY STIPULATED, by and between Plaintiff United Airlines, Inc. ("United") and Defendants Air Line Pilots Association, International ("ALPA"), Steven Tamkin, Robert Domaleski, Xavier Fernandez and Anthony Freeman ("Defendants") that the time for Defendants to file an Answer or otherwise respond is extended until September 20, 2008.

DATED:    August 27, 2008

_____
Honorable Joan Humphrey Lefkow

Stipulated To:

By: _____

<div style="columns: 2;">

Stanley Eisenstein
Judiann Chartier
KATZ, FRIEDMAN, EAGLE,
EISENSTEIN, JOHNSON & BARECK
77 W Washington St., 20th Floor
Chicago, IL 60602
(312) 263-6330

Elizabeth Ginsburg
AIR LINE PILOTS ASSOCIATION
535 Herndon Parkway
Herndon, VA 20170
(202) 481-2424

Michael E. Abram
James L. Linsey
Joseph J. Vitale
Travis M. Mastroddi
COHEN, WEISS & SIMON LLP
330 West 42nd Street
New York, NY 10036
(212) 563-4100

</div>

**Attorneys for the Defendants**

By: _____

Tom A. Jerman
Aparna Bhagwan Joshi
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300

Gary S. Kaplan
Brian Stolzenbach
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000

**Attorneys for United Airlines, Inc.**